IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNIE LEE SAVORY, ) | |
| ) | Case No. 23-cv-01184 |
| Plaintiff, ) | |
| ) | Hon. Judge Colleen R. Lawless |
| v. ) | |
| ) | Mag. Judge Jonathan E. Hawley |
| WILLIAM CANNON, as Special Representative ) | |
| for the Estate of CHARLES CANNON, et al., ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS**
<u>**EXHIBIT LIST**</u>

| Exhibit No. | Description |
|---|---|
| Ex. 1 | Deposition of Johnnie L. Savory, 06/15/2022 |
| Ex. 2 | Deposition of Johnnie L. Savory, 02/17/2023 |
| Ex. 3 | Motion to Suppress Testimony of George Pinkney, 05/20/1977 |
| Ex. 4 | Trial 1 Testimony of George Pinkney, 06/29/1977 |
| Ex. 5 | Opinion for People of the State of Illinois vs. Johnnie L. Savory |
| Ex. 6 | Pinckney and Haynes Report of 01/26/1977 |
| Ex. 7 | Teplitz Report of 01/26/1977 |
| Ex. 8 | Expert Report of Dr. Karl Reich |
| Ex. 9 | Deposition of Ann Yeagle, 02/06/223 |
| Ex. 10 | Pardon of Johnnie L. Savory, 01/12/2015 |
| Ex. 11 | Voegele Report of 01/18/1976 |
| Ex. 12 | Statement of William Douglas, 1/18/1977 |

1

| Ex. 13 | Trial 1 Testimony of William Douglas, 06/28/1977 |
|---|---|
| Ex. 14 | Coroner's Inquest of William Douglas, 02/03/1977 |
| Ex. 15 | Nelson Report of 01/22/1977 |
| Ex. 16 | Layman Report of 01/20/1977 |
| Ex. 17 | Black Report of 01/20/1977 |
| Ex. 18 | Cannon Report of 01/19/1977 |
| Ex. 19 | Coroner's Inquest for Glen Perkins, 02/03/1977 |
| Ex. 20 | Fiers Report of 01/18/1977 |
| Ex. 21 | Cannon Report of 01/18/1977 |
| Ex. 22 | Evidence Receipt of Connie Cooper and James Robinson, 01/19/1977 |
| Ex. 23 | Jatkowski Report of 01/24/1977 |
| Ex. 24 | Expert Report of Thomas Tiderington |
| Ex. 25 | Trial 1 Testimony of Walter Jatkowski, 06/29/1977 |
| Ex. 26 | Hopkins Report of 01/18/1977 |
| Ex. 27 | Johnson Report of 01/20/1977 |
| Ex. 28 | Koenig Report of 01/21/1977 |
| Ex. 29 | Statement of Noyalee Robinson, 01/22/1977 |
| Ex. 30 | Expert Report of Dr. Daniel Spitz |
| Ex. 31 | Deposition of John Fiers, 10/13/2021 |
| Ex. 32 | Fidler Report of 01/27/1977 |
| Ex. 33 | Trial 1 Testimony of Noyalee Douglas, 06/28/1977 |
| Ex. 34 | Buck Report of 01/19/1977 |
| Ex. 35 | Gonsowski Report of 03/17/1977 |

| Ex. 36 | Suppressed Notes 1 |
|---|---|
| Ex. 37 | Suppressed Notes 2 |
| Ex. 38 | Suppressed Notes 3 |
| Ex. 39 | Expert Report of Dr. Kyle Shaw |
| Ex. 40 | Individual Defendants' Amended Response to Plaintiff's First Set of Requests for Admission Nos. 11 and 12 |
| Ex. 41 | ISP Laboratory Examination, 08/09/2018-10/2018 |
| Ex. 42 | ISP Laboratory Report, 10/01/2018 |
| Ex. 43 | Steinhauser Report of 01/18/1977 |
| Ex. 44 | Statement of Charles Garnett Watts, 01/18/1977 |
| Ex. 45 | Koenig Report of 1/24/1977 |
| Ex. 46 | Wolland Report of 01/18/1977 |
| Ex. 47 | Hoffman Report of 01/21/1977 |
| Ex. 48 | Button Report of 01/21/1977 |
| Ex. 49 | Cannon Report of 01/20/1977 |
| Ex. 50 | Melloy Report of 07/03/1976 |
| Ex. 51 | Hilst Report of 01/22/1977 |
| Ex. 52 | Cannon Report of 01/20/1977 |
| Ex. 53 | Timmes and Dunlavey Report of 01/19/1977 |
| Ex. 54 | Nelson Report of 01/22/1977 |
| Ex. 55 | Douglas Reports |
| Ex. 56 | Black Report of 01/21/1977 |
| Ex. 57 | Hopkins Report of 01/20/1977 |
| Ex. 58 | Bowers Polygraph Report of 1/20/1977 |

