# Exhibit )

# SUPPLEMENTARY REPORT – CONTINUATION SHEET / PEORIA POLICE DEPARTMENT

**INCIDENT NO:** 77-01588

| OFFENSE CLASSIFICATION | INC. CODE | DATE OF THIS REPORT | CLASSIFICATION | INCIDENT CODE CHANGE | REL. CASE NO'S |
|---|---|---|---|---|---|
| Murder B | 0112 | 1-26-77 | N CHANGE NEEDED | FROM / TO | |

| NO. | SEC. A | SEC. B | SEC. C | SEC. D | SEC. E | NAME AND/OR ALIAS | ADDRESS | PHONE(S) | D.O.B./AGE | S.S., D.L. NO., ETC. | REF. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C/V | | | | | James Robison | 3033 W. Garden St. | | | | |
| 2 | A | O | S | M | N | Savory, Johnny Lee | 1011 W. Hurlburt | | | | |

**NARRATIVE:** 1-26-77 1250 hrs.

This officer was advised by Percy Baker, probation officer for the above arrested, that the arrested was requesting to talk with this officer in the office of the Juvenile Lt. Percy Baker stated that the arrested had told him that he was willing to tell this officer everything about this case. He further stated that the arrested requested to talk with this officer alone.

When this officer entered the office, the arrested stated that he wanted this officer to write everything down that he said as he told his story. This officer agreed to do so and listened to the following story: The arrested stated that on Sunday, 1-16-77, he went to the Krogers Store in Madison Park Shopping Center with Ray Mason and Rosemary (no last name given) at approximately 2030 hrs. After arriving at the store, they all observed the two victims in this case shopping at the store. An agreement was made for the arrested and his friends to give the two victims a ride to their home. On the way to the victims home, Ray Mason was showing off his driving skills to impress victim Connie. Connie sat next to the arrested in the back seat on the way home. The two victims were dropped off at their house where they were met at the door by the mother and step-father. The arrested and the other two parties then proceeded to Rosemarys house to get some bowls for a party. Tye then went to Rays house for a party. The arrested stated that he left the party at approximately midnight.

On Monday, 1-17-77, the arrested got up at home and did the usual things. He went to Georgie's house (no last name given but it is a female who lives on Second Street) and visited her. He then went to Tima's house about 0900 hrs. and she told him to come back. He then left and went downtown with Georgie's daughter, Darlene Harris. He left her downtown and went to see his probation officer, Percy Baker. The arrested left his probation officers office at approximately 1530 hrs. and went to school. The arrested saw victim James at school break at approximately 1700 hrs. and again at 1830 hrs. when school was over. They sat together on the bus and victim James asked the arrested to come to his house. The arrested

| CAN OFFENDER BE IDENTIFIED | BY WHOM | REPORTING OFFICER | I.D. NO. | REPORTING OFFICER | I.D. NO. | DIVISION | CAR NO. | SUPERVISOR APPROVING | I.D. NO. |
|---|---|---|---|---|---|---|---|---|---|
| Y / N | | | | M. Brown | 697 | Juv. | 1-C-84 | CR Tiasks | 153 |

SIGNATURE: Officer M. Brown

Page 2 of 7 Pages
NARRATIVE:
1:23-cv-01184-CRL-JEH  # 318-7   Filed: 04/22/24   Page 3 of 8
FIELD COMMUNICATIONS    HRS.
☐ Flash Message
☐ LEADS/NCIC Inquiry
☐ LEADS/NCIC Entry
☐ License Inquiry
☐ Inter-Dept. Requests
☐ Other Communication
☐ Cancellation Made
ATTACH PROPERTY TAG HERE

