# Exhibit 8

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHNNIE LEE SAVORY, | ) | |
| | ) | Case No. 23-cv-01184 |
| *Plaintiff,* | ) | |
| | ) | The Hon. Judge Colleen R. Lawless |
| *v.* | ) | |
| | ) | Mag. Judge Jonathan E. Hawley |
| WILLIAM CANNON, as Special | ) | |
| Representative of the Estate of CHARLES | ) | **JURY TRIAL DEMANDED** |
| CANNON, et al., | ) | |
| | ) | |
| *Defendants.* | | |

## DECLARATION OF DR. KARL REICH

I, Karl Reich, hereby declare as follows:

1. I have been retained by Plaintiff in this matter to give expert opinion testimony.

2. Attached to this declaration as Exhibit A is a true and accurate copy of a report, which contains opinions that I offer in this case, as well as attachments incorporated as part of that report. The contents of this report and its attachments are true and accurate to the best of my knowledge and belief, and I hold the opinions stated within the report to a reasonable degree of professional certainty.

3. My qualifications for rendering expert opinions in this case are summarized in my report and in my CV, which is attached to this declaration as Exhibit B. My CV is true and accurate as of the date of my report in this case to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1

Dated:     April 18, 2024

Karl Reich

State of _Illinois_ County of _DuPage_
The foregoing instrument was acknowledged before
me this _18th_ day of _April_, 20 _24_
by _Karl Reich_

**JUSTIN DANIEL SOSTRE**, Notary Public
My Commission Expires __September 22, 2027__

> **OFFICIAL SEAL**
> JUSTIN DANIEL SOSTRE
> Notary Public, State of Illinois
> Commission No. 978377
> My Commission Expires September 22, 2027

# Exhibit A



Independent Forensics
DNA TESTING & TECHNOLOGIES

500 WATERS EDGE, SUITE 210
LOMBARD, IL 60148
TEL (866) 434-2400
FAX (708) 978-5115
WWW.IFI-TEST.COM

June 9, 2023

Mr.  Steve Art
Ms. Megan Pierce
Law Office of Loevy & Loevy
311 North Aberdeen Street
3rd Floor
Chicago, IL 60607

Re: Savory v et al.,
Re: Report of Findings, Forensic DNA

## Documents Reviewed

Police notes from police department crime lab file
    "Yellow Notes"; Peoria_Savory 1870-1871
    "White Notes'; Peoria_Savory 1873-1882
    "Walt Note"; Peoria_Savory 1872

Bureau of Identification, M77-197, Report Date January 27, 1977
    Peoria_Savory 1971

Bureau of Identification, M77-197, Report Date February 22, 1977
    Peoria_Savory 1550

Bureau of Identification, M77-197, Report Date March 17, 1977
    Peoria_Savory 1928-1935

Illinois State Police, Division of Forensic Services, Morton, Report date January 17, 2014
    Peoria_Savory 1923-1927

Illinois State Police, Division of Forensic Services, Morton, Report date March 20, 2014
    Peoria_Savory 1918-1921

State Police, Division of Forensic Services, Morton, Report date May 30, 2014
        Peoria_Savory 1910-1912

Illinois State Police, Division of Forensic Services, Morton, Report date August 18, 2014,
Supplemental        Peoria_Savory 11615-11616

Illinois State Police, Division of Forensic Services, Morton, Report date October 1, 2018,
        Savory-LL- 009887 – 009889

Illinois State Police, Division of Forensic Services, Morton, Report date October 3, 2018,
        Peoria_Savory 12380 – 12388

Illinois State Police, Division of Forensic Services, Morton, Report date November 29,
2018,   Peoria_Savory 12704– 12705

Crime Scene Photos

Peoria Police Department Reports Related to the Crime Scene, Evidence Collection, and
Autopsy
        Supplementary Report, Peoria Police Dept., Peoria_Savory 84-86
        Supplementary Report, Peoria Police Dept., Peoria_Savory 916-925

Declaration of Judith Eckstein (formerly Kienzler)
        Savory -LL 10565 - 10585

Evidence Receipt, Bureau of Identification, Peoria_Savory 12940

Subpoena Response to Gottfried, SAVORY-LL-006772 - 006792

Discovery Deposition, Robert Gonsowski, SAVORY-LL-002917-002931

McGrath Affidavit, SAVORY-LL-010549 – 010551

## Forensic DNA / Forensic Biology Findings

Two (2) rounds of forensic DNA / forensic biology testing were performed in this case. A first round of testing and analysis ca., 1977 and a second round of analysis begun ca. 2013.

### Forensic Testing, Analysis and Reporting, ca. 1977

The initial round of testing used methods, techniques, procedures and reagents that were in force at that time.  It should be noted that the analysis carried out was decades prior to the current DNA-based identity testing approach although many of the forensic biology techniques used ca. 1977 are largely unchanged even now, *i.e.*, the determination of the possible presence of blood, seminal fluid and sperm.  However, the methods used to determine genetic identity have completely changed.

Also different are the specific documentation and recording expectations of the forensic laboratory where current standards demand better and more detailed documentation of the reagents, methods and kits used in the laboratory.

It should be fully understood, however, that the expectation of correct, thorough and preserved documentation that records the complete details of who, what, when and how have always been vital to forensic testing – then, and now.

In this case, from the materials that have been provided, it appears that many (if not most) of the work sheets, work notes from the Bureau of Investigation pertaining to the laboratory testing and results, are now missing / lost and unavailable for inspection and review.

There is of course no way to examine documents that are lost or unavailable.  It is unusual, and a breach of procedure, that a forensic discovery packet would be lacking documentation of the work performed in the laboratory.

It is my understanding that the items listed as 'Notes' are not laboratory-derived documentation but are notes from the Peoria police department's files and represent notes made during discussions of the laboratory testing and results during the investigation of the case.

Reports and crime scene photos state that the victim was found in a nightgown and underwear.   Only the female victim had defensive wounds on her hands; fingernail

scrapings were taken only from the female victim.  The autopsy report documents a cutting wound through the genitals of the female victim and the collection of a 'white substance' from her vagina.  This sample was transferred eventually to the Bureau of Investigation.

The March 17, 1977 BOI report states conclusions contradicting the police notes apparently taken during the time the crime was being investigated.

These police notes describe, at best, mixed results of the testing for the presence of seminal fluid and sperm cells, though the precise sample(s) being discussed are not entirely clear.  The inference of sexual assault correlated with the homicide is clear.

Specifically: "Sperm - slight positive' (poss false pos) [sic.] 1st time neg, 2nd pos. (no sperm but pos seminal)" was recorded on the first line of the provided yellow police notes.  The provided "WALT" police notes also mention "sperm."  The provided white police notes, dated February 4, 1977, describe "vaginal swabs - slight pos – her blood type only A.  Not a quick reaction feeling that it was there before attack."

These observations provide quite a different perspective on the analysis of the vaginal swabs than what is presented in the March 17, 1977 BOI report or described by the medical examiner at trial.

Certainly the possible ambiguity and mixed results that were actually obtained regarding the screening for sperm cells, as opposed to the apparently definitive statement that there was no sperm as listed in the report, would have been legitimate argument/discussion by the defense at Mr. Savory's trial.

The yellow notes begin with the word "sperm" and another note, with a one word notation of "sperm" and a phone number could indicate that the results of microscopical sperm searching were positive.  This conclusion is possibly repeated in the white notes where "a slight pos" was recorded with no specification of whether that was for sperm, seminal fluid, or both.

The prominence and repeated notation of 'sperm' in the notes imply the investigators' interest and the importance of determining if a sexual assault was compounded with the homicidal assault: was sperm present in the vagina of the female victim?  Was the semen indicative of a prior contact or linked to the homicide?

All three notes demonstrate considerable ambiguity in contrast to the unequivocal conclusions stated in the report.  If the notes had been made available to the defense at the time of trial, they would certainly have provided foundation for cross examination.

The March 17, 1977 BOI report also describes hair analysis/examination as an approach for trying to determine identity.  Using visual hair examination for individual identification has been discredited for decades; the comments referring to hair comparisons for identity lack scientific validity and are neither reliable nor probative to identifying Mr. Savory (or anyone else).

Police reports also indicated that there were hairs found in the hands of the victims. The March 7, 1977 BOI report stated that these hairs had been collected and sent to the BOI analyst and that they were not similar in color or characteristics to Mr. Savory's hair. The white police notes stated that both sets of hairs (items 31 and 69) were "fine" hairs. This information about the class characteristics of the hairs may have been helpful to the defense.

The general prohibition to using individual hair analysis extends to the reported statements for hair included in item 37 and 70 (hairs in sink and bathtub).

The forensic screening / testing used at the time of trial used a presumptive chemical-based test for the putative identification of blood.  Technically these tests are based on a chemical change (oxidation) in an indicator molecule (phenophthalein) which turns from colorless to pink.  The presence of iron-bound heme (which is a component of blood) and hydrogen peroxide (an exogenously added chemical) with the indicator will produce a color change, as will many other oxidative compounds (that are not blood). The test is not specific (*i.e.*, other sources can and do produce the same color change in the indicator molecule) and technically this method does not directly test for the presence of blood.

The sample in question, item 44, is described in the BOI report as ''indicates the presence of blood''. However, the yellow police notes, in a repeat of the issues with the vaginal swabs, actually contradicts this description and records "Neg for blood" with an accompanying "two spots slight reaction if blood was present" (in what is apparently different handwriting), a decidedly different conclusion than was written in the BOI report.  The white police notes state, "#44 knife something slight little possible –

general reaction." The white police notes, without question, are far more ambiguous than the BOI report and the yellow police notes would support a negative conclusion as to the presence of blood on the pocket knife purportedly from Mr. Savory.

As this item, #44, was declared the possible murder weapon, and was presented as such at the trial, the discrepancy of the notes in comparison with the BOI report paragraph would certainly have been under intense questioning by the defense. The opportunity to refute a foundational item of evidence of the prosecution's case could hardly have been ignored.

The importance of this item of evidence in the prosecution's theory of the case is clear; also clear are the exaggerated and inaccurate statements made in regard to the forensic testing of the knife. The test used is at best a presumptive screening test and in no way 'identifies' blood; at most a positive Kastle-Meyer test might indicate the possible presence of blood. One should also note that no test is 100% accurate, ever, and such a statement in a legal proceeding is biased overreach and tellingly inappropriate even coming from someone with limited scientific training.

Considering the bloody and violent crime scene, the supposed murder weapon (assuming that such a folding knife could even have inflicted the observed wounds on the two victims) would have been covered in blood and yet only two 'spots' may have tested positive.

The examination of the supposed murder weapon (knife) during the evidence inspection and an examination of the same (or very similar) model knife reveals that (1) there is no blade locking mechanism, (2) that there is plenty of space between the linings for blood to have been collected, (3) that the gap between the spring mechanism and linings provides an additional area for blood to collect, (4) that there is a nail mark/notch which provides yet another area for blood to seep into and yet only two (2) possible spots may have tested positive from a non-specific presumptive chemical test for blood.

The crime scene photos support the in person observation of the evidence (conducted on January 25th, 2023 at the Peoria Police Dept.) that if this model knife had been the weapon used in the assault, it would have been covered in blood, would have certainly folded closed at some point during the assault and that all cracks, gaps, spaces and

notches would have been prime locations to collect and retain blood of the victims had this item been in fact used in the assault.

Certainly, the forensic evidence testing ca. 1977 does not provide physical findings that would support the purported use of this folding pocket knife as the murder weapon.

The yellow police notes also state for item 7 "Cooper on Robinson's underwear." This observation, victim Cooper's blood found on victim Robinson's underwear implicates the order of the assault; Ms. Cooper was assaulted first and Robinson second.  This information was apparently not provided to the defense.

The handwritten police notes and the March 17, 1977 BOI report are also inconsistent as to the testing of the blue pants, item 59, where "one small area R pocket by belt, A, blood human" is recorded in the white notes.  The BOI report states, "Chemical and serological testing of this item indicated the presence of group A human blood." The written report does not accurately reflect the actual results, at least as recorded in the white police note; where the blood was supposedly found; and that it was only one <u>small</u> area.

At issue, and certainly the principal reason for attempting to obtain red blood cell antigen data (*i.e.*, blood group information) from the evidence samples is the underlying assumption that identifying the blood group is somehow a probative link to identifying the victim on the clothing of Mr. Savory.

The fact is that blood typing (A, B, O, red blood cell antigen typing) is completely incapable of providing sufficient discriminatory power for even suggesting that identity could be hinted at, let alone deduced, from such an analysis.  The blood group typing process does not even provide the sex of the source – approximately forty percent (40%) of the population has type A blood.  Put another way, more than a third (1/3) of the entire U.S. population would be included in the analysis conducted on the spots on the blue pants.
It is ludicrous for suggesting that the spot is somehow linked to the victims.

The attempt to connect the pants, item 59, to the crime is also important as the forensic testing performed prior to the interrogation of Mr. Savory on January 26, 1977, had already determined that the blue cap, blue jean jacket, sweatshirt, and maroon pants

that he was wearing during that day were all negative for blood.  In fact, testing of a small red stain on Mr. Savory's ball cap determined that the stain was candy, not blood.

**Forensic Testing, Analysis and Reporting, beginning in ca. 2014**
Best practice for storing forensic DNA evidence is simple: evidence should be stored away from sunlight, at ambient temperature, dry and in containers/wrappers that do not trap humidity (typically paper or Tyvek® materials, bags or wrapping).  These conditions/requirements apply to fabric, collection swabs and physical items.  Liquid samples (which are rare in forensic practice) are typically 'converted' to swabs (*i.e.*, swabs dipped in the liquid, allowed to dry and stored dry away from heat, humidity and light) or stored frozen.

From the court ordered observation of the physical evidence performed at the Peoria Police Department, the conditions for appropriate and secure storage of evidence were met.

The forensic DNA results and conclusions from the post-conviction DNA testing, ca. 2014 through 2018 can be summarized: Mr. Savory is excluded as a contributor to every tested item where a DNA profile was obtained.  His DNA is not present on the items processed for DNA profiling.

Specifically,
item 15, edge of light switch cover – mixed sample, Mr. Savory excluded as a contributor to both the major and the minor contributor,
item 1, vaginal swabs, differential extraction fractions F1, F2 and F3 – Mr. Savory excluded as a contributor by Y-STR profiling,
item 15, collection from edge of light switch cover, Mr. Savory excluded as a contributor,
item 3, underwear worn by C. Cooper, sperm identified, no link to the Mr. Savory,
item 1B, blood like stain, front of robe, left side, between buttons – Mr. Savory excluded as contributor,
item 1C, blood like stain from front left sleeve, Mr. Savory excluded as contributor,
item 1D, blood like stain from left sleeve, Mr. Savory excluded as contributor,
item 1E, blood like stain from right sleeve, Mr. Savory excluded as contributor,
item 1F, blood like stain from right sleeve, Mr. Savory excluded as contributor,
item 1H, blood like stain from back bottom hem of robe, Mr. Savory excluded as contributor,

<u>item 4A</u>, blood like stain from armpit area, near trim, Mr. Savory excluded as contributor,

<u>item 4B</u>, blood indicated stain from sleeve area, Mr. Savory excluded as contributor,

<u>item 7A</u>, blood indicated stain from lower back inside panel, J. Robinson, Mr. Savory excluded as contributor,

<u>item 7C</u>, blood like streaks from back of underwear, J. Robinson, Mr. Savory excluded as contributor,

<u>item 9A</u>, blood indicated stain from fitted sheet, Mr. Savory excluded as contributor,

<u>item 9B</u>, blood like stain from fitted sheet, Mr. Savory excluded as contributor,

<u>item 9D</u>, blood indicated stain from fitted sheet, Mr. Savory excluded as contributor,

<u>item 10A,</u> – blood like stain from flat sheet, one extra allele (otherwise known as a drop-in), Mr. Savory excluded as contributor,

<u>items 10B</u>, and <u>10C</u> no DNA profiles

<u>item 10D,</u> blood like stain from flat sheet, Mr. Savory excluded as contributor,

<u>item 10E</u>, blood like stain from flat sheet, Mr. Savory excluded as contributor,

<u>item 10F</u>, blood like stain from flat sheet, Mr. Savory excluded as contributor,

<u>item 12A,</u> blood indicated stain from pillowcase, Mr. Savory excluded as contributor,

<u>item 13A</u>, blood like stains from corner of pillowcase, Mr. Savory excluded as contributor,

<u>item 3A</u> F1 fraction, Mr. Savory excluded as contributor,

<u>item 9F</u>, F1 fraction, major and minor contributors, Mr. Savory excluded, possible link to minor contributor to item 10 who is not excluded as the major contributor to item 9F;

<u>item 9G</u>, F1 fraction: not suitable for comparison; F3 fraction, Mr. Savory excluded

item 10G, F1 fraction: cherry picked three loci where half the population cannot be excluded – put another way, meaningless for identity,

<u>item 10H</u>, F1 fraction deemed not suitable for comparison; F3 fraction Mr. Savory excluded from both major and minor contributors,

<u>item 11A</u>, F1 fraction: at least four contributors, deemed not suitable for comparison; F2 fraction, Mr. Savory is excluded; F3 fraction one allele was identified – ludicrous for identity.

Insufficient male DNA for autosomal profiling: items 9C, 9E, item 3A (F2 and F3), 9F (F2 and F3), 10G (F2 and F3), 9G (F2) and 10G (F2).

The list of items tested is considerable and reflects a concerted effort to try and identify an assailant who might have injured himself during the assault, *i.e.*, the justification for collecting and testing more than twenty (20) purported items of blood-like evidence.

While Mr. Savory is excluded from each and every one of these samples (his DNA is not present on any of the tested items) a DNA profile foreign to the victims and not from Mr. Savory was identified on item 7, back panel of underwear from J. Robinson (minor profile from a three contributor sample).

A keyboard DNA database search was apparently conducted with this deduced minor profile and three (3) similar profiles were identified in the Illinois State DNA database.

These three 'hits' are investigatory leads, cannot be considered definitive without further testing and confirmation, but are without question more probative to identifying the assailant than the complete lack of the DNA of Mr. Savory on every tested item.

Another item thought to be probative to Mr. Savory's involvement includes the light switch (the defendant is excluded) – his DNA is not present on this item.

The vaginal swab from the decedent was analyzed using Y-STR profiling; here the genetics of the Y sex chromosome are probed using a commercial kit specific for this purpose.  The Y sex chromosome is only present in males.

This sample was processed using the laboratory technique of differential extraction which was developed to yield two (sometimes three) fractions from the original single (one) item of evidence.  Results from a differential extraction do not indicate the biological source of the DNA that could be revealed but it can be noted that sperm cells are by far the richest source of DNA in semen (semen = seminal fluid + sperm).

A fraction, F1, designed to be enriched in the DNA of the female victim, a fraction F2, designed to be enriched in the DNA from the assailant's sperm cells and a third fraction, F3 (sometimes called the mixed fraction), that analyzes the DNA remaining on the collection swab, *i.e.*, where no effort to enrich the proportion of the purported contributors has been made.

Profile 1A1AF1 – three (3) identified loci (SDT-ISP 174) – Mr. Savory excluded by the findings at DYS576, DYS393

Profile 1A1AF2 – no identified alleles

Profile 1A1AF3 – three identified alleles, Mr. Savory excluded by the findings at DYS576 and DYS570.

