# Exhibit #"

STATE OF ILLINOIS
PAT QUINN, GOVERNOR

# PRISONER REVIEW BOARD

Adam P. Monreal, Chairman

March 18, 2015

Christopher Tompkins
Attorney at Law
353 N Clark Street
Chicago, IL 60654

        RE: Johnny Savory
           E.C. 32682, 04/2015

Dear Mr. Tompkins:

This is to advise that under date of 1/12/2015, Governor Pat Quinn granted the above-named a Pardon and Expungement Order for the crime of Bring/Poss Contraband in Penal Institution; Murder/Intent to Kill/Injure, Case: 93CF122; 77CF565 committed in Knox; Peoria County, Illinois.

YOU MUST PURSUE THE EXPUNGEMENT ORDER THROUGH THE CIRCUIT COURT. YOU MUST CONTACT THE CIRCUIT COURT AND MAKE AN APPOINTMENT TO APPEAR BEFORE A JUDGE TO OBTAIN THE EXPUNGEMENT.

The Pardon and Expungement certificate and a receipt are enclosed. Please have Mr. Savory sign the receipt and return it to our office for the official record.

                              Sincerely,

                              Adam Monreal
                              Chairman

Cc:    File
        Circuit Clerk: Knox; Peoria
        State's Attorney: Knox; Peoria



**State of Illinois**
**Executive Department**

TO: Circuit Clerk, Peoria County, Circuit Court of Peoria County, Illinois; Circuit Clerk, Knox County, Circuit Court of Knox County, Illinois:

Whereas, **JOHNNY L. SAVORY (SID: 23061880)** was convicted of the crime of **Murder/Intent to Kill/Injure; Bring/Poss Contraband in Penal Institution, Case: 77CF565; 93CF122** in the **Circuit; Circuit** Court of **Peoria; Knox** County and was sentenced **June 12, 1981; September 21, 1994** to **40 to 80 Years IDOC; 2 Years IDOC (cc)**,

Whereas, it has been represented to me that **JOHNNY L. SAVORY (SID: 23061880)** is a fit and proper subject to Executive Clemency.

Now, Know Ye, that I, PAT QUINN, Governor of the State of Illinois, by virtue of the authority vested in me by the Constitution of the State, do by these presents:

### PARDON

### JOHNNY L. SAVORY (SID: 23061880)

of the said crime of which convicted, and **JOHNNY L. SAVORY (SID: 23061880)** is hereby acquitted and discharged of and from all further imprisonment and restored to all the rights of citizenship which may have been forfeited by the conviction.

**Grant Pardon With Order Permitting Expungement Under The Provisions Of 20 ILCS 2630/5.2(e), Excluding The Right To Ship, Transport, Possess, or Receive Firearms, Which May Have Been Forfeited By The Conviction.**

**DATED: January 12, 2015**

_____
PAT QUINN
GOVERNOR

By the Governor:

_____
JESSE WHITE
SECRETARY OF STATE

PARDON RECEIPT

A **PARDON** was issued by the Governor on **January 12, 2015,** to **JOHNNY L. SAVORY (SID: 23061880)**, who was convicted of the crime of **Murder/Intent to Kill/Injure; Bring/Poss Contraband in Penal Institution, Case: 77CF565; 93CF122** in the **Circuit; Circuit** Court of **Peoria; Knox** County and was sentenced **June 12, 1981; September 21, 1994** to **40 to 80 Years IDOC; 2 Years IDOC (cc)**.

The **PARDON** certificate was delivered to and received by **JOHNNY L. SAVORY (SID: 23061880)** on _____, _____.

_____
S/ JOHNNY L. SAVORY (SID: 23061880)

Return to:
Prisoner Review Board
Suite A
319 East Madison Street
Springfield, Illinois 62701