# Exhibit ##

# SUPPLEMENTARY REPORT – / PEORIA POLICE DEPARTMENT
## CONTINUATION SHEET

Page 1 of 1 Pages 97-01588

| NO. | OFFENSE CLASSIFICATION | SEC.A | SEC.B | SEC.C | SEC.D | SEC.E | NAME AND/OR ALIAS | ADDRESS | PHONE(S) | D.O.B./AGE |
|---|---|---|---|---|---|---|---|---|---|---|
| | MURDER B | | | | | | | INC. CODE 0112 | DATE 1-18-76 | |
| 1 | | C/P | O | S | M/N | na | Douglas, William E. | 3033 W. Garden St. Peoria | 637-1591 | REDACTED |
| 2 | | V | K | unk | F/N | an | Cooper, Connie L. | 3033 W. Garden St. Peoria | 637-1591 | 19yrs. |
| 3 | | V | K | unk | M/N | na | Robison, James | 3033 W. Garden St. Peoria | 637-1591 | 14yrs. |

**NARRATIVE:** This Sgt. arrived at 3033 W. Garden St. Peoria a few seconds after Officer Perkins had arrived. Officer Perkins # #1 Douglas was inside the front door when I arrived. I also noticed a vehicle in the driveway with two black females and a small baby in the car. Upon entering the house Officer Perkins said the victim's #2 & #3 were in the bedroom. This Sgt. with Officer Perkins went into the back bedroom without disturbing anything and I observed the two victim's laying on the floor. Both victim's appeared to be dead and had stab wounds and blood on them. I instructed Officer Perkin's to check them for a pulse and he said that he had and that they were both cold and deceased. At this time I went back to the living room and #1 was on the phone. #1 hung the phone up and I asked him his relationship to the victim's. #1 Douglas, said that he was their step-father. #1 futher said that he and his wife had left the house for work about 0630A.M. and had just arrived home. He said that they thought something was wrong when they found the garage door unlocked and that he had entered the house this way and found the kids in the back bedroom. I asked #1 the victim's age's and he said #2 was 19yrs. and #2 was 14yrs. After calling the station for the detectives, lab and accident car I had #1 remove a German Shepard

REPORTING OFFICER: Sgt. J. Voegele #152  DIVISION 410  CAR NO. 2A2K

PEORIA_SAVORY 21

dog from the kitchen. #1 put the dog in the garage and came back into the living room. I asked #1 if the dog would bite a stranger and he said that if someone was in the house that wasn't suppose to be that the dog would bite them, therefore who ever had been in the house must have known the kids.  Officer Schmidt arrived and was told to secure the front door and take names of Officer's who entered.  Officer Perkin's was instructed to go to the vehicle with #1 Douglas and try and calm the mother of the victim's and get necessary information. #1 Douglas also said that he had been on the phone to Park's Mortuary and something to the effect that he worked there and they were to pick up the victim's..#1 Douglas seemed slightly upset, but was not real emotional or excited. Lt. Stenson arrived and secured the outside with additional officers. When the ambulance personnel arrived, shortly after my arrival, I had them check the victim's without disturbing anything. They checked and reported that both victim's had been deceased for seferal hours. See additional reports for futher information.....It should be noted that nothing was disturbed in the house before detectives arrived except for the phone in living room, and german shepard removed to garage.. Crime scene was turned over to Det. Cannon when he arrived...