| | |
|---|---|
| Ex. 59 | Jenkins Polygraph Report of 1/21/1977 |
| Ex. 60 | Jenkins Polygraph Report of 1/26/1977 |
| Ex. 61 | Individual Defendants' Second Supplemental Answer to Plaintiff's Second Interrogatories, Number 1, and Investigation File |
| Ex. 62 | Peoria County State's Attorney's Office Subpoena Response **FILED UNDER SEAL** |
| Ex. 63 | Case Data Sheet – William Douglas 01/21/1977 |
| Ex. 64 | Teplitz Report of 05/18/1977 |
| Ex. 65 | Haynes Report of 02/07/1977 |
| Ex. 66 | Order of Disposition, 12/08/1976 **FILED UNDER SEAL** |
| Ex. 67 | Johnnie L. Savory Juvenile Record **FILED UNDER SEAL** |
| Ex. 68 | Deposition of Rick Brown, 12/08/2023 |
| Ex. 69 | Expert Report of Dr. Richard Leo |
| Ex. 70 | Deposition of Edgar Haynes, 03/23/2022 |
| Ex. 71 | Cannon Report of 01/25/1977 |
| Ex. 72 | Motion to Suppress Testimony of Cannon, 05/20/1977 |
| Ex. 73 | Expert Report of Dr. Charles Honts |
| Ex. 74 | Fiers Report of 01/26/1977 |
| Ex. 75 | Fiers Report of 01/26/1977 |
| Ex. 76 | Johnnie L. Savory consent form, 01/25/1977 |
| Ex. 77 | Tiarks Report of 02/01/1977 |
| Ex. 78 | Trial 1 Testimony of Marcella Teplitz, 06/29/1977 |
| Ex. 79 | Lab Report, 01/26/1977 |

| | |
|---|---|
| Ex. 80 | Deposition of Marcella Teplitz, 10/06/2022 |
| Ex. 81 | Bennett and Jatkowski Report of 01/26/1977 |
| Ex. 82 | Pinkney Report of 01/25/1977 |
| Ex. 83 | Jatkowski Report of 01/25/1977 |
| Ex. 84 | Case Data Sheet – Johnnie Savory, 01/26/1977 |
| Ex. 85 | Evidence Receipt of Connie Cooper and James Robinson, 01/31/1977 |
| Ex. 86 | Defendant Walter Jatkowski's Answer to Plaintiff's Third Set of Interrogatories |
| Ex. 87 | Deposition of Robert Gonsowski, 11/10/2022 |
| Ex. 88 | Grand Jury Testimony, 02/15/1977 |
| Ex. 89 | Lab Report, 05/30/2014 |
| Ex. 90 | Deposition of Walter Jatkowski, 02/23/2023 |
| Ex. 91 | Declaration of Trevor McGrath, 12/20/2022 |
| Ex. 92 | Individual Defendants' Second Supplemental Answer to Plaintiff's Second Interrogatories, Number 1 and Crime Scene Unit File<br>**FILED UNDER SEAL** |
| Ex. 93 | Deposition of Judge Michael Mihm, 10/19/2022 |
| Ex. 94 | Deposition of Robert Gaubas, 01/18/2023 |
| Ex. 95 | Defendant City of Peoria's Response to Plaintiff's Third Set of Requests for Admission to All Defendants |
| Ex. 96 | Defendant Marcella Teplitz's Response to Plaintiff's Third Set of Requests for Admission to All Defendants |
| Ex. 97 | 30(B)(6) Deposition of Martha Hammer, 02/14/2023 |
| Ex. 98 | Trial 2 Testimony of William Douglas, 04/28/1981 |
| Ex. 99 | Motion to Suppress Testimony of Marcella Teplitz, 05/20/1977 |
| Ex. 100 | Trial 1 Testimony of Gonsowski, 06/29/1977 |