agreed to do so and they arrived at approximately 1900 hrs. Victim James took a house key out of the mail box and opened the front door. The arrested stated that this was a dumb place to keep a key. Victim James and the arrested then had something to eat and drink. They then placed a bet on card drawing and Victim James won $2. They then started wrestling in a friendly bout and they bet $4 on who was the better wrestler. Victim James threw the arrested three times and then the arrested got the victim in a bear hug. They then played with some sticks used in karate for a while. The arrested then called Marva Jones and told her he knew where her husband was but he stated that he just made this up to play a trick on her. The arrested and victim James then went to a chicken place across from Madison Park shopping center and they each carried a weapon-victim James carried a black nightstick and the arrested carried a metal pole. While at the chicken place, they observed a boy named Marvin Melvin who lives next door to Marva. They thought he called them some names so they called him some names also and chased him to his house. They hit on Melvins door with their clubs. They then left and returned to James's house. Victim Connie was home as were her parents. The boys wnated the parents to judge who was better at drawing cards for a while. While they were wrestling around again, the arrested hit the victim James in the chest with his hand and the victim kicked the arrested in the rear end. The arrested stated that he left the victims house at approximately 2300 hrs. He then went to Ray Masons house for a while and arrived home at approximately midnight. He then went to bed and woke up at approximately 0830 hrs. on Tuesday 1-18-77.

The arrested then went to Darlene Harris's house for a while and then to Ella Mae Ivy's house at 1103 W. First Street. He then left there in a green Mustang with Roy Brown and got a ride to Ray Masons house and arrived there at approximately 1000 or 1100 hrs. While there, he got his hair braided by Bobbie Mason, Roy's sister. He then went to Tina Ivy's house and at approximately 1330 hrs. when he arrived, he took her to school. When they got down town, it was approximately 1500 hrs. The arrested left Tina and went to his probation officer's office until about 1600 hrs. He left there and went to school and got kicked out for throwing a book across the room at approximately 1630 hrs. The school then contacted Sherman Jones, another of his probation officers, and made arrangements for the arrested to come to the office the next day. The arrested then went to Marva Jones's house at approximately 1700 hrs. by bus. He then left to go get victim James and when he got near the house, he observed the police cars there. He asked what had happened of several of the officers and no one would tell him. He then took the bus and went to Georgie's house because he wanted to hear the news. However, he did not stay there and went to Tina's house and heard the news that his friend and his sister had been killed.

The arrested then stated that he went home Tuesday night. On Wednesday, he did not go see his probation officer as he was supposed to. On Thursday, he did go to see his probation officer, and on Friday he tried to find out information as to who the murderer was. He heard various stories and went and got drunk.

At the conclusion of this narrative, this officer asked the arrested questions about his story in the presence of his probation officer, Percy Baker. The arrested stated in answer to this officers question that Ray had left on Wednesay after the murder and went to Chicago. The arrested also stated that when he was at Rays house on Tuesday that Ray was wearing blue jeans, black shoes and no shirt. The arrested stated that he had no conversation with Ray while he was at the house on Tues.

This officer asked the arrested what he thought of the victim, Connie. He stated that she was a very attractive girl and that he saw no sense to someone killing her. He stated that he was scared totalk with her because hf his poor past relationships with girls. He stated that on Monday before the murders, he wanted to wait around the house for Connie to come home so he could rap with her but he and victim James wnat to get some chiken instead. He also stated that he could swear that it was not Connie in the coffin at the funeral because she looked about 100 years old. When the arrested and the victim James returned to James's house on Monday night after eating, Connie was home but he did not rap with her then because her parents were there. The arrested stated that of all the girls he had gone out with in the past, he would not tell any of them that he loved them but he would have liked to tell Connie that he loved her. He also stated that he was turned on by her rear end and that when he first saw her on Sunday night at the store, he thought that she was only 14 or 15 years old.