The Y-STR results from item 1, vaginal swab, are partial (by definition incomplete) but there is no objective reason why ISP would interpret item 1AF3 (and correctly exclude Mr. Savory) and basically 'punt' on the analysis of 1AF1. This sample also revealed a low level partial Y-STR profile with three (3) loci (and three alleles) and again, Mr. Savory is excluded as a contributor.

It can be concluded, therefore, that the Y-STR analysis of the differential extraction fractions of the vaginal swab of the victim excludes Mr. Savory.

The clear presence of male DNA in this sample (item 1, vaginal swab) strongly re-opens the issue of sexual contact within the homicidal assault – the obvious questions of sexual contact prior?, during?, motive for? come immediately to mind. The Y-STR data demands that the question of 'who is this male?', be answered. What is known is that it is not Mr. Savory.

There was also the identification of sperm on the female victim's underwear, item 3A. This sample was apparently processed by differential extraction and the F1 fraction profiled – the victim was identified. The F2 fraction was declared not suitable for autosomal profiling and while Y-STR profiling of this sample was mentioned as an option it does not appear that this sample was processed further.

Thus, there is no genetic identity information in regard to the male who left semen on the victim's underwear.

The blue pants, item 59, was also subject to testing in the later round of forensic DNA analysis.

Areas tested include the waist band (item 59A), area around an apparent burn hole (item 59B), stain from the right pocket (59C), stained area inside back (item 59D), and a cutting from the belt loop adjacent to the right pocket (item 59E). Testing for blood on this item was negative in this second round of evidence screening. This contradiction with the initial screening ca. 1977 was not explained or commented on in any of the provided materials.

The DNA profile analysis of these samples from the pants did not reveal the profiles of either victim – another clear failure to ratify the (unproven) assumption that the observed stains have any bearing on the assault.

Items 59C (stain from right pocket) and 59D (stained area from inside back) failed to provide a DNA profile. Put another way these data (or more precisely the lack of profile DNA) are consistent with the failure to identify blood on this item of evidence. The lack of blood identification and lack of DNA profile data flatly contradict the assumption the stains are in any way (directly or indirectly) connected to the assault.

Certainly, the assumption that the (doubtful) murder weapon transferred the blood of one of the victims to the fabric of the pants, is not supported by the actual physical evidence.

The laboratory analyst in 2014 stated that, along with the hairs from the victim's hands, the cutting from the pants that was tested in 1977 that supposedly indicated blood could not be located, and as mentioned above, testing from around the belt loop adjacent to the right pocket in 2014, as well as testing from inside the pocket where the knife was supposedly placed without any washing, did not indicate any blood in either area.

Item 59B (area around apparent burn hole) produced a mixed DNA profile that ISP declined to analyze further – again, a failure of the physical evidence to link Mr. Savory's clothing to the assault or to the victims.

Thus, there is a total lack of any link to the victims from the analysis of the pants – no blood, no DNA profiles, no physical findings, no forensic results of any kind that link Mr. Savory to an extraordinarily violent and bloody crime scene.

The knife, item 44, which was claimed to be the murder weapon, did not provide a DNA profile in support of this contention. The more recent round of forensic DNA testing did not analyze this item for body fluid identification but did attempt to process the collection from two (2) small stains for DNA profiling.

No DNA profile was obtained from item 44A, stain on blade, and no ISP reportable profile was obtained from the handle (item 44B). Given that blood is a very rich source of DNA, the lack of physical findings that link this item to the assault (*i.e.*, no DNA from the defendant, no DNA from the victims) do not support the contention that this folding knife was involved in the assault but rather calls for the conclusion that this knife was not used in the assault.

None of the reviewed laboratory reports or remaining police notes conclusively state or record that blood was identified on the knife.  This observation is consistent with the lack of reportable DNA profiles from this item.  The yellow police note actually states for item 44, "Neg for blood".

This result is all but impossible to explain considering the type, and violence, of the assault that included multiple significant and life ending cutting injuries to both victims.

Having viewed the actual physical evidence in this case , can attest to the volume of blood on the bed spread (not to mention the volume of blood on the carpet as shown in the crime scene photos).  Having reviewed the descriptions of the injuries to the decedents, many, deep and on both muscle and bone, it is again almost impossible to explain how a small folding pocket knife could

(i) have inflicted such injuries without folding closed on the hand of the assailant and

(ii) have remained pristine with no blood and no DNA of the victims detected by a very sensitive (but non-specific) forensic chemical test and by a much more specific and very sensitive genetic identity testing regiment (PCR-based DNA profiling).

Additional items tested by forensic DNA processing include
item 21A, fingernail scrapings from the female victim; here Y-STR analysis produced no identified alleles and thus no link to the defendant;
item 22A, fingernail scrapings from the female victim, here Y-STR analysis produced no identified alleles and thus no link to the defendant.

This case presents several 'lost' or misplaced or never found items of evidence.  This includes one of the cuttings from the pants and hairs (described as 'fine') supposedly found in the hands of one of the victims.

Without the physical evidence it is of course impossible to perform forensic testing to try and determine the kind or source of the stain or whose hair was in the hands of a victim.

The preservation and security of evidence is of course paramount for any investigation and is without question the responsibility of law enforcement, investigators, crime scene technicians and the laboratory. The procedures to ensure that evidence is secure are painstaking, but very simple. There are no excuses for misplacing or losing evidence; incompetence or worse, are the only possible explanations.

## Conclusions

The volume of forensic DNA testing, analysis and results in *People v. Savory* can be summarized very concisely: there are no forensic DNA findings that link the defendant to the assault, to the victims, to the purported murder weapon, to the blood stains collected from the crime scene, and to the clothing collected from Mr. Savory.

The complete lack of any physical finding linking Mr. Savory to the assault extends to the clear exclusion of Mr. Savory to the male DNA identified on the vaginal swabs taken from the victim.  Put another way, the forensic DNA results from the sexual contact / assault that preceded or incited or was contemporary with the murderous assault on the victim excludes Mr. Savory.  We may not know who this male contributor to the vaginal swabs is, but we do know it is not Mr. Savory.

This conclusion is supported by data and results obtained by using the most sensitive, most specific DNA-based genetic identity testing methods, regimens, kits and equipment available.

The methods, kits and processes available for attempting to determine genetic identity ca. 1977 were completely different from the methods currently used in forensic DNA.

The methods, kits and processes for the presumptive screening of blood on submitted evidence are, however, essentially unchanged.  Also unchanged are the scientific method, the use of controls, and the requirements for full and complete discovery from the forensic laboratory and the obligation to correctly and properly and accurately report the actual scientific data and findings of forensic testing.

The original laboratory worksheets, work notes and laboratory notes from BOI were not provided and are apparently missing.

     If the preservation and security of evidence is job #1 of law enforcement, then job #2 would be the complete and accurate documentation of the laboratory work performed and the security and preservation of those records.

     This case demonstrates a dramatic failure on both of these requirements from both the laboratory and law enforcement.

The forensic DNA results as reported describe a number of unknown contributors to various items of evidence which are investigatory leads to possible suspects.        his list

includes the unknown male DNA profile identified on Connie Cooper's vaginal swab, an unknown profile on the light switch, unknown profiles on James Robinson's underwear, an unknown profile on a sheet from the crime scene, an unknown profile from a pillow at the crime scene, an unknown profile from the bedspread at the crime scene, and an unknown profile from a pillowcase at the crime scene.

The provided documentation only provides one (1) instance where an open profile was investigated further: a DNA database search was conducted on a deduced minor profile. Several similar profiles in the database were returned from this search, but there is no description in the provided materials of any further analysis or investigation concerning these 'hits'.

The claim that the folding pocket knife was the murder weapon is not supported, in any way by the physical findings.

　　Despite several laboratory testing attempts no blood and no DNA results linked to either Mr. Savory or to the victims can be identified on this knife.

　　The size and type, folding and small, of the knife essentially preclude this item from being able to inflict the many and deep injuries to the victims.

　　Taken together the data, facts, results and examination of the item (as seen during the observation of the evidence at the Peoria Police station), essentially eliminates the knife from being the cutting weapon in this double homicide.

This of course would also explain why there is no forensic DNA evidence linking the pants to the two victims: if the knife is not the murder weapon and thus was never in contact with the blood of the victims, it could hardly have transferred the (non-existent) blood to Mr. Savory's pants.

None of the physical evidence, none of the forensic DNA evidence, none of the DNA profiles, none of the laboratory testing, links Mr. Savory to the assaults (homicidal or sexual) in this case.

Karl Reich, Ph.D.
Independent Forensics
Lombard IL

# Karl A. Reich, Ph. D.

INDEPENDENT FORENSICS, 500 WATERS EDGE, SUITE 210 LOMBARD IL 60148
karl@IFI-Test.com;  P 708.234.1200; F 708.978.5115

## FORENSIC DNA / MOLECULAR BIOLOGY / MICROBIOLOGY / PROTEIN BIOCHEMISTRY MICROBIAL AND HUMAN FUNCTIONAL GENOMICS / PROTEIN PURIFICATION

Scientist with eight years post-graduate and fifteen years progressive experience in the pharmaceutical and biotechnology industry.  Proven track record of initiating, managing and leading product-oriented research in forensic DNA, genomics, infectious diseases, pharmaceutical target identification functional genomics, biotherapeutics, molecular biology, microbiology and strain development for industrial fermentation.

- Court Qualified DNA Expert Witness for Forensic DNA, Forensic Biology and Statistics – Testimony and depositions in more than one hundred forty cases in State, Federal, Military and International courts in both criminal and civil litigation.
- Security Clearance – details available upon request
- R & D project development and management from conception to market launch for forensic laboratory products.
- Developed, championed and implemented market-driven strategies for functional genomics biotech startup.
- R & D management experience in market-driven pharmaceutical, biotech and forensic DNA companies.
- R & D project development experience, including market analysis, target identification and validation, HTS, lead evaluation and animal efficacy trials.
- Led, built and managed research teams to implement strategic alliances, contract research and 'in-house' R & D in molecular biology, anti-infectives and strain development.

## PROFESSIONAL EXPERIENCE

**INDEPENDENT FORENSICS, Lombard IL**                                                  **8/2002 – Present**
Chief Scientific Officer/Laboratory Director/Managing Partner for DNA Forensics, Paternity, and Molecular Biology laboratory.
- Responsibility for development, validation, commercialization, production and manufacturing of new forensic-DNA based tests.
- Supervisory responsibility for all laboratory operations, including validation, documentation, Q/A, Q/C, DNA testing, DNA analysis for forensics and paternity.
- Responsibility for lab design, lab set-up, IT, molecular biology, software and system design and implementation.
- PI on R & D contracts from federal law enforcement agency, PI on CDC SBIR grant, PI on DHS SBIR award.

**ORCHID BIOSCIENCES, Long Island NY**                                                  **4/2001 – 6/2002**
Pharmaceutical Development for 'virtual' pharmaceutical company.
- Responsibility for outsourcing of GMP synthesis of small molecule therapeutic compound.
- Initiated, negotiated and supervised CRO managed ongoing Phase II clinical trial.
- Supervised and outsourced FDA and EMEA fillings for Orphan Drug Status in Europe and U.S.A.
- Project fully acquired (and terminated) by strategic partner, 6/2002.

**INTEGRATED GENOMICS, Chicago, IL**                                                  **4/2001 – 2/2002**
*Director of Pharmaceutical Development  – Executive Management Team*
Integrated Genomics is a startup functional genomics company focusing on a bioinformatic approach to solving industrial biotechnology problems.
- Responsibility for developing and implementing small molecule-based R & D for 'niche' anti-infectives markets.
- Developed research programs for strategic partners in anti-infective biology, industrial strain improvement, flavors and fragrance industries and genomic databases.
- Experience in, and responsible for, presenting research programs to pharmaceutical partners, venture capital funds and institutional investors.

**Karl A. Reich** Page 2

---

**DNA & IMMUNOGENETICS INSTITUTE, Chicago IL** 6/2001 – 8/2002
*Co-Director, Laboratory Services*
DNA & Immunogentics Institute was the first independent DNA testing laboratory in Illinois and performed testing for paternity determination, transplant matching and blood banks.
- Paternity & Forensic DNA Testing
- Blood Antigen Testing

**ABBOTT LABORATORIES, Abbott Park IL** 10/1996 – 4/2001
Abbott Laboratories is a mid-tier pharmaceutical company with a strong focus on small molecule therapeutics.
- Directed, managed and led research group charged with cloning, expressing and purifying protein targets for pharmaceutical discovery and biotherapeutics using bacterial, insect and mammalian expression systems.
- Led effort to identify alternative expression systems/hosts for 'difficult' protein classes.
- Co-developed semi-automated cloning and expression system for HTS of protein targets.

*Group Leader, Genomics and Molecular Biology.*
- Devised, championed and directed all phases of genomics-based research program for the identification of novel anti-bacterial targets, including microbiology, mol bio, HTS cloning and expression, and database management.
- Identified and validated dozens of novel anti-bacterial targets.
- Conceived and managed small molecule discovery projects; including HTS assay development, hit characterization, animal efficacy models, SAR determination and toxicity profiles.
- Initiated proteomics program in *Haemophilus influenzae*.
- Developed and fabricated *H. influenzae* micro-array for inhibitor mode of action studies.
- Initiated and directed numerous external scientific collaborations.
- Developed broad knowledge base of genomic techniques, applications and technologies including SNPs, pharmacogenomics, proteomics, HTS sequencing, public and proprietary genomic databases.

**STANFORD UNIVERSITY SCHOOL OF MEDICINE, Stanford CA** 10/1990 - 10/1996
*Howard Hughes Research Fellow, Laboratory of Dr. Gary Schoolnik*
- Developed research program on luminescent bacterial symbiont, *Vibrio. fischeri*.
- Discovered novel ADP-ribosyltransferase in culture supernatants of *V. fischeri*.
- Purified and cloned (using reverse genetics) novel ADP-ribosyltransferase from *V. fischeri*.
- Developed genetic system for *V. fischeri*, - targeted knock-outs for gene function identification.
- Initiated collaborative research with USC marine biology laboratory on symbiont/host interactions.

*Post-doctoral fellow, Laboratory of Dr. Gary Schoolnik*
- Developed research program on structure/function relationship of trans-membrane transcriptional activator, ToxR, in *V. cholerae*.
- Analyzed distribution of ToxR genes in environmental *Vibrio* isolates.
- Cloned, sequenced and characterized ToxR gene from luminescent marine bacterium, *V. fischeri*.

**INSTITUT PASTEUR, Paris, France** 10/1988 – 10/1990
*Fogarty Post-Doctoral Research Fellow*
- Developed mono-clonal antibodies against membrane active toxin of *Listeria monocytogenes*.
- Developed novel, large scale purification protocol for listeriolysin.
- Participated in *in vivo* tests of single amino acid substituted *L. monocytogenes* isogenic strains.

**Karl A. Reich**                                                                                    **Page 3**

## PRIOR RELATED EMPLOYMENT

**UCLA, Los Angeles CA**
**Dept of Biological Chemistry, Laboratory of Dr. D. Sigman**                            **1979-1982**
*Research Assistant*
- Analysis of non-enzymatic cleavage of DNA by 1,10-orthophenanthroline Copper.
- Synthesized chemical derivatives of 1,10-orthophenanthroline.
- Recombinant over-expression and purification of *E. coli* DNA Polymerase.

**HARVARD MEDICAL SCHOOL, Boston MA**
**Dept. of Neurobiology, Laboratory of Dr. T. Wiesel**                                  **1977-1979**
*Research Assistant*
- Developed micro-bore HPLC for amino acid analysis of retinal homogenates.
- General laboratory duties, including ordering, organization and solution preparation for histology and EM.

**CORNELL UNIVERSITY, Ithaca, NY**                                                      **summer 1976**
**Laboratory of Dr. E. Ellson**
   *Summer intern* Low angle light scattering analysis of liposome preparations.

**ROCKEFELLER UNIVERSITY, New York NY**                                                 **summer 1975**
**Laboratory of Dr. N. Zinder**
   *Summer intern* Production, purification and use of mini-cells as 'cell free' protein translation system.

## EDUCATION

**UCLA / HARVARD MEDICAL SCHOOL**                                                       **1982-1988**
**Ph.D.  Molecular Biology**
- *Thesis: Enzymic Studies on Diphtheria Toxin Fragment A*

**CORNELL UNIVERSITY**                                                                  **1973-1977**
**B.A.  Chemistry**

## LANGUAGES

- ENGLISH, FRENCH

## PUBLICATIONS:

1. D.R. Graham, L.E. Marshall, **K.A. Reich** and D.S. Sigman, "Cleavage of DNA by Coordination Complexes.  Superoxide Formation in the Oxidation of 1,10- Phenanthroline-Cuprous Complexes by Oxygen.  Relevance to DNA-Cleavage Reaction," *J. Amer. Chem. Soc.,* **102**, 5419 (1980).

2. L.E. Marshall, D.R. Graham, **K.A. Reich** and D.S. Sigman, "Cleavage of DNA by the 1,10-Phenanthroline-Cuprous Complex.  Hydrogen Peroxide Requirement and Primary and Secondary Structure Specificity," *Biochemistry*, **20**, 244 (1981).

3.  **K.A. Reich**, L.E. Marshall, D.R. Graham and D.S. Sigman, "Cleavage of DNA by the 1,10-Phenanthroline-Cuprous Complex.  Superoxide Mediates the Reaction Dependent on NADH and Hydrogen Peroxide," *J. Amer. Chem. Soc.,* **103**, 3582 (1982).

4.  L.M. Pope**, K.A. Reich**, D.R. Graham and D.S. Sigman, "Products of DNA Cleavage by the 1,10-Phenanthroline-Cuprous Complex.  Product Analysis," *J. Biol. Chem.*, **257**, (20) 12121 (1982).

5.  J.D.L. Harpe**, K.A. Reich**, E. Reich and E.B. Dowdle, "Diamphotoxin: The Arrow Poison of the !Kung Bushmen," *J. Biol. Chem.*, **258**, (19) 11924 (1983).

6.  B.L. Kagan**, K.A. Reich** and R.J. Collier, "Orientation of the Diphtheria Toxin Channel in Lipid Bilayers," *Biophys. J*., **45**, 102 (1984).

7.  P. Berche**, K.A. Reich**, M. Bonnichon, J.L. Beretti, C. Geoffroy, J. Raveneau, P.Cossart, J.L. Gaillard, P. Geslin, H. Kreis and M. Veron, "Detection of Anti-Listeriolysin O for Serodiagnosis of Human Listeriosis," *Lancet,* **335**, 624-627 (1990).

8.  B.A. Wilson, **K.A. Reich**, B.R. Weinstein and R.J. Collier, "Active-Site Mutations of Diphtheria Toxin: Effects of Replacing Glutamic Acid-148 with Aspartic Acid, Glutamine or Serine," *Biochemistry*, **29**, 8643-8651 (1990).

9.  E. Michel, **K.A. Reich**, R. Favier, P. Berche and P. Cossart, "Attenuated Mutants of the Intracellular Bacterium *Listeria monocytogenes* obtained by Single Amino-Acid Substitutions in Listeriolysin O," *Molecular Microbiology*, **4** (12), 2167-2178 (1990).

10.  F. Nato, **K.A. Reich**, S.Hopital, S. Rouyre, C. Geoffroy, J.C. Mazie and P. Cossart, "Production and Characterization of Monoclonal Antibodies against Listeriolysin O (LLO), the Thiol Activated Hemolysin of *Listeria monocytogenes*: Neutralizing Antibodies are Specific for LLO," *Infection and Immunity*, **59**(12), 4641-4646 (1991).