| Ex. 101 | Trial 2 Testimony of Gonsowski 04/28/1981 |
| --- | --- |
| Ex. 102 | Deposition of Marcella Teplitz, 10/5/2022 |
| Ex. 103 | Trial 1 Testimony of Dr. Immesoete, 06/28/1977 |
| Ex. 104 | Trial 2 Testimony Dr. Immesoete, 04/29/1981 |
| Ex. 105 | Case Data Sheet – Johnnie Savory, 01/27/1977 |
| Ex. 106 | Deposition of Walter Jatkowski, 10/20/2021 |
| Ex. 107 | Trial 2 Testimony of Walter Jatkowski, 04/28/1981 |
| Ex. 108 | Jatkowski Report of 09/16/1977 |
| Ex. 109 | Cannon Report of 09/07/1977 |
| Ex. 110 | Affidavit of Jennifer Smith with Exhibits, 03/6/2013 |
| Ex. 111 | Petition for Relief from Judgment and Motion for a New Trial, 04/02/2015 |
| Ex. 112 | Haynes Report of 01/26/1977 |
| Ex. 113 | Post Trial Motion Heating Testimony of Joseph Gibson, 06/12/1981 |
| Ex. 114 | Article "Savory Case Refused by Supreme Court", 01/30/1980 |
| Ex. 115 | Haynes and Brown Report of 02/07/1977 |
| Ex. 116 | Post Conviction Hearing Testimony of Ella Ivy, 12/16/2016 |
| Ex. 117 | Deposition of Ella Ivy, 06/08/2022 |
| Ex. 118 | Deposition of Frankie Ivy, 06/07/2022 |
| Ex. 119 | Affidavits of Ella Ivy, 10/27/2012 and 09/29/2012 |
| Ex. 120 | Depositions of Marcella Teplitz, 02/21/2023 |
| Ex. 121 | Buck Report of 01/21/1981 |
| Ex. 122 | Teplitz Report of 02/16/1981 |
| Ex. 123 | Cannon Report of 04/07/1981 |

| | |
|---|---|
| Ex. 124 | Cannon Report of 04/08/1981 |
| Ex. 125 | Cannon Report of 04/08/1981 |
| Ex. 126 | Cannon Report of 12/1/1983 |
| Ex. 127 | Criminal Trial Testimony of Ella Ivy, 04/29/1981 |
| Ex. 128 | Affidavit of Frank Ivy, 05/14/2003 |
| Ex. 129 | Criminal Trial Testimony of Tina Ivy , 04/29/1981 |
| Ex. 130 | Criminal Trial Testimony of Frankie Ivy, 04/29/1981 |
| Ex. 131 | Post Conviction Hearing Testimony of Tina Ivy, 11/23/1983 |
| Ex. 132 | Trial 2 Testimony of George Pinkney, 04/29/1981 |
| Ex. 133 | Trial 2 Testimony of Charles Cannon, 04/29/1981 |
| Ex. 134 | Deposition of George Pinkney, 03/01/2022 |
| Ex. 135 | Deposition of John Fiers, 10/14/2021 |
| Ex. 136 | Deposition of Allen Andrews, 03/21/2022 |
| Ex. 137 | Deposition of Carl Tiarks, 11/12/2021 |
| Ex. 138 | Cannon Report of 04/09/1981 |
| Ex. 139 | Deposition of Winell Sankey, 06/03/2022 |
| Ex. 140 | Teplitz Report of 02/08/1977 |
| Ex. 141 | Cannon Report of 01/26/1977 |
| Ex. 142 | Cannon Report of 01/26/1977 |
| Ex. 143 | Fondriest and Black Report of 01/30/1977 |
| Ex. 144 | Deposition of Charles Bowers, 10/27/2021 |
| Ex. 145 | Ann Yeagle Email, 11/6/2013 |
| Ex. 146 | Trial 2 Testimony of John Fiers, 04/29/1981 |

| Ex. 147 | Trial 2 Testimony of Edgar F. Haynes, 04/29/1981 |
| Ex. 148 | Trial 2 Testimony of Martha Williams, 04/29/1981 |