| OFFENSE CLASSIFICATION | INC. CODE | DATE OF THIS REPORT | CLASSIFICATION CHANGE NEEDED | INCIDENT CODE CHANGE FROM / TO | REL. CASE NO.'S |
|---|---|---|---|---|---|
| Murder B | 0112 | 1-26-77 | | | |

| NO. | SEC. A | SEC. B | SEC. C | SEC. D | SEC. E | NAME AND/OR ALIAS | ADDRESS | PHONE(S) | D.O.B./AGE | S.S., D.L. NO., ETC. | REF. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | V | | | | Robison, James | 3033 W. Garden St. | | | | |
| 2 | A | O | S | M | N | Savory, Johnny Lee | 1011 W. Hurlburt | | | | |

NARRATIVE:

He also asked James on Monday who the little baby belonged to at his house and when James told him it was Connie's baby, he was surprised because he thought it might be a sister of hers.

This officer asked the arrested if he had made a phone call to Ray's house on Tuesday morning. He stated that he was at Darlene Harris's house between 0900-0930 hrs. and called Ray's house. Ray answered the phone and the arrested said hi, let me talk to your sister. At this point, the arrested said that Ray asked him who that fime girl was that they had taken home on Sunday night and what was her phone number. The arrested stated that he did not know and told this officer that he would not have given Ray the phone number even if he knew what it was. The arrested then talked with Ray's sister on the phone and told her that he would be over about 1030 hrs. so she could braid his hair and she agreed to this. When the sister hung up the phone, the mother was listening on the extension and asked the arrested to bring her $10 if he had it so she could pay a bill. The arrested stated that he would do this because she buys him clothes sometimes.

This officer then asked the arrested if he had gone to the victims house on Tuesday and took the key from the mailbox and let himself in. The arrested denied this. This officer asked the arrested what trousers he had on Tuesday, the day of the murders. He stated that he was wearing blue trousers and that htey were at home either on the dresser or behind the bed.

This officer was advised by Percy Baker that the arrested had told him that he had agreed to go visit victim James on the morning of themurders but that the arrested had neglected to tell that to this officer for some reason. This officer asked the arrested what he was supposed to do if he went there on Tuesday morning. The arrested stated that he was going to visit victim James and also planned to rap with Connie if he got a chance.

During questioning, this officer had the arrested remove a blue hat he was wearing. When this officer took the hat from him (because he was playing with it during the questioning) there were several small spots of a reddish substance on the hat. This officer turned the hat over to Officer Jatkowski of the lab when Officer Jatkowski collected the other clothes and shoes from the arrested. During the latter part of the questioning of the arrested, this officer was joined by Officer Fiers in the

| REPORTING OFFICER | I.D. NO. | DIVISION | CAR NO. | SUPERVISOR APPROVING | I.D. NO. |
|---|---|---|---|---|---|
| M. Brown | 697 | Juv. | 1C-84 | R Tiarks | 153 |

SIGNATURE: Officer M. Brown

Page 4 of 7 Pages
NARRATIVE:
1:23-cv-01184-CRL-JEH  # 318-7   Filed: 04/22/24   Page 5 of 8
FIELD COMMUNICATIONS   HRS.
☐ Flash Message
☐ LEADS/NCIC Inquiry
☐ LEADS/NCIC Entry
☐ License Inquiry
☐ Inter-Dept. Requests
☐ Other Communication
☐ Cancellation Made
ATTACH PROPERTY TAG HERE

office for part of the questioning. These officees advised the arrested that we did not believe he was telling the complete truth in regard to this case. The arrested denied that he had not told the truth despite the fact that discrepancies in his stories were pointed up to him such as that the Mason family denied that the arrested was at their house on Tuesday at any time.

During the above questioning, the arrested was allowed to go to the bathroom, smoke, and eat meals.

1800 hrs.
1-16-77

This officer, Officer Fiers and Probation officer Percy Baker transported the arrested to Dennis Jenkins polygraph office and the arrested was administered a polygraph examination by Of Eddie Bowers. At 1975 hrs. Bowers exited the polygraph room and informed this officer that the arrested was requesting to talk about the two murders in this case and wanted specifically to talk with this officer. Bowers also stated that the arrested had told him that he had killed the two victims in this case.