11.  **K.A. Reich** and G. K. Schoolnik, "The Light Organ Symbiont *Vibrio fischeri* Possesses a Homologue of the *Vibrio cholerae* Transmembrane Transcriptional Activator ToxR", *J. Bacteriology*, **176**(10), 3085-3088 (1994).

12.  B. Wilson, S.R. Blanke, **K.A. Reich** and R. John Collier, "Active-Site Mutations of Diphtheria Toxin. Tryptophan 50 is a Major Determinant of NAD Affinity. *J. Biol. Chem.,* **269**(37), 23296-23301, (1994)

13.  **K.A. Reich** and G.K. Schoolnik, "Halovibrin, Secreted from the Light Organ Symbiont, *Vibrio fischeri*, Is a Member of a New Class of ADP-ribosyltransferases," *J. Bacteriology*, **178** (1), 209-215 (1996).

14.  **K.A. Reich**, T. Biegel and G.K. Schoolnik, "The Light Organ Symbiont *Vibrio fischeri* Possesses Two Distinct Secreted ADP-ribosyltransferases," *J. Bacteriology*, **179**(5), 1591-1597 (1997).

15.  E. P. Rock, **K. A. Reich**, D. M. Lyu, M. Hovi, J. Hardy, G. K. Schoonik, B. A. D. Stocker and V. Stevens.  "Immunogenicity of LTB-hCG Fusion Protein," *Vaccine*, **14**(16), 1560-1568 (1996).

16.  L. Katz, D. T. Chu and **K.A. Reich**.  "Bacterial Genomics and the Search for Novel Antibiotics," *Annual Reports Med. Chem*., **32**, 121-130, (1997).

**Karl A. Reich**                                                                                            **Page 5**

17.  P. Zhong, Z. Cao, R. Hammond, Y. Chen, J. Beyer V.D. Shortridge, L. Phan, S. Pratt, J. Capobianco, **K. A. Reich**, B. Flamm, Y. S. Or and L. Katz.  "Induction Ribosome Methylation in MLS-resistant *Streptococcus pneumoniae* by macrolides and ketolides", *Microb Drug Resist*; **5**(3), 183-188, (1999).

18.  **K. A. Reich**, P. Hessler, L. Chovan, "Genome Scanning in *Haemophilus influenzae*: *in vitro* transposition and PCR analysis for the identification of 'essential genes', *J. Bacteriology*, **181**(16), 4961-4968, (1999).

19.  **K. A. Reich**, "The search for essential genes**",** *Res Microbiol* **151**(5), 319-324, (2000)

20.  Stabb E. V., **K. A. Reich**, E. G. Ruby, "*Vibrio fischeri* genes hvnA and hvnB encode secreted NAD(+)-glycohydrolases", *J. Bacteriol*., **183**(1), 309-317(2001).

21.  Tack, L. C., M. Thomas, **K.A. Reich,** Automated Forensic DNA Purification Optimized for FTA Card Punches and Identifiler STR-based PCR Analysis, Clin Lab Medicine, 27(1), 183-9, 2007.

22.  Johan H. Melendez, Julie A. Giles, Jeffrey D. Yuenger, Tukisa D. Smith, Khalil G. Ghanem, **Karl Reich** and Jonathan Zenilman.  Detection and Quantification of Y Chromosomal Sequences by Real-Time PCR Using the LightCycler System, *Sexually Transmitted Diseases,* March 2007, Vol. 34, No. 3, 2007.

23.  Brett Schweers, Jennifer Old, P.W. Boonlayangoor and **Karl Reich**, Developmental Validation of a Novel Lateral Flow Strip Test for Rapid Identification of Human Blood (Rapid Stain Identification™-Blood),  Forensic Science International, 2,  243-247,  2008.

24. Jennifer Old, Brett Schweers, Jennifer Old, P.W. Boonlayangoor and **Karl Reich,** Developmental Validation of RSID™-Saliva; A Lateral Flow Immunochromatographic Strip Test for the Forensic Detection of Saliva, J Forensic Sci.,54 (4), 866-873, 2009.

25. Kevin W.P. Miller, Ph.D., Jennifer Old, Ph.D. , Brian R. Fischer, B.S., Brett Schweers, Ph.D. , Simona Stipinaite, B.S., and **Karl Reich**, Ph.D. Developmental validation of the SPERM HY-LITER™ kit for the identification of human spermatozoa in forensic samples.  J. Forensic Sci., 56 (4); 853-865, 2011.

26. Jennifer Old, Ph.D., Brett A. Schweers, Ph.D., P.W. Boonlayangoor, Ph.D.[1], Brian Fischer, B.S., Kevin W.P. Miller, Ph.D., and **Karl Reich**, Ph.D. Developmental Validation of RSID™ -Semen: A Lateral Flow Immunochromatographic Strip Test for the Forensic Detection of Human Semen.  J. Forensic Sci., 57(2); 489-499, 2012.

27. Alexander Sinelnikov, Anna Kalinina, Jennifer B. Old, Pravatchai W. Boonlayangoor and **Karl A. Reich** Evaluation of Rapid Stain IDentification (RSID™) Reader System for Analysis and Documentation of RSID™ Tests, *Appl. Sci.* **2013**, *3*(3), 624;  Published online: 5 August 2013

28. Alexander Sinelnikov, **K.A. Reich**,  Amplicon Rx™, Post-PCR Clean-up and Concentration Specifically for Forensic DNA Multiplex STR PCR Reactions, , *Eur J Forensic Sci* Vol 3 Issue 1: 15-21, 2016

## ABSTRACTS

New Approach to Statistical Reporting for Forensic DNA Analysis: Boonlayangoor, A. W., Reich, K.A., and Boonlayangoor, P.W.  Published at the 14th International Symposium on Human Identification, Promega Corporation, Phoenix Arizona. September 29-October 2, 2003.

Utilizing Proficiency Testing Survey Results in Forensic DNA Laboratories.
Karl A. Reich, Liz A. Graffy and P.W. Boonlayangoor.  Published at the 15th International Symposium on
Human Identification, Promega Corporation, Phoenix Arizona. October 4-7, 2004.

A Novel Lateral Flow Strip Test for Rapid Identification of Human Semen (**R**apid **S**tain **Id**entification-
Semen), 17th International Symposium on Human Identification, Jennifer Old,  Brett A. Schweers, P.W.
Boonlayangoor & Karl Reich, Nashville Tennessee October 8-12, 2006.

A Novel Lateral Flow Strip Test for Rapid Identification of Human Saliva (**R**apid **S**tain **Id**entification-
Saliva), 17th International Symposium on Human Identification, Jennifer Old,  Brett A. Schweers, P.W.
Boonlayangoor & Karl Reich, Nashville Tennessee October 8-12, 2006.

A Novel Lateral Flow Strip Test for Rapid Identification of Human Blood (**R**apid **S**tain **Id**entification-
Blood), 17th International Symposium on Human Identification, Jennifer Old,  Brett A. Schweers, P.W.
Boonlayangoor & Karl Reich, Nashville Tennessee October 8-12, 2006.

Developmental Validation of SPERM HY-LITER™: A Specific, Sensitive, and Confirmatory Screening
Method for Human Sperm from Sexual Assault Evidence Jennifer Old, Brett A. Schweers, P.W.
Boonlayangoor & Karl A. Reich 19th International Symposium on Forensic Sciences, ANZFSS Melbourne
meeting – October 2008

Developmental Validation of SPERM HY-LITER™: A Specific, Sensitive and Confirmatory Screening
Method for Human Sperm Detection from Sexual Assault Evidence.  19th International Symposium on
Human Identification. Jennifer Old*,  Brett A. Schweers*, P.W. Boonlayangoor & Karl Reich  - Promega
HID meeting -  October 2008

Case Study: Analysis of an anorectal swab alleged to contain canine sperm using a fluorescently labeled
human sperm head specific antibody.  19th International Symposium on Human Identification.  Marisa
Farhner,  Brett A. Schweers & Karl Reich – Promega HID meeting -  October 2008

Summary Results of a Blinded Study on the Effectiveness and Efficiency of using SPERM HY-LITER™ to
Screen Sexual Assault Evidence for Sperm. 20th International Symposium on Human Identification.  Jennifer
Old Ph.D., Marisa Fahrner MS, Jie Wu Ph.D.,  Christian G. Westring Ph.D., P.W. Boonlayangoor Ph.D. and
Karl Reich Ph.D.

Mapping Duct Tape for the Presence of Saliva Using Phadebas® Press Sheets,  23rd International Symposium
on Human Identification, Lynette Johns B.S., Pravat Boonlayangoor Ph.D. and Karl A. Reich Ph.D.

Substrate Controls – A Simple Story  24[rd] International Symposium on Human Identification, Lynette Johns
B.S., P.W. Boonlayangoor Ph.D. & Karl A. Reich Ph.D.

Solution For Partial Profiles: *Amplicon Rx*™ Post-PCR Clean-up Kit, 24[rd] International Symposium on
Human Identification Alex Sinelnikov and Karl A. Reich

A bridge between two previously separate forensic disciplines: latent examination and DNA profiling.
Development of new materials, methods and procedures for the collection of enhanced latent friction ridge
impressions (fingerprints) *and* DNA profiling from the same evidence. 101St International Association of
Identification,  Alex Sinelnikov, Ph.D., Dyer Bennet, Karl Reich, Ph.D.

An Efficient and Effective Protocol for Identifying Sperm from Anal Swabs Using SPERM HY-LITER EXPRESS, 27th International Symposium on Human Identification, Jennifer B Old; Anna K Trobe, Karl A. Reich and P.W. Boonlayangoor

A New Tool to Assist Criminal Investigators: DNA-STR Profiles from "Skin and Oil" Fingerprints, 27th International Symposium on Human Identification, Alexander Sinelnikov, P.W. Boonlayangoor and Karl A. Reich

PCR-Based tests for the Forensic Detection of Feces: Use of Bacteroides species indicators of Fecal Contamination, 27th International Society for Forensic Genetics, A. Sinelnikov, E. Kopitke, K. Reich

Material and Methods that Allow Fingerprint Analysis and DNA Profiling from the Same Latent Evidence. 27th International Society for Forensic Genetics,  A. Sinelnikov and K. Reich


**TRAINING CLASSES**

Illinois Institute for Continuing Legal Education (IICLE) – Chicago IL September 2006
Faculty for IICLE DNA Evidence Course.  Introduction to DNA and DNA Evidence for legal Professionals. Evidence, DNA Matching, Statistics, Defense and Prosecution Strategies, Case Review

Illinois Institute for Continuing Legal Education (IICLE) – Bloomington IL September 2006
Faculty for IICLE DNA Evidence Course.  Introduction to DNA and DNA Evidence for legal Professionals. Evidence, DNA Matching, Statistics, Defense and Prosecution Strategies, Case Review

Illinois Institute for Continuing Legal Education (IICLE) – Chicago IL March 2007
Faculty for IICLE Defending Illinois Death Penalty Case – Cold Hits and Cold Cases: DNA Databases and New Technologies in Forensic DNA.

Illinois Institute for Continuing Legal Education (IICLE) – Fairview Heights IL November 2007
Faculty for IICLE Defending Illinois Death Penalty Case – Cold Hits and Cold Cases: DNA Databases and New Technologies in Forensic DNA.

Southwest Association of Forensic Sciences (SWAFS) – Austin TX October 10, 2007.  Training workshop: Next Generation Sperm and Body Fluid Identification Tests: SPERM HY-LITER™ and RSID™-Saliva, Blood and Semen.  Instructors: Karl Reich and Nadine Mattes.
Louisiana Association of Forensic Sciences (LAFS) – Baton Rouge LA, October 24, 2007.  Training Workshop: Fluorescent Detection of Sperm from Sexual Assault Evidence.  Instructors: Karl Reich and Nadine Mattes.

Northwestern Association of Forensic Scientists (NWAFS) – Salt Lake City UT –November 5, 2007. Training Workshop: Sensitive and Specific Fluorescent Detection of Human Sperm. Instructor: Karl Reich

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology.  Instructor for Training class on human body fluid identification.  December 11-13, 2007.

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology.  Instructor for Training class on human body fluid identification.  April 22-24th, 2008.

Mid-Atlantic Association of Forensic Scientists (MAAFS) – Huntington WV – April 30th, 2008.  Training Workshop: Body Fluid Identification from Sexual Assault Evidence.  Instructor for Training class on human body fluid identification.

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology.  Instructor for Training class on human body fluid identification.  August 19-21th, 2008.

Southwest Association of Forensic Sciences (SWAFS) – Little Rock AK September 25th, 2008 Training workshop: Next Generation Sperm and Body Fluid Identification Tests: SPERM HY-LITER™ and RSID™-Saliva, Blood and Semen.  Instructors: Karl Reich and Ruben Nieblas.

Midwest Association of Forensic Scientists (MAFS) – Des Moines IA – September 30th, 2008.  Training Workshop: Body Fluid Identification from Sexual Assault Evidence.  Instructors for Training class on human body fluid identification Ruben Nieblas and Karl Reich.

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology.  Instructor for Training class on human body fluid identification.  December 2-4th, 2008.

SAFS/SWAFS/MAFS Combined Meeting Workshop: Current Topics and Development in Body Fluid Identification and Source Attribution.  Instructor for Training Class on human body fluid identification for forensic DNA analysts.  October 20th, 2009

SWAFS Workshop on Identification and Isolation of sperm from sexual assault evidence.  Instructor for hands-on training class, LCM and SPERM HY-LITER™.  September 23, 2010.

NEAFS/NEDIAI Combined Meeting Workshop: Forensic Body Fluid Identification Techniques – Hands-on Short Course for Saliva, Blood, Urine, Semen and Sperm.  November 8th 2010.

CAC Workshop on Body Fluid Identification: Blood, Saliva Semen, Urine and Sperm.  Hands-on training class, Instructors Karl Reich and Dina Mattes, Bakersfield CA, May 8th, 2012.

Primer Seminario Taller Iberoamericano de Nuevas Technologia en Analisis de Fluidos Biologicos Y Nueva Generacion de Secuenciacon, Instructors Karl Reich and Helga Langthon, Panama October 19th, 2015

SWAFS Workshop on Body Fluid Identification and New Technologies and Trends in Forensic DNA, Instructors Karl Reich and Dina Mattes, Oklahoma City, October 21, 2015.

MAFS/SAFS Workshop: Rescue DNA – LCM, Post-PCR, Touch DNA, Instructors Karl Reich, Jennifer Old and Dina Mattes, Cincinnati, OH, September 20th, 2017

**Karl A. Reich**                                                    **Page 9**

## CONTINUING EDUCATION

| | |
|---|---|
| American Academy of Forensic Sciences 67th Annual Meeting | Feb 2015 |
| Southwestern Association of Forensic Scientists, | Oct 2015 |
| 26th International Symposium on Human Identification | Sep 2015 |
| American Academy of Forensic Sciences 68th Annual Meeting | Feb 2016 |
| 27th International Symposium on Human Identification | Sep 2016 |
| interForensics, Conferencia Internacional de Ciencias Forenses | May 2017 |
| 28th International Symposium on Human Identification | Oct 2017 |
| ASCLD Symposium | May 2017 |
| 9th Asian Forensic Sciences Network | Sep 2017 |
| 27th Congress of the International Society for Forensic Genetics | Sep 2017 |
| 29th International Symposium on Human Identification | Sep 2018 |
| 28th Congress of the International Society for Forensic Genetics | Sep 2019 |
| 11th Annual Meeting & Symposium Asian Forensic Science Network, | Sep 2019 |
| American Academy of Forensic Sciences 72nd Annual Meeting | Feb 2020 |
| American Academy of Forensic Sciences 74th Annual Meeting | Feb 2022 |
| 29th Congress of the International Society for Forensic Genetics | Sep 2022 |
| American Academy of Forensic Sciences 75th Annual Meeting | Feb 2023 |
| Thedford Garber Law, Third Annual Criminal Defense and Civil Rights CLE Conference | .Mar 2023 |

## COURT & DEPOSITION EXPERIENCE:

Dr. Reich has been court qualified as an Expert in Forensic DNA, Forensic Biology and the interpretation of Forensic DNA Statistics in the following jurisdictions (in alphabetical order):

| | |
|---|---|
| California | Missouri |
| Dublin (Ireland) | Nebraska |
| Florida | New Jersey |
| Illinois | New Mexico |
| Indiana | New York |
| Iowa | Ohio |
| Kentucky | South Dakota |
| Massachusetts | Virginia |
| Maryland | Washington D.C. |
| Michigan | Wisconsin |
| Minnesota | |

This includes cases in State and Federal courts on both criminal and civil matters.  Additional details available upon request.

***Note:***
Forensic DNA is defined as the methods, procedures, protocols, regulations, standards, and underlying science used to process samples, both evidentiary and reference, for obtaining genetic identity information.  The collection, storage, processing, analysis of forensic evidence and the interpretation of such data are included in this definition.

Forensic Biology is defined as the methods, procedures, protocols, regulations, standards, and underlying science used to identify body fluids (blood, saliva, semen, urine and feces) and to identify spermatozoa from forensic evidence.  The collection, storage, processing, analysis of forensic evidence and interpretation of such data are included in this definition.