At 1935 hrs. this date, this officer entered the polygraph examination room and asked the arrested what it was he wanted to tell this officer. The arrested stated the following: "We were practicing karate and Scoopie turned the TV to the wall. He was punching me with his finger and then he raised his hands. (The arrested held his hands up with his elbows bent in a position similar to the one victim James had assumed. The arrested had the knife and stuck him. He fell. My mind went blank. I tried to get him up. She came in and looked and came at me. Then I lost control. I cut her. I don't know how I did it. I ran home and I got drunk. I stayed drunk for four days and did not come home at all."

This officer then asked the following questions and received the following answers from the arrested:
1. Was it your knife?
A. Yes.

2. Q. Do the police have the knife?
A. Yes.

Q. Where did you cut her?
A. I started at the chest and her vagina (arrested points between his legs) and around her mid-section (arrested makes a cutting motion across his abdomen horizontally).

Q. What clothes did you have on?
A. Blue pants that are at home now, unknown shirt, sweatshirt that was taken by the lab officer today and the blue jacket taken by the lab officer also. This blue jacket was removed after entering the victims house and was not put back on until the arrested left the house.

Q. Why did you do it?
A. We started off playing and he wanted me to practice with a knife. I did not mean to do it.

Q. Did Scoopie have a knife?
A. No.

Q. How did you get in the house?
A. Scoopie let me in.

SUPPLEMENTARY REPORT — PEORIA POLICE DEPARTMENT
CONTINUATION SHEET

1:05-cv-01847-JEH #318-7 Filed 04/22/24 Page 6 of 8

INCIDENT NO. 77-01588

| OFFENSE CLASSIFICATION | INC. CODE | DATE OF THIS REPORT | CLASSIFICATION CHANGE NEEDED | INCIDENT CODE CHANGE FROM TO | REL. CASE NO.S |
|---|---|---|---|---|---|
| Murder B | 0112 | 1-26-77 | Y N | | |

| NO. | SEC. A | SEC. B | SEC. C | SEC. D | SEC. E | NAME AND/OR ALIAS | ADDRESS | PHONE(S) | D.O.B./AGE | S.S., D.L. NO., ETC. | REF. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | V | | | | Robison, James | 3033 W. Garden St. | | | | |
| 2 | A | O | S | M | N | Savory, Johnny Lee | 1011 W. Hurlburt | | | | |

SEC. A: A–Arrested B–Business, Firm, Agency C–Complainant BR–Bartender M–Missing, Runaway P–Parent, Guardian S–Suspect V–Victim W–Witness O–Other (Nar.)
SEC. B: K–Dead Before Report O–No Indication of Injury A–Bleeding, Carried from Scene B–Visible Injury C–No Visible Injury, Momentary Unconscious, Complain of Pain
SEC. C: S–Sober D–Been Drinking I–Intoxicated/Under Influence O–Other (Describe in Narr.)
SEC. D: M–Male F–Female U–Unknown / W–White N–Negro M–Mexican J–Japanese I–Indian P–Puerto Rican C–Chinese O–Other   SEC. E: POL–On Duty Police  OO–Off Duty Police

NARRATIVE: At this point the arrested stated that he did not want to stay at the polygraph office and talk, so he was immediately returned to the Juvenile Bureau by this officer, Officer Fiers and Percy Baker.

Upon arriving at the Juvenile bureau, the arrested was taken into the Lt. office and questioning resumed in regard to this case. The arrested was questioned by this officer and Percy Baker. At first the arrested stated that he did not kill the two victims in this case and he did not know why he had told this officer and Mr. Bowers that he had done the murders. The arrested was advised that this officer and Percy Baker believed that he was trying to backtrack and change his story. The arrested was informed that some details would have to be clarified in regard to the statements he made to this officer in the polygraph office.