# Karl A. Reich, Ph. D.

INDEPENDENT FORENSICS, 500 WATERS EDGE, SUITE 210 LOMBARD IL 60148
karl@IFI-Test.com;  P 708.234.1200; F 708.978.5115

## COURT & DEPOSITION RECORD

Amy Gorac v. George Gorac:                   02D2244/September 15, 2004
Attorney Steve Deitch
DuPage County, IL
*Deposition* by: Dr. Karl A. Reich

People v. Derrick Lee                        00CR 28948/March 14, 2005
Atty. Charles K. Piet
Chicago, IL
By: Dr. Karl Reich

People vs. Edgar Mullin,                      03CR 5752/June 27, 2005
Atty. Leroy Cross
Chicago, IL
By: Dr. Karl Reich

People vs. Juan Luna Jr.                      02CR 15430/June 9, 2006
Attorney Clarence L. Burch/Allan Sincox
Chicago, Il
*Deposition* by: Dr. Karl A. Reich

People vs. Octavia Anima                      03CR 17306/March 14, 2007
Attorney Gigi Gilbert
Chicago, IL
By: Dr. Karl A. Reich

People vs. Juan Luna Jr.                      02CR 15430/May 1, 2007
Attorney Clarence L. Burch/Allan Sincox
Chicago, Il
By: Dr. Karl A. Reich

Will County vs. Kevin Fox                     04C7309/October 9, 2007
Attorney Kathleen T. Zellner
Oak Brook, IL
*Deposition* by: Dr Karl A. Reich

Will County vs. Kevin Fox                     04C7309/December 6, 2007
Attorney Kathleen T. Zellner
Dirksen Federal Court, Chicago, IL
By: Dr Karl A. Reich

People vs. Diane Thames                       05CR 21070
Attorney Kathleen T. Zellner                  January 17, 2008
Rolling Meadow Road, Palatine, IL
By: Dr Karl A. Reich

Commerce Bank v. Widger, et al                U.S. District
Attorney James P. Ginzkey                     Court No. 06-CV-1103
At IFI, Hillside IL                           June 3, 2008
*Deposition* by: Dr. Karl A. Reich

**Karl A. Reich** **Page 2**

**COURT & DEPOSITION RECORD, CONT'D**

Harold Hill v. City of Chicago, et al
Attorney Russell Ainsworth                        Court No. 06C 6772
30 North LaSalle Street, Chicago, IL             July 18, 2008
_**Deposition**_ by: Dr. Karl A. Reich

People v. John Garfield                           06CR 6123
Attorney Ms Christa Petty                         Feb. 25, 2009
Chicago, IL
By: Dr. Karl Reich

U.S.A. v. Seth Hornedeagle                        U.S. District
Attorney Anthony White                            Court, No 08CR046RB
Las Cruces, NM                                    April 9th, 2009
By: Dr. Karl Reich

People v. Jacob Young                             C06-047071
Attorney Ms Christa Petty                         July 10, 2009
Chicago, IL
By: Dr. Karl Reich

Donny McGee v. City of Chicago                    08L 3503/
Attorney Russell Ainsworth                        04CV 6352
53 West Jackson Blvd, Suite 1800                  October 29, 2009
Chicago IL  60604
_**Deposition**_ by: Dr. Karl A. Reich

U.S.A. v. Theodore Largo                          U.S. District
Attorney Steve Aarons                             Court, No 1:08-CR02830JCH-1
Albuquerque, NM                                   May 10th & May 11th, 2010
By: Dr. Karl Reich

Donny McGee v. City of Chicago                    IL State Court
Attorney Russell Ainsworth                        04CV 6352
50 West Randolph Street                           May 26th, 2010
Chicago IL
By: Dr. Karl Reich

People v. Viliufo Escobar                         07 CR 5255
Attorney Dan Nolan                                July 15, 2010
Bridgeview IL
By: Dr. Karl Reich

People v. Brian Andvik                            73-Cr-10-17
Attorney Thomas Murtha                            Stearns County, MN
Attorney Rich Kenly                               July 16, 2010
St. Cloud MN
By: Dr. Karl Reich

## Karl A. Reich                                                    Page 3

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| U.S.A v Theodore Largo | Cr.No.08-2830 |
| Attorney Steven Aarons | July 28, 2010 |
| Albuquerque, NM | |
| By: Dr. Karl Reich | |

| | |
|---|---|
| State v. Vasily London | Case# 07017348CF10A |
| Attorney: Viviane Gariboldi | Broward County, FL |
| Attorney Joanna Nagy | November 15th, 2010 |
| Broward County, FL | |
| By Dr. Karl Reich | |

| | |
|---|---|
| State v. Willie Baldwin | Case# 07CR 1301, O7CR 1302 |
| Attorney: Deana Binstock | Cook County, IL |
| Chicago IL | December 2nd & 3rd 2010 |
| By Dr. Karl Reich | |

| | |
|---|---|
| DPP v. Colm Quigley | Laboratory Case # 08/07979 |
| Solicitor: Tony O'Malley | Ref# 17619/2008 |
| Barrister: Michael Delaney SC | January 20th, 2011 |
| Dublin | |
| Ireland | |
| By Dr. Karl Reich | |

| | |
|---|---|
| State v. Thomas Soule | Case# 09 CF-178, |
| Attorney Randall Morgan | Livingston County |
| Pontiac IL | March 7th, 2011 |
| By Dr. Karl Reich | |

| | |
|---|---|
| State v. Daniel Cleary | Case# 10-CF-205 |
| Attorney John Lonergan | Tazewell County |
| Pekin IL | March 8th, 2011 |
| By Dr. Karl Reich | |

| | |
|---|---|
| State v. Crandall Williams | Case# 08 CR 07754 |
| Attorney John Wilson | Cook County |
| Attorney Brian Walsh | March 11th, 2011 |
| Markham IL | |
| By Dr. Karl Reich | |

| | |
|---|---|
| State v. Olushola Aleem | Case# 109139012 |
| Attorney Andrew Northrup | Baltimore County |
| Attorney Karyn Meriwether | May 5th, 2011 |
| Baltimore MD | |
| By Dr. Karl Reich | |

| | |
|---|---|
| State v. Jonnie Butler | Case# 109288023 |
| Attorney Jeff Gilleran | Baltimore County |
| Attorney Karyn Meriwether | October 13th, 2011 |
| Baltimore MD | |
| By Dr. Karl Reich | |

**Karl A. Reich**                                                      **Page 4**

**COURT & DEPOSITION RECORD, CONT'D**

State v. Dauda Kohlheim                    Case# 99-08-72019
Attorney Galyard Williams                  St. Louis County
St. Louis / Clayton MO                     November 3rd, 2011
By Dr. Karl Reich

People v. Lazerrick Mosley                 Case# 09CR 4024
Attorney Dan Nolan                         Cook County
Markham IL                                 November 9th, 2011
By Dr. Karl Reich

People v. Brandon Starks                   Case# 10CR 3064
Attorney Charles Pinkston                  Cook County
Chicago IL                                 December 8th, 2011
By Dr. Karl Reich

People v. Edward Taylor                    Case# 09CR 222430
Attorney Winona Agbabiaka                  Cook County
Chicago IL                                 February 28th, 2012
By Dr. Karl Reich

People v. Willie Baldwin                   Case# 07-CR-1301, 02
Attorney Deana Binstock                    Cook County
Chicago IL                                 March 2nd, 2012
By Dr. Karl Reich

People v. Eric Hinton                      Case 119168, Matter ID 11-1810572
Attorney Sherryl Statland                  Montgomery County
Rockville MD                               March 14, 2012
By Dr. Karl Reich

People v. Charlie Lewis                    Court Case # 27-CR-10-7607
Attorney Catherine Turner                  Hennepin County
Minneapolis MN                             March 26th, 2012
By Dr. Karl Reich

People v. John Ferryman                    Court Case# 98 CF 1709
Attorney Valerie Pacis                     DuPage County
Wheaton IL                                 April 12th, 2012
By Dr. Karl Reich

People v. John Ferryman                    Court Case# 98 CF 1709
Attorney Valerie Pacis                     DuPage County
Wheaton IL                                 May 14h, 2012
By Dr. Karl Reich

People v. Robert Anderson                  Court Case #03-07356
Attorney Steve Richards                    Cook County
Chicago IL                                 August 24, 2012
By Dr. Karl Reich

# Karl A. Reich                                                        Page 5

**COURT & DEPOSITION RECORD, CONT'D**

People v. Gregory Nania                   Court Case# 2009 CF-2144
Attorney Mr. Dan Cain                     Winnebago County
Rockford IL                               September 6, 2012
By Dr. Karl Reich


Kina Burgs v. Chicago Police              Court Case# 07 L 6885
Attorney M. LeCompte                      Cook County
Lombard IL                                January 8th, 2013
***Deposition*** by Dr. Karl Reich


State of Ohio v. David Ayers              Court Case CR 388738
Attorney Mr. Russell Ainsworth           Cuyahoga County
Cleveland OH                              March 4th, 2013
By Dr. Karl Reich


People v. Eric Bernard                    Court Case 10 CF 306
Mr. Eric Bernard acting *pro se*          DeKalb Countty
Sycamore IL                               March 15, 2013
By Dr. Karl Reich


People v. Anthony Triplett                Court Case 07- CR-1330; 07-CR-2970
Attorney Jack Rimland, Allan Sincox       Cook County
Chicago IL                                May 9th, 2013
By Dr. Karl Reich


Florida v. Danny Johnson                  Court Case 11-2655CF10A
Attorney Donald Cannarozzi                Broward County
Chicago IL                                May 13th, 2013
***Deposition*** by Dr. Karl Reich


Stanfield v. Cook County                  Court Case 10 C 6569
Attorney Luke Casson                      U.S. District Court, Chicago IL
Chicago IL                                May 22nd, 2013
By Dr. Karl Reich


People v. Eric Bernard                    Court Case 10 CF 306
Mr. Eric Bernard acting *pro se*          DeKalb County
Sycamore IL                               June 13, 2013
By Dr. Karl Reich


People v. Brian D. Allen                  Court Case M-148-2012 V
Attorney Michelle Potoczny Gu, Mark Wolber   Saratoga County
Saratoga NY                               July 24, 2013
By Dr. Karl Reich


Florida v. Johnathan Holte                Court Case 2009CF2362
Attorney Joe Campoli                      Manatee County
Bradenton FL                              November 18th, 2013
By Dr. Karl Reich

## Karl A. Reich                                                    Page 6

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| Florida v. Danny Johnson | Court Case 11002655CF10A |
| Attorney: Don Cannarozzi | Broward County |
| Ft. Lauderdale FL | December 18th, 2013 |
| By Dr. Karl Reich | |

IL v. Eric Bernard                          Court Case 10 CF 306
Attorney  Daniel Transier                    DeKalb County
Sycamore IL                                  February 6, 2014
By Dr. Karl Reich

Indiana v. Arthur Lee Gates, Jr.             Court Docket 82A01-0806-CR-302
Attorney Bill Polansky                       Vanderburgh County
Evansville IN                                March 5th 2014
By Dr. Karl Reich

IL v. Kevin Oldaker                          Court Docket  2010 CF 447
Attorney Azhar Minhas                        Boone County
Belvidere IL                                 March 12th, 2014
By Dr. Karl Reich

IL v. James Hampton                          Court Docket 07 CR 4582
Attorney Scott Kozicki                       Cook County
Chicago IL                                   March 24, 2014
By Dr. Karl Reich

MD v. Darius Keenan                          Court Docket K-2013-2005, ID 12-0110402
Attorney Jeff Gilleran                       Anne Arundel County
Attorney William Davis                       April 09, 2014
Annapolis MD
By Dr. Karl Reich

MD v. Darius Keenan                          Court Docket K-2013-2005, ID 12-0110402
Attorney Jeff Gilleran                       Anne Arundel County
Atorney William Davis                        April 25, 2014
Annapolis MD
By Dr. Karl Reich

Hubert Burgs v City of Chicago               US Federal Court, 1:2013cv01988
Attorney Marcelle LeCompte                   Illinois Northern District
Chicago IL                                   Chicago IL
By Dr. Karl Reich                            September 23, 2014

U.S. v Demonta Chappell                      US Federal Court, 2013-CF1-2097
Attorney Chris Roberts                       District of Columbia
Washington D.C.                              October 16th, 2014
By Dr. Karl Reich

IL v Stephen Johnson                         Court Docket 11 CR 5008
Attorney Richard Dvorak                      Cook County
Markham IL                                   November 20th, 2014
By Dr. Karl Reich

**Karl A. Reich**                                                                                   **Page 7**

**COURT & DEPOSITION RECORD, CONT'D**

IL v Demetrious Beal                          Court Docket 12 CF 2382
Attorney Cosmo Tedone                         Will County
Joliet IL                                     December 18th, 2014
By Dr. Karl Reich


Indiana v. Arthur Lee Gates, Jr.             Court Docket 82A01-0806-CR-302
Attorney Bill Polansky                        Vanderburgh County
Evansville IN                                 January 23rd 2015
By Dr. Karl Reich


Illinois v Jerome Robertson                   Court Docket  12 CR 2391
Attorney Steven Fagan                         Cook County
Markham IL                                    February 26, 2015
By Dr. Karl Reich


Sarah Pyles v Village of Manteno et al       Case No.  13 C 21214
Attorney Daniel Kiss                          U.S. District Court, Urbana IL
*Deposition* by Dr. Karl Reich                March 6, 2015


IL v Demetrious Beal                          Court Docket 12 CF 2382
Attorney Cosmo Tedone                         Will County
Attorney Jeff Tomczak                         continuation of previous hearing
Joliet IL                                     April 28th, 2014
By Dr. Karl Reich


NY v Daniel Ramos                             Court Docket 2013 CR 338372
Attorney Michael Berger                       Nassau County
By Dr. Karl Reich                             May 20, 2015


IN v Freddie Alcantar                         Court Docket 02D05-1401-MR-1
Attorney Michelle Kraus                       Allen County
Fort Wayne IN                                 August 24, 2015
By Dr. Karl Reich


IL v Samuel Gayden                            Court Docket 10-CR-18156
Attorney Gina Piemonte                        Cook County
Chicago IL                                    September 9th, 2015
By Dr. Karl Reich


IN v Freddie Alcantar                         Court Docket 02D05-1401-MR-1
Attorney Michelle Kraus                       Allen County
Fort Wayne IN                                 October 22, 2015
By Dr. Karl Reich


IL v Stallworth, Miller                       Court Docket  14 CR 426
Attorney A Thedford                           Cook County
Chicago IL                                    December 9, 2015
By Dr. Karl Reich

**Karl A. Reich**  **Page 8**

**COURT & DEPOSITION RECORD, CONT'D**

CA v Martin Van Eycke
Attorney Diane Knoles
San Francisco CA
By Dr. Karl Reich

Court Docket 13017048 (MCN), 221929 (SCN)
City and County of San Francisco
December 16th, 2015

SD v Benjamin Thomas
Attorney Robin Eich
Parker SD
By Dr. Karl Reich

Court Docket CRI 15.01
Turner County
January 13, 2016

IL v Morris Williams
Attorney Jacqueline Lacy
Danville IL
By Dr. Karl Reich

Court Docket 2013-CF-304
Vermillion County
January 22, 2016

IL v Jerimiah Pinkerman
Attorney Bernard Ward
Joliet IL
By Dr. Karl Reich

Court Docket 2010 CF 1840
Will County
March 22, 2016

MO v Dane Tillman
Attorney Nicholas Swischer
Wheaton IL
*Deposition* by Dr. Karl Reich

Agency Case # 220113
Dade County
March 18, 2016

IA v James Arneson
Attorney Joe McCarville
Lombard IL
*Deposition* by Dr. Karl Reich

Court # FECR350403
Webster County
March 29, 2016

IA v James Arneson
Attorney Joe McCarville
Fort Dodge, IA
By Dr. Karl Reich

Court # FECR350403
Webster County
April 07, 2016

Jeron Johnson v Luthera Williams
Attorney Michael Zweig
Chicago IL
By Dr. Karl Reich

Probate court, docket unknown
Cook County
April 11, 2016

SD v Benjamin Thomas
Attorney Robin Eich
Parker SD
By Dr. Karl Reich

Court Docket CRI 15.01 (retrial)
Turner County
June 2-3, 2016

IL v Adrian Pettis,
Attorney Maria Owens
Chicago IL
By Dr. Karl Reich

Court Docket 12 CR 18409
Cook County
June 30, 2016

**COURT & DEPOSITION RECORD, CONT'D**

IN v R.K. Niemeyer                            Court Docket .02D04-1509-MR-3
Attorney Randy Fisher                         Allen County
Fort Wayne IN                                 July 20, 2016
By Dr. Karl Reich


IN v Malcom Wade                              Court Docket 53C02 1411 F3 001042
Attorney Isabella Bravo                       Monroe County
Bloomington IN                                August 3, ,2016 (2)
By Dr. Karl Reich


IL v Edgar Morales                            Court Docket 11 CR 10436
Attorney John Benson                          Cook County
Chicago IL                                    September 1, 2016
By Dr. Karl Reich


NE v Anthony Garcia                           Court Docket CR 13 2311
Attorney Jeremy Jorgenson                     Douglas County
Attorney Robert Motta
Omaha NE                                      October 19, 2016
By Dr. Karl Reich


NJ v Russell Bouse                            Court Docket 10-12-1057-I
Attorney V. Sanzone                           Gloucester County
Woodbury NJ                                   October 27, 2016
By Dr. Karl Reich


IL v Jaime Rodriguez                          Court Docket 13 CR 21500
Attorney Scott Gordon                         Cook County
Skokie, IL                                    December 5, 2016
By Dr. Karl Reich


LaPorta v City of Chicago, et al              Court Docket 14 CV 9665
Attorney Debra Thomas                         U.S. District Court, Northern District
Chicago IL                                    March 21, 2017
_Deposition_ by Dr. Karl Reich


IL v Whalen                                   Court Docket 91 CF 344
Attorney Eliot Slosar                         McLean County
Bloomington IL                                May 5th, 2017
By Dr. Karl Reich


IL v Jorge Torres                             Court Docket 12 CF 127
Attorney Jed Stone                            Lake County
Waukegan IL                                   May 9th, 2017
By Dr. Karl Reich


IL v Kenneth Rhodes                           Court Docket 12 CR 3075
Attorney Christa Petty                        Cook County
Chicago IL                                    May 10th, 2017
By Dr. Karl Reich

**Karl A. Reich**                                                                    **Page 10**

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| MD v Lloyd Harris | Court Docket: 10-K-16-057851   Matter ID: 16-1500810 |
| Attorney Mathew Frawley | Frederick County |
| Frederick MD | June 27, 2017 |
| By Dr. Karl Reich | |

MI v Larry Smith                                  Court Docket 16-000534-FC
Larry Smith *pro se*                              Berrien County
Attny Richard Sammis
By Dr. Karl Reich                                 July 14th, 2017

Cole v Meeks et al                                Court Docket 15-CV-01292
Attorney Douglas Johnson                          U.S. District Court, Peoria Division
Downers Grove IL                                  August 7th, 2017
_**Deposition**_ by Dr. Karl Reich

LaPorta v City of Chicago, et al                  Court Docket 14-Cv-9665
Attorney Bruno Marasso                            U.S. District Court, Northern District
Chicago IL                                        October 12, 2017
By Dr. Karl Reich

MD v. Lloyd Arbard Harris                         Case No: 10-K-16-057851
Attorney Mathew Frawley                           District Court, Frederick County
Frederick MD                                      October 30, 2017
By Dr. Karl Reich

IL v Drew Terrell                                 Court Docket 85 CR 10757
Attorney Dan Coyne                                Cook County
Chicago IL                                        November 29, 2017
By Dr. Karl Reich

MI v Jason Garlow                                 Court Case 2017-264384-FH
Attorney Matthew Crandall                         District Court, Oakland County,
Pontiac MI                                        December 6, 2017
By Dr. Karl Reich

IL v Hallom                                       Court Case 13 CR 12983
Attorney Christa Petty                            Cook County
Chicago IL                                        March 9, 2018
By Dr. Karl Reich

MI v Jason Garlow                                 Court Case 2017-264384-FH
Attorney Matthew Crandall                         District Court, Oakland County,
Pontiac MI                                        April 11, 2018 (retrial)
By Dr. Karl Reich

IN v Stinemetz                                    Court Case 25C01-1511-MR-000569
Attorney Brad Rozzi                               District Court, Fulton County
Rochester IN                                      May 3, 2018
By Dr. Karl Reich

**COURT & DEPOSITION RECORD, CONT'D**

IN v Ivory                                               Court Case No. 71D02-1701-MR-000001
Attorney Vincent Campiti                                 St. Joseph County
South Bend IN                                            August 7, 2018
By Dr. Karl Reich

People v. Brandon Starks                                 Case# 10 CR 3064, 10 CR 4408
Attorney Christa Petty, Gina Piemonte                    Cook County
Chicago IL                                               October 25th, 2018
By Dr. Karl Reich

People v Gary Blakley                                    Court Case 12 CR 5684-01
Attorney Michael Johnson                                 Cook County
Chicago IL                                               November 16, 2018
By Dr. Karl Reich

IL v Whalen                                              Court Docket 91 CF 344
Attorney Tara Thompson                                   McLean County
Bloomington IL                                           February 12, 2019
By Dr. Karl Reich