The arrested then agreed to answer questions truthfully regarding the details of this incident. The arrested stated that he went to the victims house at approximately 0930 hrs. on the date of this murder. He had been at his home on Hurlburt prior to going to the victims house. When he arrived at the victims house, Scoopie answered the door and let him in. The arrested and Scoopie started a friendly match that consisted of wrestling and karate. Prior to starting this, Scoopie moved the television. Scoopie was wearing dark trousers but the arrested did not recall what kind of top he was wearing. The arrested stated that they wrestled and practiced karate in the living room and in the kitchen. The arrested stated that he did not see anyone else in the house at that time. The victim and the arrested were wrestling and laughing and having a good time while they were doing this. The arrested stated that victim James was standing with his back to the wall in the living room and suddenly threw his hands up as he had demonstrated to this officer earlier and had the middle finger of his right hand pointed out as if to jab the arrested with it. The arrested stated that if the victim had hit him with that finger in the neck for instance, it would have cut off his air and made him fall on the floor. The arrested stated that at that time he had the knife in his hand(right). The arrested stated that the reason the victim he had the knife was that the victim wanted to teach him about self-defense via karate against a knife. The arrested stated that he swung his hand in toward the

| CAN OFFENDER BE IDENTIFIED | BY WHOM | REPORTING OFFICER (PRINT, TYPE) | I.D. NO. | REPORTING OFFICER (PRINT, TYPE) | I.D. NO. | DIVISION | CAR NO. | SUPERVISOR APPROVING | I.D. NO. |
|---|---|---|---|---|---|---|---|---|---|
| Y N | | | | M. Brown | 697 | Juv. | 1-C84 | CR Tasks | 153 |
| EXTRA COPIES TO | | SIGNATURE | | SIGNATURE Officer M. Brown | | RPT. RVW. | CLR. | REF. | EXTENSION Y X UTILITY SHEET | FILE PAGE NO. |

Page 6 of 7 Pages

NARRATIVE:

1:23-cv-01184-CRL-JEH  # 318-7   Filed: 04/22/24   Page 7 of 8

FIELD COMMUNICATIONS   HRS.
☐ Flash Message
☐ LEADS/NCIC Inquiry
☐ LEADS/NCIC Entry
☐ License Inquiry
☐ Inter-Dept. Requests
☐ Other Communication
☐ Cancellation Made

ATTACH PROPERTY TAG HERE

victim and went too far. He only meant to point the knife at the victims chest but he stabbed the victim in the center area of his chest. This officer asked the arrested how many times he stabbed victim James and he stated that it was once or twice and that he could not remember for sure. At this point, the victim Connie came out of the bathroom and saw what had happened. She started screaming and was wearing a blue nightgown. She looked at the arrested and then charged toward him. The arrested hit her in the mouth and with his right hand and she fell to the floor.

This officer then asked the arrested if he cleaned up at all after the stabbings took place. He stated that he washed his hands in the bathroom and combed his hair with his own comb. He also stated in response to this officers question that he turned on the light switch in the bathroom when he went in to clean up. This officer aksed the arrested if he cleaned his knife off at the house and he stated that he did not. He stated that he went home and cleaned it off with some toil tissue and then threw the tissue away. This officer then asked the arrested if he had put the baby in another room of the house at any time during this. He stated that he did not. He stated that he did not know how the baby got into the other room. This officer asked the arrested if he had an argument with Scoobie and he stated that there was no argument.

This officer and Percy Baker then asked the arrested if he was sure he had stabbed victim James in the living room and if he possibly could have done it in the victim bedroom where the bodies were found. The arrested stated that he remembered practicing and forcing the victim James into a bedroom and that he may have stabbed him in there. The arrested then stated that he should have taken his fingernail polish with him when he left the victims house. This officer aksed him what fingernail polish he was referring to and what kind and where he had left it at the victims house. He stated that it was clear nailpolish and he had left it sitting on a table that he though wasnear a record player. He stated that the polish belonged to him.