IL v Kenneth Williams                                    Court Docket 16CF539
*pro se*                                                 Champaign County
Urbana IL                                                February 14th, 2019
By Dr. Karl Reich

KY v David Dooley                                        Court Docket 12 CR 00622
Attorney Jeff Lawson                                     Boone County
Florence KY                                              March 08, 2019
By Dr. Karl Reich

MD v Daniel Gross                                        Court Docket 128021C, CR# 15-034375
Attorney Tom Pavlinic                                    Montgomery County
Rockville MD                                             April 12, 2019
By Dr. Karl Reich

IL Dept of Financial & Professional Regulation           No. 2018-02807
Attorney James Goldberg                                  Cook County IL
Chicago IL                                               May 30, 2019
By Dr. Karl Reich

IL v Angel Rodriguez                                     No. 99 CR 24480
Attorney Russell Ainsworth                               Cook County IL
Chicago IL                                               August 6th, 2019
By Dr. Karl Reich

IL v William Webb                                        No. 16 CF 318
pro se defendant                                         LaSalle County IL
Ottawa IL                                                October 23, 2019
By Dr. Karl Reich

**Karl A. Reich**                                                                                  **Page 12**

**COURT & DEPOSITION RECORD, CONT'D**

IL v Dwight Beck                                      No. 17 CR 5422
Attorney Charles Pinkston                            Cook County
Markham IL                                           October 24, 2019
By Dr. Karl Reich


USA v Isaac N. Gibbons                               Criminal Case 1:18-cr-454
Attorney Edward MacMahon                             US District Court, Eastern Virginia
Attorney David Benowitz
Alexandria VA                                        November 13, 2019
By Dr. Karl Reich


Andersen v City of Chicago, et al.,                  16 CV 1963
Attorney Heather Donnell                             U.S. District Court, Northern Division IL
Chicago IL                                           December 5, 2019
By Dr. Karl Reich


MD v Keith Davis, Jr.,                               Case No. 116009001
Attorney Deborah Levi
Attorney Andrew Northrup                             Baltimore County
Baltimore MD                                         February 28th, 2020
By Dr. Karl Reich


IL v. Joshua Mecum                                   Case No. 18 CF 364
Attorney Joseph Parisi                               Kankakee County
Kankakee IL                                          June 10, 2020
By. Dr. Karl Reich


IL v Bryan Stahl                                     Case no 18 CF 768
Attorney P. Prossnitz                                McHenry County
Woodstock IL                                         June 22, 2020
By Dr. Karl Reich


IN v Mark Brady                                      Case 32D04-1706-F3-000027
Attorney Annie Fierek                                Hendricks County
Danville IN                                          September 17, 2020
By Dr. Karl Reich


IL v Jamal Drane                                     Court Case 18 CF 944.
Attorney Michael Kereluk                             Kane County
St. Charles IL                                       September 29th, 2020
By Dr. Karl Reich


IN v Winston Corbett                                 Court Case 20C01-1811-MR-000004
Attorney Peter Britton                               Elkhart County
Goshen, IN                                           November 10th, 2020
By Dr. Karl Reich


William Virgil v. City of Newport,                   No. 16-CV-224
Attorney Elliot Slosar, Molly Campbell               Eastern District of Kentucky
Lombard IL / Newport KY (via video)
*Deposition* by Dr. Karl Reich

**COURT & DEPOSITION RECORD, CONT'D**

IN v Brent Taylor                                          Court Case 02D05-1905-F1-10
Attorney G.L. Fumarolo                                     Allen County
Lombard IL / Fort Wayne IN (via video)                     February 19, 2021
*Deposition* by Dr. Karl Reich

ME v Jeffrey Williams                                      Court Case Yor-10-578
Attorney R.C. Andrews                                      Cumberland County
Lombard IL / Portland ME (via video)                       February 22, 2021
*Deposition* by Dr. Karl Reich

IN v Brent Taylor                                          Court Case 02D05-1905-F1-10
Attorney G.L. Fumarolo                                     Allen County
Fort Wayne IN                                              March 11, 2021
By Dr. Karl Reich

IL v Carlos Menodoza                                       Court Case 2019 CF 000113
Attorney Raul Villalobos                                   Champaign IL
Urbana IL                                                  April 21, 2021
By Dr. Karl Reich

NM v Jerry Espinoza                                        Court Docket D-809-CR-2020-00140
Attorney B. Mondragon                                      Colfax
Raton NM                                                   April 28, 2021
By Dr. Karl Reich

Andersen v City of Chicago, et al.,                        16 CV 1963
Attorney Heather Donnell                                   U.S. District Court, Northern Division IL
Chicago IL                                                 May 28, 2021
By Dr. Karl Reich

MN v T. Palodichuk                                         Court Case 02CR195135
Attorneys T. Dust, D. Nemer                                Anoka County
Anoka MN                                                   June 17, 2021
By Dr. Karl Reich

MN v T. Palodichuk                                         Court Case 02CR195135
Attorneys T. Dust, D. Nemer                                Anoka County
Anoka MN                                                   June 21, 2021
By Dr. Karl Reich

MD v William Andrew Wright, Jr.                            Court Case 118346020
Attorney Shannon Heery                                     Baltimore County
Baltimore MD                                               July 19, 2021
By Dr. Karl Reich

MD v Anthony D'Angelo Wilkins                              Matter ID 08-K-17-000241
Attorney Tanya Kappor                                      Charles County
La Plata MD                                                July 23. 2021
By Dr. Karl Reich

**Karl A. Reich**                                                                    **Page 14**

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| IA v Sir Frank William Nelson III | Court Case FECR236187 |
| Attorney Kathryn Mahoney | Black Hawk County |
| Waterloo IA | September 16th, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| MD v Tyrone Harvin | Court Case 18-0603649 |
| Attny Molly Ryan | Baltimore County |
| Baltimore MD | October 13, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| MD v A.M.Muldrow | Court Case C03CR19000763 |
| Attny Elizabeth Crow | Baltimore County |
| Towson MD | October 27, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IL v Marquiese Talley | Court Docket 20CF425, 20CF426, |
| Attny Steve Muslin | Peoria County |
| Peoria IL | December 1, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| U.S. v Nashiri | Military Commission |
| Attny K. Carmon | U.S. Naval Base |
| Guantanamo Bay, Cuba | December 08, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| U.S. v Nashiri | Military Commission |
| Attny K. Carmon | U.S. Naval Base |
| Guantanamo Bay, Cuba | December 09, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| Shaw (Granton) v. City of Chicago et al. | Court Docket, 18-L-8034 |
| Attny Bryce Hensley | Cook County |
| Lombard, IL | December 28th, 2021 |
| *Deposition* by Dr. Karl Reich | |

| | |
|---|---|
| IL v McGuire, Jr., | Court Docket 2016 CF 2515 |
| Attny Eric Pittman, J.P. Ivec | Will County |
| Joliet IL | January 10, 2022 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IN v Sorgdrager | Court Docket 02D06-1905-F1-000009 |
| Attny R. Gevers | Allen County |
| Fort Wayne, IN | March 2, 2022 |
| By. Dr. Karl Reich | |

| | |
|---|---|
| MD v Cazanga | Court Docket C-08-CR-20-000357 |
| Attny A. Northrup | Charles County |
| Video testimony, La Plata | March 28, 2022 |
| By Dr. Karl Reich | |

**COURT & DEPOSITION RECORD, CONT'D**

MD v J.L.Sherriff                              Court Docket C-18-CR-19-000202
Attny T. Pavlinic                              St. Mary's County
Video testimony, Leonardstown                  May 9, 2022
By Dr. Karl Reich

MI v Arrington                                 Court Docket 18-06706
Attny. J. Sartz                                Ingham County
Lansing MI                                     May 17, 2022
By Dr. Karl Reich

WI v A. Anderson                               Court Docket 20CF238
Attny N. Davis                                 Barron County
Video testimony, Barron                        May 24, 2022
By Dr. Karl Reich

WI v J. Noblin                                 Court Docket 2019CF002482
Attny. K. Watson                               Milwaukee County
Milwaukee WI                                   June 02, 2022
By Dr. Karl Reich

MD v. T. Harvin                                Court Docket 18-0603649
Attny M. Ryan                                  Baltimore County
Baltimore MD                                   June 27, 2022
By Dr. Karl Reich

IL v C,. Guaderrama,                           Court Docket 20 CR 04846
Attny A. Peraica                               Cook County
Chicago IL                                     July 20, 2022
By Dr. Karl Reich

IN v B. Benfer                                 Court Docket 35C01-2104-F3-000133
Attny K. Perry, A. Baldwin                     Huntington County
Huntington IN                                  August 11, 2022
By Dr. Karl Reich

IL v K. Williams                               Court Docket 16CF539
pro se                                         Champaign County
Urbana IL                                      August 24, 2022
By Dr. Karl Reich

IL v T. Clopton                                Court Docket 21-CF-03
Attny B. Gullberg                              Henderson County
Oquawka IL                                     September 12, 2022
By Dr. Karl Reich

MI v Mr. Robert Reed [James Edwards]           Court Docket 19-008049-01-FC
pro se (backup counsel, R. Nelson)             Wayne County MI
Detroit MI                                     September 21, 2022
By. Dr. Karl Reich

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| MI v M. Lyon | Court Docket 19-000713-FC |
| Attny Keith Watson | Ingham County |
| Lansing MI | September 22, 2022 |
| By Dr. Karl Reich | |

| | |
|---|---|
| MD v K. Cobey | Court Docket 40399C, 42227C |
| Attny Molly Ryan | Montgomery County |
| Rockville MD | September 23, 2022 |
| By Dr. Karl Reich | |

| | |
|---|---|
| Reyes/Solache v City Chicago et al | Court Docket 1:18 Civ.1028 \| 1:18 Civ.2312 |
| Attny Sean Starr | Northern District Illinois |
| Chicago IL | October 14, 2022 |
| *Deposition* by. Dr. Karl Reich | |

| | |
|---|---|
| MD v Marshall, M.J. | Court Docket  #17-206 |
| Attny J. Brown, L. Romero | Prince George County |
| Upper Marboro MD | October 26, 2022 |
| By Dr. Karl Reich | |

| | |
|---|---|
| Liggins v et al | Court Docket 20 CV 4085 |
| Attny Russell Ainsworth | Northern District Illinois |
| Chicago IL | November 10, 2022 |
| *Deposition* by Dr. Karl Reich | |

| | |
|---|---|
| Smith v et al | Court Docket 21-CV-1159 |
| Attny Ariel Olstein | Northern District Illinois |
| Chicago IL | November 11, 2022 |
| *Deposition* by Dr. Karl Reich | |

| | |
|---|---|
| WI v Frost | Court Docket 93CF74 |
| Attny Cole Ruby | Woods County WI |
| Wisconsin Rapids | November 15, 2022 |
| By Dr. Karl Reich | |

| | |
|---|---|
| Commonwealth v T. Rosa | Court Docket 8684CR57351-53 |
| Attny R. Natarajan, C. Whitmore | Suffolk County MA |
| Boston | November 18, 2022 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IL v C. Houlden | Court Docket 16-Cr-4687 |
| Attny I. Federman, L. Federman | Cook County IL |
| Markham | December 15, 2022 |
| By Dr. Karl Reich | |

| | |
|---|---|
| NM v V. Gonzales | Court Docket D-202-CR-2020-1209 |
| Attny R. Maestas | Bernalillo County New Mexico |
| Video testimony, Albuquerque NM | December 15, 2022 |
| By Dr. Karl Reich | |

**Karl A. Reich**                                                                          **Page 17**

**COURT & DEPOSITION RECORD, CONT'D**

IN v. John Brickley                                  Court Docket 49D21-2010-F3-032241
Attny K. Perry                                       Marion County IN
*Deposition*                                         January 25, 2023
By Dr. Karl Reich

IL v J. Bevely                                       Court Docket 2020-CF-596
Attny T. Thien                                       Williamson County IL
Marion IL                                            February 10, 2023
By Dr. Karl Reich

IN v A. Cordova                                      Court Docket 29D02-2106-F3-003298
Attny K. Perry                                       Hamilton County IN
Deposition                                           February 23, 2023
By Dr. Karl Reich

Simmer v et al                                       Court Docket 2:21 CV 100
Attny D. Owens                                       Western District, Washington
Deposition                                           February 24, 2023
By Dr. Karl Reich

FL v Hairston                                        Court Docket 2021-CF-8312
Attny J. Dreicer, S. Day                             Duval County
Jacksonville FL                                      March 02, 2023
By Dr. Karl Reichas

IN v C. Williams                                     Court Docket 33C02-1811-F1-000004
Attny. M. Nicholson                                  Henry County IN
New Castle IN                                        March 09, 2023
By Dr. Karl Reich

IL v Calhoun                                         Court Docket 20 CR 5599
Attny B. Donald-Kyei                                 Cook County IL
Chicago IL                                           March 10, 2023
By Dr. Karl Reich

IL v D. Davidson                                     Court Docket 19CF2741
Attny Renee Amen                                     Lake County IL
Waukegan IL                                          May 3, 2023
By Dr. Karl Reich

MI v J. Emmendorfer                                  Court Docket 2020-2480-FC
Attny Anastase Markou                                Kalamazoo County
Kalamazoo MI                                         May 4th, 2023
By Dr. Karl Reich

**Independent Forensics**
DNA TESTING & TECHNOLOGIES

500 WATERS EDGE
SUITE 210
LOMBARD, IL 60148
TEL (866) 434-2400
FAX (708) 978-5115
WWW.IFI-TEST.COM

# Expert Witness Fee Schedule

| Dr. K.A. Reich | Liz Kopitke, M.S. |
|---|---|
| **Chief Scientific Officer** | **DNA Technical Leader** |

**DNA Expert Consultation Fees:**

| | |
|---|---|
| Initial consultation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | N/C |
| Consultation/Hour . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *$350 |
| Consultation/Day . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $2,500 |

**Forensic DNA Case Review**

| | |
|---|---|
| Case review, reanalysis, consultation . . . . . . . . . . . . . . . . . . . . . . . | *$2,000 |
| Report of Findings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *$2,000 |
| Legal Disclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *$250-500 |

**Expert Testimony**

| | |
|---|---|
| Testimony/Per Day/per session . . . . . . . . . . . . . . . . . . . . . . . . . . | $2,500 |
| Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Std.  Reimbursable Costs |

**Deposition**

| | |
|---|---|
| Onsite (IFI) Deposition / Hour . . . . . . . . . . . . . . . . . . . . . . . . . . . | *$350 |
| Offsite Deposition / Day . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $2,500 |
| Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Std.  Reimbursable Costs |

**\*Reduced rates are available for governmental agencies, please enquire**

**Document Retrieval – provided electronically**
Case File
SOPs,
Proficiency testing records
Analyst C.V.s,
Job Description
Validation Studies

Case Observation @IFI-Daily Fee                                                    $1,750.00

Effective Feb 2023

Exhibit B

# Karl A. Reich, Ph. D.

INDEPENDENT FORENSICS, 500 WATERS EDGE, SUITE 210 LOMBARD IL 60148
karl@IFI-Test.com;  P 708.234.1200; F 708.978.5115

## FORENSIC DNA / MOLECULAR BIOLOGY / MICROBIOLOGY / PROTEIN BIOCHEMISTRY MICROBIAL AND HUMAN FUNCTIONAL GENOMICS / PROTEIN PURIFICATION

Scientist with eight years post-graduate and fifteen years progressive experience in the pharmaceutical and biotechnology industry.  Proven track record of initiating, managing and leading product-oriented research in forensic DNA, genomics, infectious diseases, pharmaceutical target identification functional genomics, biotherapeutics, molecular biology, microbiology and strain development for industrial fermentation.

- Court Qualified DNA Expert Witness for Forensic DNA, Forensic Biology and Statistics – Testimony and depositions in more than one hundred forty cases in State, Federal, Military and International courts in both criminal and civil litigation.
- Security Clearance – details available upon request
- R & D project development and management from conception to market launch for forensic laboratory products.
- Developed, championed and implemented market-driven strategies for functional genomics biotech startup.
- R & D management experience in market-driven pharmaceutical, biotech and forensic DNA companies.
- R & D project development experience, including market analysis, target identification and validation, HTS, lead evaluation and animal efficacy trials.
- Led, built and managed research teams to implement strategic alliances, contract research and 'in-house' R & D in molecular biology, anti-infectives and strain development.

## PROFESSIONAL EXPERIENCE

**INDEPENDENT FORENSICS, Lombard IL**                                    **8/2002 – Present**
Chief Scientific Officer/Laboratory Director/Managing Partner for DNA Forensics, Paternity, and Molecular Biology laboratory.
- Responsibility for development, validation, commercialization, production and manufacturing of new forensic-DNA based tests.
- Supervisory responsibility for all laboratory operations, including validation, documentation, Q/A, Q/C, DNA testing, DNA analysis for forensics and paternity.
- Responsibility for lab design, lab set-up, IT, molecular biology, software and system design and implementation.
- PI on R & D contracts from federal law enforcement agency, PI on CDC SBIR grant, PI on DHS SBIR award.

**ORCHID BIOSCIENCES, Long Island NY**                                    **4/2001 – 6/2002**
Pharmaceutical Development for 'virtual' pharmaceutical company.
- Responsibility for outsourcing of GMP synthesis of small molecule therapeutic compound.
- Initiated, negotiated and supervised CRO managed ongoing Phase II clinical trial.
- Supervised and outsourced FDA and EMEA fillings for Orphan Drug Status in Europe and U.S.A.
- Project fully acquired (and terminated) by strategic partner, 6/2002.

**INTEGRATED GENOMICS, Chicago, IL**                                    **4/2001 – 2/2002**
*Director of Pharmaceutical Development  – Executive Management Team*
Integrated Genomics is a startup functional genomics company focusing on a bioinformatic approach to solving industrial biotechnology problems.
- Responsibility for developing and implementing small molecule-based R & D for 'niche' anti-infectives markets.
- Developed research programs for strategic partners in anti-infective biology, industrial strain improvement, flavors and fragrance industries and genomic databases.
- Experience in, and responsible for, presenting research programs to pharmaceutical partners, venture capital funds and institutional investors.

**Karl A. Reich** **Page 2**

---

**DNA & IMMUNOGENETICS INSTITUTE, Chicago IL** 6/2001 – 8/2002
*Co-Director, Laboratory Services*
DNA & Immunogentics Institute was the first independent DNA testing laboratory in Illinois and performed testing for paternity determination, transplant matching and blood banks.
- Paternity & Forensic DNA Testing
- Blood Antigen Testing

**ABBOTT LABORATORIES, Abbott Park IL** 10/1996 – 4/2001
Abbott Laboratories is a mid-tier pharmaceutical company with a strong focus on small molecule therapeutics.
- Directed, managed and led research group charged with cloning, expressing and purifying protein targets for pharmaceutical discovery and biotherapeutics using bacterial, insect and mammalian expression systems.
- Led effort to identify alternative expression systems/hosts for 'difficult' protein classes.
- Co-developed semi-automated cloning and expression system for HTS of protein targets.

*Group Leader, Genomics and Molecular Biology.*
- Devised, championed and directed all phases of genomics-based research program for the identification of novel anti-bacterial targets, including microbiology, mol bio, HTS cloning and expression, and database management.
- Identified and validated dozens of novel anti-bacterial targets.
- Conceived and managed small molecule discovery projects; including HTS assay development, hit characterization, animal efficacy models, SAR determination and toxicity profiles.
- Initiated proteomics program in *Haemophilus influenzae*.
- Developed and fabricated *H. influenzae* micro-array for inhibitor mode of action studies.
- Initiated and directed numerous external scientific collaborations.
- Developed broad knowledge base of genomic techniques, applications and technologies including SNPs, pharmacogenomics, proteomics, HTS sequencing, public and proprietary genomic databases.