This officer and Percy Baker asked the arrested to tell us more details about how Connie was stabbed and he stated that she had come out of the bathroom to the entrance of the living room and the arrested hit her in the mouth. Victim Connie was partially unconscious and the arrested stated that he picked her up and carried her inot the bedrrom and put her on the floor. The arrested stated that the victimm Connie came to and kicked him in the leg. The arrested then showed this officer and Percy Baker a scrape on the front part of his lower right leg and stated that that was where he had been kicked. After being kicked, the arrested still had the knife in his hand and he stabbed the victim Connie in the middle of her chest. At this point the arrested could not recall the details of the other stab wounds on victim Connie. This officer asked the arrested if he put Connie on the bed or on the floor and he stated that he may have put her on the bed but he was not sure.

This officer asked the arrested if he called Ray from the victims house after the stabbing and told Ray that the victims were dead. The arrested stated that he know he called Ray but he could not remember whether he called from the victims house or not. The arrested stated that if he could do thos over again, he would not want the stabbings to take place. The arrested also stated that the scarf found at the scene was nothis and he did not drnk a half-can of beer either. The arrested did state that he kiced the crackers off the counter in the kitchen while they were practicing their karate in there and that he and victim James diecided hot to clean them up. This officer aksed the arrested if he recalled seeing a vacuum cleaner in the house and he shated that he fell over it on nis way out of thehouse after the stabbings. In regard to the can of corn at the house, the arrested stated that he had eaten some on Monday night but thathe did not handle the can. This officer asked the arrested if he had put the baby in another room of the house and the arrested stated this time that after the stabbings were over with, he cleaned up and got the baby off of victim James's bed where he was sleeping and carried him into the other room and shut him in there. The arrested stated that he did not recall seeing any pictures on the dresser in the bedroom hwr where the bodies were found and does not recall cutting any pictures. This officerand Percy Baker observed two small abrasions on the back of the knuckle of the right hand middle finger of the arrested. There was also a slight redness in the area.




**SUPPLEMENTARY REPORT — CONTINUATION SHEET / PEORIA POLICE DEPARTMENT**

77-01588

| OFFENSE CLASSIFICATION | INC. CODE | DATE OF THIS REPORT | CLASSIFICATION CHANGE NEEDED | INCIDENT CODE CHANGE FROM TO | REL. CASE NO.'S |
|---|---|---|---|---|---|
| Murder B | 0112 | 1-26-77 | Y N U | | |

| NO. | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS | PHONE(S) | D.O.B./AGE | S.S., D.L. NO., ETC. | REF. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | V | | | | Robison, James | 3033 W. Garden | | | | |
| 2 | A | O | S | M/N | | Savory, Johnny Lee | 1011 W. Hurlburt | | | | |

NARRATIVE:

The arrested was questioned as to how he obtained these marks and he stated that they may have occurred during the struggle but he was not sure. The arrested was asked about the metal pole found at the scene of the crime and he stated that it belonged to Vcitm James and that although he had taken it out with him on Monday night, the arrested denies that it had anything to do with the murder.

This officer was unable to determine where the dog was during this crime but could not make that determination. This officer was also unable to determine if the arrested told anyone but Ray that he had murdered the victims.

The arrested occassionally during this questioning stated that he had not committed the murders but would then continue to answer specific questions about the crime scene.

2300 hrs.
1-26-77

This officer and Percy Baker transported the arrested to Gift Avenue Home at this time where a temporary detention order was signed by Judge Whitney who was present at Gift Home. Also present were, Assistant States Attorney Joe Gibson, Lt. Dunlavey, and Officers Pinkney and Haynes. The arrested will be held at Gift pending his court appearance tomorrow.

REPORTING OFFICER: M. Brown  I.D. NO. 697  DIVISION: Juv.
Signature: Officer M. Brown
SUPERVISOR APPROVING: CR Marks  I.D. NO. 153

PEORIA_SAVORY 791  622