**STANFORD UNIVERSITY SCHOOL OF MEDICINE, Stanford CA** 10/1990 - 10/1996
*Howard Hughes Research Fellow, Laboratory of Dr. Gary Schoolnik*
- Developed research program on luminescent bacterial symbiont, *Vibrio. fischeri*.
- Discovered novel ADP-ribosyltransferase in culture supernatants of *V. fischeri*.
- Purified and cloned (using reverse genetics) novel ADP-ribosyltransferase from *V. fischeri*.
- Developed genetic system for *V. fischeri*, - targeted knock-outs for gene function identification.
- Initiated collaborative research with USC marine biology laboratory on symbiont/host interactions.

*Post-doctoral fellow, Laboratory of Dr. Gary Schoolnik*
- Developed research program on structure/function relationship of trans-membrane transcriptional activator, ToxR, in *V. cholerae*.
- Analyzed distribution of ToxR genes in environmental *Vibrio* isolates.
- Cloned, sequenced and characterized ToxR gene from luminescent marine bacterium, *V. fischeri*.

**INSTITUT PASTEUR, Paris, France** 10/1988 – 10/1990
*Fogarty Post-Doctoral Research Fellow*
- Developed mono-clonal antibodies against membrane active toxin of *Listeria monocytogenes*.
- Developed novel, large scale purification protocol for listeriolysin.
- Participated in *in vivo* tests of single amino acid substituted *L. monocytogenes* isogenic strains.

**Karl A. Reich**                                                                            **Page 3**

## PRIOR RELATED EMPLOYMENT

**UCLA, Los Angeles CA**
**Dept of Biological Chemistry, Laboratory of Dr. D. Sigman**                **1979-1982**
*Research Assistant*
- Analysis of non-enzymatic cleavage of DNA by 1,10-orthophenanthroline Copper.
- Synthesized chemical derivatives of 1,10-orthophenanthroline.
- Recombinant over-expression and purification of *E. coli* DNA Polymerase.

**HARVARD MEDICAL SCHOOL, Boston MA**
**Dept. of Neurobiology, Laboratory of Dr. T. Wiesel**                        **1977-1979**
*Research Assistant*
- Developed micro-bore HPLC for amino acid analysis of retinal homogenates.
- General laboratory duties, including ordering, organization and solution preparation for histology and EM.

**CORNELL UNIVERSITY, Ithaca, NY**                                          **summer 1976**
**Laboratory of Dr. E. Ellson**
  *Summer intern* Low angle light scattering analysis of liposome preparations.

**ROCKEFELLER UNIVERSITY, New York NY**                                      **summer 1975**
**Laboratory of Dr. N. Zinder**
  *Summer intern* Production, purification and use of mini-cells as 'cell free' protein translation system.

## EDUCATION

**UCLA / HARVARD MEDICAL SCHOOL**                                            **1982-1988**
**Ph.D.  Molecular Biology**
- *Thesis: Enzymic Studies on Diphtheria Toxin Fragment A*

**CORNELL UNIVERSITY**                                                       **1973-1977**
**B.A.  Chemistry**

## LANGUAGES

- **ENGLISH, FRENCH**

## PUBLICATIONS:

1. D.R. Graham, L.E. Marshall, **K.A. Reich** and D.S. Sigman, "Cleavage of DNA by Coordination Complexes.  Superoxide Formation in the Oxidation of 1,10- Phenanthroline-Cuprous Complexes by Oxygen.  Relevance to DNA-Cleavage Reaction," *J. Amer. Chem. Soc.,* **102**, 5419 (1980).

2. L.E. Marshall, D.R. Graham, **K.A. Reich** and D.S. Sigman, "Cleavage of DNA by the 1,10- Phenanthroline-Cuprous Complex.  Hydrogen Peroxide Requirement and Primary and Secondary Structure Specificity," *Biochemistry*, **20**, 244 (1981).

3.  **K.A. Reich**, L.E. Marshall, D.R. Graham and D.S. Sigman, "Cleavage of DNA by the1,10-Phenanthroline-Cuprous Complex.  Superoxide Mediates the Reaction Dependent on NADH and Hydrogen Peroxide," *J. Amer. Chem. Soc.,* **103**, 3582 (1982).

4.  L.M. Pope**, K.A. Reich**, D.R. Graham and D.S. Sigman, "Products of DNA Cleavage by the 1,10-Phenanthroline-Cuprous Complex.  Product Analysis," *J. Biol. Chem.*, **257**, (20) 12121 (1982).

5.  J.D.L. Harpe**, K.A. Reich**, E. Reich and E.B. Dowdle, "Diamphotoxin: The Arrow Poison of the !Kung Bushmen," *J. Biol. Chem.*, **258**, (19) 11924 (1983).

6.  B.L. Kagan**, K.A. Reich** and R.J. Collier, "Orientation of the Diphtheria Toxin Channel in Lipid Bilayers," *Biophys. J*., **45**, 102 (1984).

7.  P. Berche, **K.A. Reich**, M. Bonnichon, J.L. Beretti, C. Geoffroy, J. Raveneau, P.Cossart, J.L. Gaillard, P. Geslin, H. Kreis and M. Veron, "Detection of Anti-Listeriolysin O for Serodiagnosis of Human Listeriosis," *Lancet,* **335**, 624-627 (1990).

8.  B.A. Wilson, **K.A. Reich**, B.R. Weinstein and R.J. Collier, "Active-Site Mutations of Diphtheria Toxin: Effects of Replacing Glutamic Acid-148 with Aspartic Acid, Glutamine or Serine," *Biochemistry*, **29**, 8643-8651 (1990).

9.  E. Michel, **K.A. Reich**, R. Favier, P. Berche and P. Cossart, "Attenuated Mutants of the Intracellular Bacterium *Listeria monocytogenes* obtained by Single Amino-Acid Substitutions in Listeriolysin O," *Molecular Microbiology*, **4** (12), 2167-2178 (1990).

10.  F. Nato, **K.A. Reich**, S.Hopital, S. Rouyre, C. Geoffroy, J.C. Mazie and P. Cossart, "Production and Characterization of Monoclonal Antibodies against Listeriolysin O (LLO), the Thiol Activated Hemolysin of *Listeria monocytogenes*: Neutralizing Antibodies are Specific for LLO," *Infection and Immunity*, **59**(12), 4641-4646 (1991).

11.  **K.A. Reich** and G. K. Schoolnik, "The Light Organ Symbiont *Vibrio fischeri* Possesses a Homologue of the *Vibrio cholerae* Transmembrane Transcriptional Activator ToxR", *J. Bacteriology*, **176**(10), 3085-3088 (1994).

12.  B. Wilson, S.R. Blanke, **K.A. Reich** and R. John Collier, "Active-Site Mutations of Diphtheria Toxin. Tryptophan 50 is a Major Determinant of NAD Affinity. *J. Biol. Chem.,* **269**(37), 23296-23301, (1994)

13.  **K.A. Reich** and G.K. Schoolnik, "Halovibrin, Secreted from the Light Organ Symbiont, *Vibrio fischeri*, Is a Member of a New Class of ADP-ribosyltransferases," *J. Bacteriology*, **178** (1), 209-215 (1996).

14.  **K.A. Reich**, T. Biegel and G.K. Schoolnik, "The Light Organ Symbiont *Vibrio fischeri* Possesses Two Distinct Secreted ADP-ribosyltransferases," *J. Bacteriology*, **179**(5), 1591-1597 (1997).

15.  E. P. Rock, **K. A. Reich**, D. M. Lyu, M. Hovi, J. Hardy, G. K. Schoonik, B. A. D. Stocker and V. Stevens.  "Immunogenicity of LTB-hCG Fusion Protein," *Vaccine*, **14**(16), 1560-1568 (1996).

16.  L. Katz, D. T. Chu and **K.A. Reich**.  "Bacterial Genomics and the Search for Novel Antibiotics," *Annual Reports Med. Chem*., **32**, 121-130, (1997).

**Karl A. Reich**                                                                                       **Page 5**

17.  P. Zhong, Z. Cao, R. Hammond, Y. Chen, J. Beyer V.D. Shortridge, L. Phan, S. Pratt, J. Capobianco, **K. A. Reich**, B. Flamm, Y. S. Or and L. Katz.  "Induction Ribosome Methylation in MLS-resistant *Streptococcus pneumoniae* by macrolides and ketolides", *Microb Drug Resist*; **5**(3), 183-188, (1999).

18.  **K. A. Reich**, P. Hessler, L. Chovan, "Genome Scanning in *Haemophilus influenzae*: *in vitro* transposition and PCR analysis for the identification of 'essential genes', *J. Bacteriology*, **181**(16), 4961-4968, (1999).

19.  **K. A. Reich**, "The search for essential genes**",** *Res Microbiol* **151**(5), 319-324, (2000)

20.  Stabb E. V., **K. A. Reich**, E. G. Ruby, "*Vibrio fischeri* genes hvnA and hvnB encode secreted NAD(+)-glycohydrolases", *J. Bacteriol.*, **183**(1), 309-317(2001).

21.  Tack, L. C., M. Thomas, **K.A. Reich,** Automated Forensic DNA Purification Optimized for FTA Card Punches and Identifiler STR-based PCR Analysis, Clin Lab Medicine, 27(1), 183-9, 2007.

22.  Johan H. Melendez, Julie A. Giles, Jeffrey D. Yuenger, Tukisa D. Smith, Khalil G. Ghanem, **Karl Reich** and Jonathan Zenilman.  Detection and Quantification of Y Chromosomal Sequences by Real-Time PCR Using the LightCycler System, *Sexually Transmitted Diseases,* March 2007, Vol. 34, No. 3, 2007.

23.  Brett Schwees, Jennifer Old, P.W. Boonlayangoor and **Karl Reich**, Developmental Validation of a Novel Lateral Flow Strip Test for Rapid Identification of Human Blood (Rapid Stain Identification™-Blood),  Forensic Science International, 2,  243-247,  2008.

24. Jennifer Old, Brett Schwees, Jennifer Old, P.W. Boonlayangoor and **Karl Reich,** Developmental Validation of RSID™-Saliva; A Lateral Flow Immunochromatographic Strip Test for the Forensic Detection of Saliva, J Forensic Sci.,54 (4), 866-873, 2009.

25. Kevin W.P. Miller, Ph.D., Jennifer Old, Ph.D. , Brian R. Fischer, B.S., Brett Schwees, Ph.D. , Simona Stipinaite, B.S., and **Karl Reich**, Ph.D. Developmental validation of the SPERM HY-LITER™ kit for the identification of human spermatozoa in forensic samples.  J. Forensic Sci., 56 (4); 853-865, 2011.

26. Jennifer Old, Ph.D., Brett A. Schwees, Ph.D., P.W. Boonlayangoor, Ph.D.[1], Brian Fischer, B.S., Kevin W.P. Miller, Ph.D., and **Karl Reich**, Ph.D. Developmental Validation of RSID™ -Semen: A Lateral Flow Immunochromatographic Strip Test for the Forensic Detection of Human Semen.  J. Forensic Sci., 57(2); 489-499, 2012.

27. Alexander Sinelnikov, Anna Kalinina, Jennifer B. Old, Pravatchai W. Boonlayangoor and **Karl A. Reich** Evaluation of Rapid Stain IDentification (RSID™) Reader System for Analysis and Documentation of RSID™ Tests, *Appl. Sci.* **2013**, *3*(3), 624;  Published online: 5 August 2013

28. Alexander Sinelnikov, **K.A. Reich**,  Amplicon Rx™, Post-PCR Clean-up and Concentration Specifically for Forensic DNA Multiplex STR PCR Reactions, , *Eur J Forensic Sci* Vol 3 Issue 1: 15-21, 2016

## ABSTRACTS

New Approach to Statistical Reporting for Forensic DNA Analysis: Boonlayangoor, A. W., Reich, K.A., and Boonlayangoor, P.W.  Published at the 14th International Symposium on Human Identification, Promega Corporation, Phoenix Arizona. September 29-October 2, 2003.

Utilizing Proficiency Testing Survey Results in Forensic DNA Laboratories. Karl A. Reich, Liz A. Graffy and P.W. Boonlyangoor. Published at the 15th International Symposium on Human Identification, Promega Corporation, Phoenix Arizona. October 4-7, 2004.

A Novel Lateral Flow Strip Test for Rapid Identification of Human Semen (**R**apid **S**tain **Id**entification-Semen), 17th International Symposium on Human Identification, Jennifer Old, Brett A. Schweers, P.W. Boonlayangoor & Karl Reich, Nashville Tennessee October 8-12, 2006.

A Novel Lateral Flow Strip Test for Rapid Identification of Human Saliva (**R**apid **S**tain **Id**entification-Saliva), 17th International Symposium on Human Identification, Jennifer Old, Brett A. Schweers, P.W. Boonlayangoor & Karl Reich, Nashville Tennessee October 8-12, 2006.

A Novel Lateral Flow Strip Test for Rapid Identification of Human Blood (**R**apid **S**tain **Id**entification-Blood), 17th International Symposium on Human Identification, Jennifer Old, Brett A. Schweers, P.W. Boonlayangoor & Karl Reich, Nashville Tennessee October 8-12, 2006.

Developmental Validation of SPERM HY-LITER™: A Specific, Sensitive, and Confirmatory Screening Method for Human Sperm from Sexual Assault Evidence Jennifer Old, Brett A. Schweers, P.W. Boonlayangoor & Karl A. Reich 19th International Symposium on Forensic Sciences, ANZFSS Melbourne meeting – October 2008

Developmental Validation of SPERM HY-LITER™: A Specific, Sensitive and Confirmatory Screening Method for Human Sperm Detection from Sexual Assault Evidence. 19th International Symposium on Human Identification. Jennifer Old*, Brett A. Schweers*, P.W. Boonlayangoor & Karl Reich - Promega HID meeting - October 2008

Case Study: Analysis of an anorectal swab alleged to contain canine sperm using a fluorescently labeled human sperm head specific antibody. 19th International Symposium on Human Identification. Marisa Farhner, Brett A. Schweers & Karl Reich – Promega HID meeting - October 2008

Summary Results of a Blinded Study on the Effectiveness and Efficiency of using SPERM HY-LITER™ to Screen Sexual Assault Evidence for Sperm. 20th International Symposium on Human Identification. Jennifer Old Ph.D., Marisa Fahrer MS, Jie Wu Ph.D., Christian G. Westring Ph.D., P.W. Boonlayangoor Ph.D. and Karl Reich Ph.D.

Mapping Duct Tape for the Presence of Saliva Using Phadebas® Press Sheets, 23rd International Symposium on Human Identification, Lynette Johns B.S., Pravat Boonlayangoor Ph.D. and Karl A. Reich Ph.D.

Substrate Controls – A Simple Story 24[rd] International Symposium on Human Identification, Lynette Johns B.S., P.W. Boonlayangoor Ph.D. & Karl A. Reich Ph.D.

Solution For Partial Profiles: *Amplicon Rx*™ Post-PCR Clean-up Kit, 24[rd] International Symposium on Human Identification Alex Sinelnikov and Karl A. Reich

A bridge between two previously separate forensic disciplines: latent examination and DNA profiling. Development of new materials, methods and procedures for the collection of enhanced latent friction ridge impressions (fingerprints) *and* DNA profiling from the same evidence. 101St International Association of Identification, Alex Sinelnikov, Ph.D., Dyer Bennet, Karl Reich, Ph.D.

**Karl A. Reich**                                                                                               **Page 7**

An Efficient and Effective Protocol for Identifying Sperm from Anal Swabs Using SPERM HY-LITER EXPRESS, 27th International Symposium on Human Identification, Jennifer B Old; Anna K Trobe, Karl A. Reich and P.W. Boonlayangoor

A New Tool to Assist Criminal Investigators: DNA-STR Profiles from "Skin and Oil" Fingerprints, 27th International Symposium on Human Identification, Alexander Sinelnikov, P.W. Boonlayangoor and Karl A. Reich

PCR-Based tests for the Forensic Detection of Feces: Use of Bacteroides species indicators of Fecal Contamination, 27th International Society for Forensic Genetics, A. Sinelnikov, E. Kopitke, K. Reich

Material and Methods that Allow Fingerprint Analysis and DNA Profiling from the Same Latent Evidence. 27th International Society for Forensic Genetics, A. Sinelnikov and K. Reich


**TRAINING CLASSES**

Illinois Institute for Continuing Legal Education (IICLE) – Chicago IL September 2006
Faculty for IICLE DNA Evidence Course. Introduction to DNA and DNA Evidence for legal Professionals. Evidence, DNA Matching, Statistics, Defense and Prosecution Strategies, Case Review

Illinois Institute for Continuing Legal Education (IICLE) – Bloomington IL September 2006
Faculty for IICLE DNA Evidence Course. Introduction to DNA and DNA Evidence for legal Professionals. Evidence, DNA Matching, Statistics, Defense and Prosecution Strategies, Case Review

Illinois Institute for Continuing Legal Education (IICLE) – Chicago IL March 2007
Faculty for IICLE Defending Illinois Death Penalty Case – Cold Hits and Cold Cases: DNA Databases and New Technologies in Forensic DNA.

Illinois Institute for Continuing Legal Education (IICLE) – Fairview Heights IL November 2007
Faculty for IICLE Defending Illinois Death Penalty Case – Cold Hits and Cold Cases: DNA Databases and New Technologies in Forensic DNA.

Southwest Association of Forensic Sciences (SWAFS) – Austin TX October 10, 2007. Training workshop: Next Generation Sperm and Body Fluid Identification Tests: SPERM HY-LITER™ and RSID™-Saliva, Blood and Semen. Instructors: Karl Reich and Nadine Mattes.
Louisiana Association of Forensic Sciences (LAFS) – Baton Rouge LA, October 24, 2007. Training Workshop: Fluorescent Detection of Sperm from Sexual Assault Evidence. Instructors: Karl Reich and Nadine Mattes.

Northwestern Association of Forensic Scientists (NWAFS) – Salt Lake City UT –November 5, 2007. Training Workshop: Sensitive and Specific Fluorescent Detection of Human Sperm. Instructor: Karl Reich

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology. Instructor for Training class on human body fluid identification. December 11-13, 2007.

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology.  Instructor for Training class on human body fluid identification.  April 22-24th, 2008.

Mid-Atlantic Association of Forensic Scientists (MAAFS) – Huntington WV – April 30th, 2008.  Training Workshop: Body Fluid Identification from Sexual Assault Evidence.  Instructor for Training class on human body fluid identification.

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology.  Instructor for Training class on human body fluid identification.  August 19-21th, 2008.

Southwest Association of Forensic Sciences (SWAFS) – Little Rock AK September 25th, 2008 Training workshop: Next Generation Sperm and Body Fluid Identification Tests: SPERM HY-LITER™ and RSID™-Saliva, Blood and Semen.  Instructors: Karl Reich and Ruben Nieblas.

Midwest Association of Forensic Scientists (MAFS) – Des Moines IA – September 30th, 2008.  Training Workshop: Body Fluid Identification from Sexual Assault Evidence.  Instructors for Training class on human body fluid identification Ruben Nieblas and Karl Reich.

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology.  Instructor for Training class on human body fluid identification.  December 2-4th, 2008.

SAFS/SWAFS/MAFS Combined Meeting Workshop: Current Topics and Development in Body Fluid Identification and Source Attribution.  Instructor for Training Class on human body fluid identification for forensic DNA analysts.  October 20th, 2009

SWAFS Workshop on Identification and Isolation of sperm from sexual assault evidence.  Instructor for hands-on training class, LCM and SPERM HY-LITER™.  September 23, 2010.

NEAFS/NEDIAI Combined Meeting Workshop: Forensic Body Fluid Identification Techniques – Hands-on Short Course for Saliva, Blood, Urine, Semen and Sperm.  November 8th 2010.

CAC Workshop on Body Fluid Identification: Blood, Saliva Semen, Urine and Sperm.  Hands-on training class, Instructors Karl Reich and Dina Mattes, Bakersfield CA, May 8th, 2012.

Primer Seminario Taller Iberoamericano de Nuevas Technologia en Analisis de Fluidos Biologicos Y Nueva Generacion de Secuenciacon, Instructors Karl Reich and Helga Langthon, Panama October 19th, 2015

SWAFS Workshop on Body Fluid Identification and New Technologies and Trends in Forensic DNA, Instructors Karl Reich and Dina Mattes, Oklahoma City, October 21, 2015.

MAFS/SAFS Workshop: Rescue DNA – LCM, Post-PCR, Touch DNA, Instructors Karl Reich, Jennifer Old and Dina Mattes, Cincinnati, OH, September 20th, 2017

## CONTINUING EDUCATION

| | |
|---|---|
| American Academy of Forensic Sciences 67th Annual Meeting | Feb 2015 |
| Southwestern Association of Forensic Scientists, | Oct 2015 |
| 26th International Symposium on Human Identification | Sep 2015 |
| American Academy of Forensic Sciences 68th Annual Meeting | Feb 2016 |
| 27th International Symposium on Human Identification | Sep 2016 |
| interForensics, Conferencia Internacional de Ciencias Forenses | May 2017 |
| 28th International Symposium on Human Identification | Oct 2017 |
| ASCLD Symposium | May 2017 |
| 9th Asian Forensic Sciences Network | Sep 2017 |
| 27th Congress of the International Society for Forensic Genetics | Sep 2017 |
| 29th International Symposium on Human Identification | Sep 2018 |
| 28th Congress of the International Society for Forensic Genetics | Sep 2019 |
| 11th Annual Meeting & Symposium Asian Forensic Science Network, | Sep 2019 |
| American Academy of Forensic Sciences 72nd Annual Meeting | Feb 2020 |
| American Academy of Forensic Sciences 74th Annual Meeting | Feb 2022 |
| 29th Congress of the International Society for Forensic Genetics | Sep 2022 |
| American Academy of Forensic Sciences 75th Annual Meeting | Feb 2023 |
| Thedford Garber Law, Third Annual Criminal Defense and Civil Rights CLE Conference | .Mar 2023 |

## COURT & DEPOSITION EXPERIENCE:

Dr. Reich has been court qualified as an Expert in Forensic DNA, Forensic Biology and the interpretation of Forensic DNA Statistics in the following jurisdictions (in alphabetical order):

| | |
|---|---|
| California | Missouri |
| Dublin (Ireland) | Nebraska |
| Florida | New Jersey |
| Illinois | New Mexico |
| Indiana | New York |
| Iowa | Ohio |
| Kentucky | South Dakota |
| Massachusetts | Virginia |
| Maryland | Washington D.C. |
| Michigan | Wisconsin |
| Minnesota | |

This includes cases in State and Federal courts on both criminal and civil matters. Additional details available upon request.

*Note:*

Forensic DNA is defined as the methods, procedures, protocols, regulations, standards, and underlying science used to process samples, both evidentiary and reference, for obtaining genetic identity information. The collection, storage, processing, analysis of forensic evidence and the interpretation of such data are included in this definition.

Forensic Biology is defined as the methods, procedures, protocols, regulations, standards, and underlying science used to identify body fluids (blood, saliva, semen, urine and feces) and to identify spermatozoa from forensic evidence. The collection, storage, processing, analysis of forensic evidence and interpretation of such data are included in this definition.

# Karl A. Reich, Ph. D.

INDEPENDENT FORENSICS, 500 WATERS EDGE, SUITE 210 LOMBARD IL 60148
karl@IFI-Test.com;  P 708.234.1200; F 708.978.5115

## COURT & DEPOSITION RECORD

Amy Gorac v. George Gorac:                    02D2244/September 15, 2004
Attorney Steve Deitch
DuPage County, IL
*__Deposition__* by: Dr. Karl A. Reich

People v. Derrick Lee                         00CR 28948/March 14, 2005
Atty. Charles K. Piet
Chicago, IL
By: Dr. Karl Reich

People vs. Edgar Mullin,                      03CR 5752/June 27, 2005
Atty. Leroy Cross
Chicago, IL
By: Dr. Karl Reich

People vs. Juan Luna Jr.                      02CR 15430/June 9, 2006
Attorney Clarence L. Burch/Allan Sincox
Chicago, Il
*__Deposition__* by: Dr. Karl A. Reich

People vs. Octavia Anima                      03CR 17306/March 14, 2007
Attorney Gigi Gilbert
Chicago, IL
By: Dr. Karl A. Reich

People vs. Juan Luna Jr.                      02CR 15430/May 1, 2007
Attorney Clarence L. Burch/Allan Sincox
Chicago, Il
By: Dr. Karl A. Reich

Will County vs. Kevin Fox                     04C7309/October 9, 2007
Attorney Kathleen T. Zellner
Oak Brook, IL
*__Deposition__* by: Dr Karl A. Reich

Will County vs. Kevin Fox                     04C7309/December 6, 2007
Attorney Kathleen T. Zellner
Dirksen Federal Court, Chicago, IL
By: Dr Karl A. Reich

People vs. Diane Thames                       05CR 21070
Attorney Kathleen T. Zellner               January 17, 2008
Rolling Meadow Road, Palatine, IL
By: Dr Karl A. Reich

Commerce Bank v. Widger, et al               U.S. District
Attorney James P. Ginzkey                  Court No. 06-CV-1103
At IFI, Hillside IL                         June 3, 2008
*__Deposition__* by: Dr. Karl A. Reich

**Karl A. Reich**                                                                    **Page 2**

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| Harold Hill v. City of Chicago, et al | |
| Attorney Russell Ainsworth | Court No. 06C 6772 |
| 30 North LaSalle Street, Chicago, IL | July 18, 2008 |
| *Deposition* by: Dr. Karl A. Reich | |

People v. John Garfield | 06CR 6123
Attorney Ms Christa Petty | Feb. 25, 2009
Chicago, IL
By: Dr. Karl Reich

U.S.A. v. Seth Hornedeagle | U.S. District
Attorney Anthony White | Court, No 08CR046RB
Las Cruces, NM | April 9th, 2009
By: Dr. Karl Reich

People v. Jacob Young | C06-047071
Attorney Ms Christa Petty | July 10, 2009
Chicago, IL
By: Dr. Karl Reich

Donny McGee v. City of Chicago | 08L 3503/
Attorney Russell Ainsworth | 04CV 6352
53 West Jackson Blvd, Suite 1800 | October 29, 2009
Chicago IL  60604
*Deposition* by: Dr. Karl A. Reich

U.S.A. v. Theodore Largo | U.S. District
Attorney Steve Aarons | Court, No 1:08-CR02830JCH-1
Albuquerque, NM | May 10th & May 11th, 2010
By: Dr. Karl Reich

Donny McGee v. City of Chicago | IL State Court
Attorney Russell Ainsworth | 04CV 6352
50 West Randolph Street | May 26th, 2010
Chicago IL
By: Dr. Karl Reich

People v. Viliufo Escobar | 07 CR 5255
Attorney Dan Nolan | July 15, 2010
Bridgeview IL
By: Dr. Karl Reich

People v. Brian Andvik | 73-Cr-10-17
Attorney Thomas Murtha | Stearns County, MN
Attorney Rich Kenly | July 16, 2010
St. Cloud MN
By: Dr. Karl Reich

# Karl A. Reich                                                    Page 3

**COURT & DEPOSITION RECORD, CONT'D**

U.S.A v Theodore Largo                    Cr.No.08-2830
Attorney Steven Aarons                    July 28, 2010
Albuquerque, NM
By: Dr. Karl Reich


State v. Vasily London                    Case# 07017348CF10A
Attorney: Viviane Gariboldi               Broward County, FL
Attorney Joanna Nagy                      November 15th, 2010
Broward County, FL
By Dr. Karl Reich


State v. Willie Baldwin                   Case# 07CR 1301, O7CR 1302
Attorney: Deana Binstock                  Cook County, IL
Chicago IL                                December 2nd & 3rd 2010
By Dr. Karl Reich


DPP v. Colm Quigley                       Laboratory Case # 08/07979
Solicitor: Tony O'Malley                  Ref# 17619/2008
Barrister: Michael Delaney SC             January 20th, 2011
Dublin
Ireland
By Dr. Karl Reich


State v. Thomas Soule                     Case# 09 CF-178,
Attorney Randall Morgan                   Livingston County
Pontiac IL                                March 7th, 2011
By Dr. Karl Reich


State v. Daniel Cleary                    Case# 10-CF-205
Attorney John Lonergan                    Tazewell County
Pekin IL                                  March 8th, 2011
By Dr. Karl Reich


State v. Crandall Williams                Case# 08 CR 07754
Attorney John Wilson                      Cook County
Attorney Brian Walsh                      March 11th, 2011
Markham IL
By Dr. Karl Reich


State v. Olushola Aleem                   Case# 109139012
Attorney Andrew Northrup                  Baltimore County
Attorney Karyn Meriwether                 May 5th, 2011
Baltimore MD
By Dr. Karl Reich


State v. Jonnie Butler                    Case# 109288023
Attorney Jeff Gilleran                    Baltimore County
Attorney Karyn Meriwether                 October 13th, 2011
Baltimore MD
By Dr. Karl Reich

**Karl A. Reich**                                                                        **Page 4**

**COURT & DEPOSITION RECORD, CONT'D**

State v. Dauda Kohlheim                          Case# 99-08-72019
Attorney Galyard Williams                        St. Louis County
St. Louis / Clayton MO                           November 3rd, 2011
By Dr. Karl Reich


People v. Lazerrick Mosley                       Case# 09CR 4024
Attorney Dan Nolan                               Cook County
Markham IL                                       November 9th, 2011
By Dr. Karl Reich


People v. Brandon Starks                         Case# 10CR 3064
Attorney Charles Pinkston                        Cook County
Chicago IL                                       December 8th, 2011
By Dr. Karl Reich


People v. Edward Taylor                          Case# 09CR 222430
Attorney Winona Agbabiaka                        Cook County
Chicago IL                                       February 28th, 2012
By Dr. Karl Reich


People v. Willie Baldwin                         Case# 07-CR-1301, 02
Attorney Deana Binstock                          Cook County
Chicago IL                                       March 2nd, 2012
By Dr. Karl Reich


People v. Eric Hinton                            Case 119168, Matter ID 11-1810572
Attorney Sherryl Statland                        Montgomery County
Rockville MD                                     March 14, 2012
By Dr. Karl Reich


People v. Charlie Lewis                          Court Case # 27-CR-10-7607
Attorney Catherine Turner                        Hennepin County
Minneapolis MN                                   March 26th, 2012
By Dr. Karl Reich


People v. John Ferryman                          Court Case# 98 CF 1709
Attorney Valerie Pacis                           DuPage County
Wheaton IL                                       April 12th, 2012
By Dr. Karl Reich


People v. John Ferryman                          Court Case# 98 CF 1709
Attorney Valerie Pacis                           DuPage County
Wheaton IL                                       May 14h, 2012
By Dr. Karl Reich


People v. Robert Anderson                        Court Case #03-07356
Attorney Steve Richards                          Cook County
Chicago IL                                       August 24, 2012
By Dr. Karl Reich

**Karl A. Reich**                                                                                          **Page 5**

**COURT & DEPOSITION RECORD, CONT'D**

People v. Gregory Nania                          Court Case# 2009 CF-2144
Attorney Mr. Dan Cain                            Winnebago County
Rockford IL                                      September 6, 2012
By Dr. Karl Reich


Kina Burgs v. Chicago Police                     Court Case# 07 L 6885
Attorney M. LeCompte                             Cook County
Lombard IL                                       January 8th, 2013
*__Deposition__* by Dr. Karl Reich


State of Ohio v. David Ayers                     Court Case CR 388738
Attorney Mr. Russell Ainsworth                   Cuyahoga County
Cleveland OH                                     March 4th, 2013
By Dr. Karl Reich


People v. Eric Bernard                           Court Case 10 CF 306
Mr. Eric Bernard acting *pro se*                 DeKalb Countty
Sycamore IL                                      March 15, 2013
By Dr. Karl Reich


People v. Anthony Triplett                       Court Case 07- CR-1330; 07-CR-2970
Attorney Jack Rimland, Allan Sincox              Cook County
Chicago IL                                       May 9th, 2013
By Dr. Karl Reich


Florida v. Danny Johnson                         Court Case 11-2655CF10A
Attorney Donald Cannarozzi                       Broward County
Chicago IL                                       May 13th, 2013
*__Deposition__* by Dr. Karl Reich


Stanfield v. Cook County                         Court Case 10 C 6569
Attorney Luke Casson                             U.S. District Court, Chicago IL
Chicago IL                                       May 22nd, 2013
By Dr. Karl Reich


People v. Eric Bernard                           Court Case 10 CF 306
Mr. Eric Bernard acting *pro se*                 DeKalb County
Sycamore IL                                      June 13, 2013
By Dr. Karl Reich


People v. Brian D. Allen                         Court Case M-148-2012 V
Attorney Michelle Potoczny Gu, Mark Wolber       Saratoga County
Saratoga NY                                      July 24, 2013
By Dr. Karl Reich


Florida v. Johnathan Holte                       Court Case 2009CF2362
Attorney Joe Campoli                             Manatee County
Bradenton FL                                     November 18th, 2013
By Dr. Karl Reich

**COURT & DEPOSITION RECORD, CONT'D**

Florida v. Danny Johnson
Attorney: Don Cannarozzi
Ft. Lauderdale FL
By Dr. Karl Reich

Court Case 11002655CF10A
Broward County
December 18th, 2013

IL v. Eric Bernard
Attorney  Daniel Transier
Sycamore IL
By Dr. Karl Reich

Court Case 10 CF 306
DeKalb County
February 6, 2014

Indiana v. Arthur Lee Gates, Jr.
Attorney Bill Polansky
Evansville IN
By Dr. Karl Reich

Court Docket 82A01-0806-CR-302
Vanderburgh County
March 5th 2014

IL v. Kevin Oldaker
Attorney Azhar Minhas
Belvidere IL
By Dr. Karl Reich

Court Docket  2010 CF 447
Boone County
March 12th, 2014

IL v. James Hampton
Attorney Scott Kozicki
Chicago IL
By Dr. Karl Reich

Court Docket 07 CR 4582
Cook County
March 24, 2014

MD v. Darius Keenan
Attorney Jeff Gilleran
Attorney William Davis
Annapolis MD
By Dr. Karl Reich

Court Docket K-2013-2005, ID 12-0110402
Anne Arundel County
April 09, 2014

MD v. Darius Keenan
Attorney Jeff Gilleran
Atorney William Davis
Annapolis MD
By Dr. Karl Reich

Court Docket K-2013-2005, ID 12-0110402
Anne Arundel County
April 25, 2014

Hubert Burgs v City of Chicago
Attorney Marcelle LeCompte
Chicago IL
By Dr. Karl Reich

US Federal Court, 1:2013cv01988
Illinois Northern District
Chicago IL
September 23, 2014

U.S. v Demonta Chappell
Attorney Chris Roberts
Washington D.C.
By Dr. Karl Reich

US Federal Court, 2013-CF1-2097
District of Columbia
October 16th, 2014

IL v Stephen Johnson
Attorney Richard Dvorak
Markham IL
By Dr. Karl Reich

Court Docket 11 CR 5008
Cook County
November 20th, 2014

## Karl A. Reich                                                                            Page 7

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| IL v Demetrious Beal | Court Docket 12 CF 2382 |
| Attorney Cosmo Tedone | Will County |
| Joliet IL | December 18th, 2014 |
| By Dr. Karl Reich | |
| | |
| Indiana v. Arthur Lee Gates, Jr. | Court Docket 82A01-0806-CR-302 |
| Attorney Bill Polansky | Vanderburgh County |
| Evansville IN | January 23rd 2015 |
| By Dr. Karl Reich | |
| | |
| Illinois v Jerome Robertson | Court Docket 12 CR 2391 |
| Attorney Steven Fagan | Cook County |
| Markham IL | February 26, 2015 |
| By Dr. Karl Reich | |
| | |
| Sarah Pyles v Village of Manteno et al | Case No. 13 C 21214 |
| Attorney Daniel Kiss | U.S. District Court, Urbana IL |
| **_Deposition_** by Dr. Karl Reich | March 6, 2015 |
| | |
| IL v Demetrious Beal | Court Docket 12 CF 2382 |
| Attorney Cosmo Tedone | Will County |
| Attorney Jeff Tomczak | continuation of previous hearing |
| Joliet IL | April 28th, 2014 |
| By Dr. Karl Reich | |
| | |
| NY v Daniel Ramos | Court Docket 2013 CR 338372 |
| Attorney Michael Berger | Nassau County |
| By Dr. Karl Reich | May 20, 2015 |
| | |
| IN v Freddie Alcantar | Court Docket 02D05-1401-MR-1 |
| Attorney Michelle Kraus | Allen County |
| Fort Wayne IN | August 24, 2015 |
| By Dr. Karl Reich | |
| | |
| IL v Samuel Gayden | Court Docket 10-CR-18156 |
| Attorney Gina Piemonte | Cook County |
| Chicago IL | September 9th, 2015 |
| By Dr. Karl Reich | |
| | |
| IN v Freddie Alcantar | Court Docket 02D05-1401-MR-1 |
| Attorney Michelle Kraus | Allen County |
| Fort Wayne IN | October 22, 2015 |
| By Dr. Karl Reich | |
| | |
| IL v Stallworth, Miller | Court Docket 14 CR 426 |
| Attorney A Thedford | Cook County |
| Chicago IL | December 9, 2015 |
| By Dr. Karl Reich | |

**Karl A. Reich**                                                                                   **Page 8**

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| CA v Martin Van Eycke | Court Docket 13017048 (MCN), 221929 (SCN) |
| Attorney Diane Knoles | City and County of San Francisco |
| San Francisco CA | December 16th, 2015 |
| By Dr. Karl Reich | |

| | |
|---|---|
| SD v Benjamin Thomas | Court Docket CRI 15.01 |
| Attorney Robin Eich | Turner County |
| Parker SD | January 13, 2016 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IL v Morris Williams | Court Docket 2013-CF-304 |
| Attorney Jacqueline Lacy | Vermillion County |
| Danville IL | January 22, 2016 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IL v Jerimiah Pinkerman | Court Docket 2010 CF 1840 |
| Attorney Bernard Ward | Will County |
| Joliet IL | March 22, 2016 |
| By Dr. Karl Reich | |

| | |
|---|---|
| MO v Dane Tillman | Agency Case # 220113 |
| Attorney Nicholas Swischer | Dade County |
| Wheaton IL | March 18, 2016 |
| *Deposition* by Dr. Karl Reich | |

| | |
|---|---|
| IA v James Arneson | Court # FECR350403 |
| Attorney Joe McCarville | Webster County |
| Lombard IL | March 29, 2016 |
| *Deposition* by Dr. Karl Reich | |

| | |
|---|---|
| IA v James Arneson | Court # FECR350403 |
| Attorney Joe McCarville | Webster County |
| Fort Dodge, IA | April 07, 2016 |
| By Dr. Karl Reich | |

| | |
|---|---|
| Jeron Johnson v Luthera Williams | Probate court, docket unknown |
| Attorney Michael Zweig | Cook County |
| Chicago IL | April 11, 2016 |
| By Dr. Karl Reich | |

| | |
|---|---|
| SD v Benjamin Thomas | Court Docket CRI 15.01 (retrial) |
| Attorney Robin Eich | Turner County |
| Parker SD | June 2-3, 2016 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IL v Adrian Pettis, | Court Docket 12 CR 18409 |
| Attorney Maria Owens | Cook County |
| Chicago IL | June 30, 2016 |
| By Dr. Karl Reich | |

**COURT & DEPOSITION RECORD, CONT'D**

IN v R.K. Niemeyer                          Court Docket .02D04-1509-MR-3
Attorney Randy Fisher                       Allen County
Fort Wayne IN                               July 20, 2016
By Dr. Karl Reich


IN v Malcom Wade                            Court Docket 53C02 1411 F3 001042
Attorney Isabella Bravo                     Monroe County
Bloomington IN                              August 3, ,2016 (2)
By Dr. Karl Reich


IL v Edgar Morales                          Court Docket 11 CR 10436
Attorney John Benson                        Cook County
Chicago IL                                  September 1, 2016
By Dr. Karl Reich


NE v Anthony Garcia                         Court Docket CR 13 2311
Attorney Jeremy Jorgenson                   Douglas County
Attorney Robert Motta
Omaha NE                                    October 19, 2016
By Dr. Karl Reich


NJ v Russell Bouse                          Court Docket 10-12-1057-I
Attorney V. Sanzone                         Gloucester County
Woodbury NJ                                 October 27, 2016
By Dr. Karl Reich


IL v Jaime Rodriguez                        Court Docket 13 CR 21500
Attorney Scott Gordon                       Cook County
Skokie, IL                                  December 5, 2016
By Dr. Karl Reich


LaPorta v City of Chicago, et al            Court Docket 14 CV 9665
Attorney Debra Thomas                       U.S. District Court, Northern District
Chicago IL                                  March 21, 2017
_**Deposition**_ by Dr. Karl Reich


IL v Whalen                                 Court Docket 91 CF 344
Attorney Eliot Slosar                       McLean County
Bloomington IL                              May 5th, 2017
By Dr. Karl Reich


IL v Jorge Torres                           Court Docket 12 CF 127
Attorney Jed Stone                          Lake County
Waukegan IL                                 May 9th, 2017
By Dr. Karl Reich


IL v Kenneth Rhodes                         Court Docket 12 CR 3075
Attorney Christa Petty                      Cook County
Chicago IL                                  May 10th, 2017
By Dr. Karl Reich

**Karl A. Reich** **Page 10**

## COURT & DEPOSITION RECORD, CONT'D

MD v Lloyd Harris
Attorney Mathew Frawley
Frederick MD
By Dr. Karl Reich

Court Docket: 10-K-16-057851   Matter ID: 16-1500810
Frederick County
June 27, 2017

MI v Larry Smith
Larry Smith *pro se*
Attny Richard Sammis
By Dr. Karl Reich

Court Docket 16-000534-FC
Berrien County

July 14th, 2017

Cole v Meeks et al
Attorney Douglas Johnson
Downers Grove IL
*Deposition* by Dr. Karl Reich

Court Docket 15-CV-01292
U.S. District Court, Peoria Division
August 7th, 2017

LaPorta v City of Chicago, et al
Attorney Bruno Marasso
Chicago IL
By Dr. Karl Reich

Court Docket 14-Cv-9665
U.S. District Court, Northern District
October 12, 2017

MD v. Lloyd Arbard Harris
Attorney Mathew Frawley
Frederick MD
By Dr. Karl Reich

Case No: 10-K-16-057851
District Court, Frederick County
October 30, 2017

IL v Drew Terrell
Attorney Dan Coyne
Chicago IL
By Dr. Karl Reich

Court Docket 85 CR 10757
Cook County
November 29, 2017

MI v Jason Garlow
Attorney Matthew Crandall
Pontiac MI
By Dr. Karl Reich

Court Case 2017-264384-FH
District Court, Oakland County,
December 6, 2017

IL v Hallom
Attorney Christa Petty
Chicago IL
By Dr. Karl Reich

Court Case 13 CR 12983
Cook County
March 9, 2018

MI v Jason Garlow
Attorney Matthew Crandall
Pontiac MI
By Dr. Karl Reich

Court Case 2017-264384-FH
District Court, Oakland County,
April 11, 2018 (retrial)

IN v Stinemetz
Attorney Brad Rozzi
Rochester IN
By Dr. Karl Reich

Court Case 25C01-1511-MR-000569
District Court, Fulton County
May 3, 2018

**COURT & DEPOSITION RECORD, CONT'D**

IN v Ivory                                                    Court Case No. 71D02-1701-MR-000001
Attorney Vincent Campiti                                      St. Joseph County
South Bend IN                                                 August 7, 2018
By Dr. Karl Reich

People v. Brandon Starks                                      Case# 10 CR 3064, 10 CR 4408
Attorney Christa Petty, Gina Piemonte                        Cook County
Chicago IL                                                    October 25th, 2018
By Dr. Karl Reich

People v Gary Blakley                                         Court Case 12 CR 5684-01
Attorney Michael Johnson                                     Cook County
Chicago IL                                                    November 16, 2018
By Dr. Karl Reich

IL v Whalen                                                   Court Docket 91 CF 344
Attorney Tara Thompson                                       McLean County
Bloomington IL                                               February 12, 2019
By Dr. Karl Reich

IL v Kenneth Williams                                         Court Docket 16CF539
*pro se*                                                     Champaign County
Urbana IL                                                    February 14th, 2019
By Dr. Karl Reich

KY v David Dooley                                             Court Docket 12 CR 00622
Attorney Jeff Lawson                                         Boone County
Florence KY                                                  March 08, 2019
By Dr. Karl Reich

MD v Daniel Gross                                             Court Docket 128021C, CR# 15-034375
Attorney Tom Pavlinic                                        Montgomery County
Rockville MD                                                 April 12, 2019
By Dr. Karl Reich

IL Dept of Financial & Professional Regulation               No. 2018-02807
Attorney James Goldberg                                      Cook County IL
Chicago IL                                                   May 30, 2019
By Dr. Karl Reich

IL v Angel Rodriguez                                          No. 99 CR 24480
Attorney Russell Ainsworth                                   Cook County IL
Chicago IL                                                   August 6th, 2019
By Dr. Karl Reich

IL v William Webb                                             No. 16 CF 318
pro se defendant                                             LaSalle County IL
Ottawa IL                                                    October 23, 2019
By Dr. Karl Reich

**Karl A. Reich**                                                    **Page 12**

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| IL v Dwight Beck | No. 17 CR 5422 |
| Attorney Charles Pinkston | Cook County |
| Markham IL | October 24, 2019 |
| By Dr. Karl Reich | |

USA v Isaac N. Gibbons                          Criminal Case 1:18-cr-454
Attorney Edward MacMahon                        US District Court, Eastern Virginia
Attorney David Benowitz
Alexandria VA                                   November 13, 2019
By Dr. Karl Reich

Andersen v City of Chicago, et al.,             16 CV 1963
Attorney Heather Donnell                        U.S. District Court, Northern Division IL
Chicago IL                                      December 5, 2019
By Dr. Karl Reich

MD v Keith Davis, Jr.,                          Case No. 116009001
Attorney Deborah Levi
Attorney Andrew Northrup                         Baltimore County
Baltimore MD                                    February 28th, 2020
By Dr. Karl Reich

IL v. Joshua Mecum                              Case No. 18 CF 364
Attorney Joseph Parisi                          Kankakee County
Kankakee IL                                     June 10, 2020
By. Dr. Karl Reich

IL v Bryan Stahl                                Case no 18 CF 768
Attorney P. Prossnitz                           McHenry County
Woodstock IL                                    June 22, 2020
By Dr. Karl Reich

IN v Mark Brady                                 Case 32D04-1706-F3-000027
Attorney Annie Fierek                           Hendricks County
Danville IN                                     September 17, 2020
By Dr. Karl Reich

IL v Jamal Drane                                Court Case 18 CF 944.
Attorney Michael Kereluk                        Kane County
St. Charles IL                                  September 29th, 2020
By Dr. Karl Reich

IN v Winston Corbett                            Court Case 20C01-1811-MR-000004
Attorney Peter Britton                          Elkhart County
Goshen, IN                                      November 10th, 2020
By Dr. Karl Reich

William Virgil v. City of Newport,              No. 16-CV-224
Attorney Elliot Slosar, Molly Campbell          Eastern District of Kentucky
Lombard IL / Newport KY (via video)
*Deposition* by Dr. Karl Reich

**Karl A. Reich**                                                                                   **Page 13**

**COURT & DEPOSITION RECORD, CONT'D**

IN v Brent Taylor                                      Court Case 02D05-1905-F1-10
Attorney G.L. Fumarolo                                 Allen County
Lombard IL / Fort Wayne IN (via video)                 February 19, 2021
*Deposition* by Dr. Karl Reich

ME v Jeffrey Williams                                  Court Case Yor-10-578
Attorney R.C. Andrews                                  Cumberland County
Lombard IL / Portland ME (via video)                   February 22, 2021
*Deposition* by Dr. Karl Reich

IN v Brent Taylor                                      Court Case 02D05-1905-F1-10
Attorney G.L. Fumarolo                                 Allen County
Fort Wayne IN                                          March 11, 2021
By Dr. Karl Reich

IL v Carlos Menodoza                                   Court Case 2019 CF 000113
Attorney Raul Villalobos                               Champaign IL
Urbana IL                                              April 21, 2021
By Dr. Karl Reich

NM v Jerry Espinoza                                    Court Docket D-809-CR-2020-00140
Attorney B. Mondragon                                  Colfax
Raton NM                                               April 28, 2021
By Dr. Karl Reich

Andersen v City of Chicago, et al.,                    16 CV 1963
Attorney Heather Donnell                               U.S. District Court, Northern Division IL
Chicago IL                                             May 28, 2021
By Dr. Karl Reich

MN v T. Palodichuk                                     Court Case 02CR195135
Attorneys T. Dust, D. Nemer                            Anoka County
Anoka MN                                               June 17, 2021
By Dr. Karl Reich

MN v T. Palodichuk                                     Court Case 02CR195135
Attorneys T. Dust, D. Nemer                            Anoka County
Anoka MN                                               June 21, 2021
By Dr. Karl Reich

MD v William Andrew Wright, Jr.                        Court Case 118346020
Attorney Shannon Heery                                 Baltimore County
Baltimore MD                                           July 19, 2021
By Dr. Karl Reich

MD v Anthony D'Angelo Wilkins                          Matter ID 08-K-17-000241
Attorney Tanya Kappor                                  Charles County
La Plata MD                                            July 23. 2021
By Dr. Karl Reich

**Karl A. Reich**                                                                          **Page 14**

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| IA v Sir Frank William Nelson III | Court Case FECR236187 |
| Attorney Kathryn Mahoney | Black Hawk County |
| Waterloo IA | September 16th, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| MD v Tyrone Harvin | Court Case 18-0603649 |
| Attny Molly Ryan | Baltimore County |
| Baltimore MD | October 13, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| MD v A.M.Muldrow | Court Case C03CR19000763 |
| Attny Elizabeth Crow | Baltimore County |
| Towson MD | October 27, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IL v Marquiese Talley | Court Docket 20CF425, 20CF426, |
| Attny Steve Muslin | Peoria County |
| Peoria IL | December 1, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| U.S. v Nashiri | Military Commission |
| Attny K. Carmon | U.S. Naval Base |
| Guantanamo Bay, Cuba | December 08, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| U.S. v Nashiri | Military Commission |
| Attny K. Carmon | U.S. Naval Base |
| Guantanamo Bay, Cuba | December 09, 2021 |
| By Dr. Karl Reich | |

| | |
|---|---|
| Shaw (Granton) v. City of Chicago et al. | Court Docket, 18-L-8034 |
| Attny Bryce Hensley | Cook County |
| Lombard, IL | December 28th, 2021 |
| *Deposition* by Dr. Karl Reich | |

| | |
|---|---|
| IL v McGuire, Jr., | Court Docket 2016 CF 2515 |
| Attny Eric Pittman, J.P. Ivec | Will County |
| Joliet IL | January 10, 2022 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IN v Sorgdrager | Court Docket 02D06-1905-F1-000009 |
| Attny R. Gevers | Allen County |
| Fort Wayne, IN | March 2, 2022 |
| By. Dr. Karl Reich | |

| | |
|---|---|
| MD v Cazanga | Court Docket C-08-CR-20-000357 |
| Attny A. Northrup | Charles County |
| Video testimony, La Plata | March 28, 2022 |
| By Dr. Karl Reich | |

**Karl A. Reich**                                                                                     **Page 15**

**COURT & DEPOSITION RECORD, CONT'D**

MD v J.L.Sherriff                                      Court Docket C-18-CR-19-000202
Attny T. Pavlinic                                      St. Mary's County
Video testimony, Leonardstown                          May 9, 2022
By Dr. Karl Reich


MI v Arrington                                         Court Docket 18-06706
Attny. J. Sartz                                        Ingham County
Lansing MI                                             May 17, 2022
By Dr. Karl Reich


WI v A. Anderson                                       Court Docket 20CF238
Attny N. Davis                                         Barron County
Video testimony, Barron                                May 24, 2022
By Dr. Karl Reich


WI v J. Noblin                                         Court Docket 2019CF002482
Attny. K. Watson                                       Milwaukee County
Milwaukee WI                                           June 02, 2022
By Dr. Karl Reich


MD v. T. Harvin                                        Court Docket 18-0603649
Attny M. Ryan                                          Baltimore County
Baltimore MD                                           June 27, 2022
By Dr. Karl Reich


IL v C,. Guaderrama,                                   Court Docket 20 CR 04846
Attny A. Peraica                                       Cook County
Chicago IL                                             July 20, 2022
By Dr. Karl Reich


IN v B. Benfer                                         Court Docket 35C01-2104-F3-000133
Attny K. Perry, A. Baldwin                             Huntington County
Huntington IN                                          August 11, 2022
By Dr. Karl Reich


IL v K. Williams                                       Court Docket 16CF539
*pro se*                                               Champaign County
Urbana IL                                              August 24, 2022
By Dr. Karl Reich


IL v T. Clopton                                        Court Docket 21-CF-03
Attny B. Gullberg                                      Henderson County
Oquawka IL                                             September 12, 2022
By Dr. Karl Reich


MI v Mr. Robert Reed [James Edwards]                   Court Docket 19-008049-01-FC
*pro se (backup counsel, R. Nelson)*                   Wayne County MI
Detroit MI                                             September 21, 2022
By. Dr. Karl Reich

**Karl A. Reich**                                                                                        **Page 16**

**COURT & DEPOSITION RECORD, CONT'D**

MI v M. Lyon                                                          Court Docket 19-000713-FC
Attny Keith Watson                                                   Ingham County
Lansing MI                                                           September 22, 2022
By Dr. Karl Reich


MD v K. Cobey                                                        Court Docket 40399C, 42227C
Attny Molly Ryan                                                     Montgomery County
Rockville MD                                                         September 23, 2022
By Dr. Karl Reich


Reyes/Solache v City Chicago et al                                  Court Docket 1:18 Civ.1028 | 1:18 Civ.2312
Attny Sean Starr                                                     Northern District Illinois
Chicago IL                                                           October 14, 2022
*Deposition* by. Dr. Karl Reich


MD v Marshall, M.J.                                                 Court Docket  #17-206
Attny J. Brown, L. Romero                                            Prince George County
Upper Marboro MD                                                     October 26, 2022
By Dr. Karl Reich


Liggins v et al                                                     Court Docket 20 CV 4085
Attny Russell Ainsworth                                              Northern District Illinois
Chicago IL                                                           November 10, 2022
*Deposition* by Dr. Karl Reich


Smith v et al                                                       Court Docket 21-CV-1159
Attny Ariel Olstein                                                  Northern District Illinois
Chicago IL                                                           November 11, 2022
*Deposition* by Dr. Karl Reich


WI v Frost                                                          Court Docket 93CF74
Attny Cole Ruby                                                      Woods County WI
Wisconsin Rapids                                                     November 15, 2022
By Dr. Karl Reich


Commonwealth v T. Rosa                                              Court Docket 8684CR57351-53
Attny R. Natarajan, C. Whitmore                                      Suffolk County MA
Boston                                                               November 18, 2022
By Dr. Karl Reich


IL v C. Houlden                                                     Court Docket 16-Cr-4687
Attny I. Federman, L. Federman                                       Cook County IL
Markham                                                              December 15, 2022
By Dr. Karl Reich


NM v V. Gonzales                                                    Court Docket D-202-CR-2020-1209
Attny R. Maestas                                                     Bernalillo County New Mexico
Video testimony, Albuquerque NM                                      December 15, 2022
By Dr. Karl Reich

**Karl A. Reich** **Page 17**

**COURT & DEPOSITION RECORD, CONT'D**

IN v. John Brickley                                    Court Docket 49D21-2010-F3-032241
Attny K. Perry                                         Marion County IN
***Deposition***                                       January 25, 2023
By Dr. Karl Reich

IL v J. Bevely                                         Court Docket 2020-CF-596
Attny T. Thien                                         Williamson County IL
Marion IL                                              February 10, 2023
By Dr. Karl Reich

IN v A. Cordova                                        Court Docket 29D02-2106-F3-003298
Attny K. Perry                                         Hamilton County IN
Deposition                                             February 23, 2023
By Dr. Karl Reich

Simmer v et al                                         Court Docket 2:21 CV 100
Attny D. Owens                                         Western District, Washington
Deposition                                             February 24, 2023
By Dr. Karl Reich

FL v Hairston                                          Court Docket 2021-CF-8312
Attny J. Dreicer, S. Day                               Duval County
Jacksonville FL                                        March 02, 2023
By Dr. Karl Reichas

IN v C. Williams                                       Court Docket 33C02-1811-F1-000004
Attny. M. Nicholson                                    Henry County IN
New Castle IN                                          March 09, 2023
By Dr. Karl Reich

IL v Calhoun                                           Court Docket 20 CR 5599
Attny B. Donald-Kyei                                   Cook County IL
Chicago IL                                             March 10, 2023
By Dr. Karl Reich

IL v D. Davidson                                       Court Docket 19CF2741
Attny Renee Amen                                       Lake County IL
Waukegan IL                                            May 3, 2023
By Dr. Karl Reich

MI v J. Emmendorfer                                    Court Docket 2020-2480-FC
Attny Anastase Markou                                  Kalamazoo County
Kalamazoo MI                                           May 4th, 2023
By Dr. Karl Reich