Exhibit 14

OFFICE OF

# CORONER

OF PEORIA COUNTY

Form F4—5M—3-1-76

Peoria, Illinois,_____February 3, 1977_____

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE COOPER _____, deceased;

WILLIAM DOUGLAS _____, after being duly sworn, testifies as follows:

Q.   Would you please state your name, address and occupation?

A.   William Douglas, 1417 West Martin, Peoria, Illinois; I work
     part-time at T. W. Parks Funeral Home.

Q.   Mr. Douglas, I have asked you to verify the family history in
     regards to both individuals due to the condition of their mother
     and you were their step-father, and then we will continue on with
     the rest of your testimony.  Would you please verify the following
     information in regards to Connie Cooper.  That is her correct name?

A.   Connie Lee.

Q.   Connie Lee?  Her home address is 3033 Garden Street in Peoria, Illinois.

A.   Correct.

Q.   And to the best of your knowledge, she was pronounced dead at her
     residence by the Coroner of Peoria County at 5:02 P.M. January 18th,
     1977?

A.   Correct.

Q.   And to the best of your knowledge, her date of birth is ▮REDACTED▮
     ▮REDACTED▮ she was 18 years of age at the time of her death?

A.   19.

Q.   She was 19?

A.   Yeah.

Q.   Then she was born in --

A.   She was born in ▮REDACTED▮ I believe.

Q.   It's ▮REDACTED▮ All right.  We'll make the correction.  Thank you.  She
     had never married?

A.   No.

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Form F4—5M—3-1-76

62

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER _____, deceased;

WILLIAM DOUGLAS _____, after being duly sworn, testifies as follows:

A.   Yes.

Q.   And she was born in the state of Georgia?

A.   Correct.

Q.   Her father's name is unavailable?

A.   Correct.

Q.   Her mother's name is Noya - N-o-y-a- -- is it Noyalee, one word?

A.   (Mrs. Robinson):  Yes.

Q.   It's N-o-y-a-l-e-e?

A.   (Mrs. Robinson):  Yes.

Q.   Middle initial "A", and your maiden name is Cooper?

A.   (Mrs. Robinson):  Yes.

Q.   All right.  And it was the wish of the family that the T. W. Parks
                      in Peoria
     Colonial Chapel/have charge of the funeral arrangements?

A.   (Mr. Douglas):  Yes.

Q.   And the burial took place on January 24th, 1977, at the Springdale

     Cemetery located in the City and County of Peoria, and the State

     of Illinois?

A.   Correct.

Q.   Now, I would ask you to verify the family history in regards to

     James Robinson.  Did he have a middle initial?

A.   James William Robinson.

Q.   His correct name is James William Robinson.  All right.  His home

     address is 3033 Garden Street, Peoria, Illinois?

A.   Correct.

Q.   He was pronounced dead at the residence at 3:09 P.M. January 18th, 1977,

PEORIA SAVORY 13111

Form F4—5M—3-1-76        62

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Peoria, Illinois,_____ February 3, 1977____

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR. _____, deceased;

WILLIAM DOUGLAS _____, after being duly sworn, testifies as follows:

A.   No.

Q.   Nor was he ever in the armed services?

A.   No.

Q.   By occupation he was a student in school?

A.   Correct.

Q.   And he was born in the State of Illinois?

A.   Correct.

Q.   His father's name was James W. Robinson?

A.   Correct.

Q.   His mother's name is Noyalee, middle initial "A", and her maiden
     name is Cooper?

A.   Correct.

Q.   And it was the wish of the family that the T. W. Parks Colonial Chapel
     also have charge of his funeral arrangements?

A.   Correct.

Q.   And burial took place on January 24th, 1977, in the Springdale Cemetery
     located in the City and County of Peoria, and State of Illinois.

A.   Correct.

Q.   Now, Mr. Douglas, were you at the residence on Garden, 3033, earlier
     in the morning of January 18th, 1977?

A.   Yes.

Q.   And what time -- were you there all night, or did you arrive early
     in the morning?

A.   I was there all night.

Q.   And did you see or talk with Connie Cooper and James Robinson on that

PEORIA SAVORY 131-12

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Form F4—5M—3-1-76                62

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR. _____, deceased;

WILLIAM DOUGLAS _____, after being duly sworn, testifies as follows:

Q.   (Cont.)  the morning, when you leave?

A.   Yes.

Q.   About quarter after 6:00, you say?

A.   Between quarter after 6:00 and 6:30.

Q.   Now, I believe, also, at the residence was the -- was the young child, William --

A.   Yes.

Q.   -- Cooper?  And, also, the children's mother, Noyalee Cooper -- or Robinson, rather.

A.   Correct.

Q.   Did Mrs. Robinson leave the house with you?

A.   Yes.

Q.   And so you both left about a quarter after 6:00?

A.   Yes.

Q.   Was there any signs of foul play in the house when you left?

A.   No.

Q.   Was there any arguments?  Of any type?

A.   No.

Q.   Was anyone else in the house other than the persons I have already mentioned?

A.   No.

Q.   And I believe there was a police dog there?

A.   Correct.   And a cat.

Q.   And a cat.  All right.  Okey.  Now, would you -- when you and Mrs. Robinson left the house, did either one of you take any keys to the

PEORIA SAVORY 13113

Form F4—5M—3-1-76

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Peoria, Illinois,_____February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR._____, deceased;

WILLIAM DOUGLAS_____, after being duly sworn, testifies as follows:

Q. Was the front door locked when you left?

A. Yes.

Q. Now, do you know where the persons involved were, when you left the house? Connie Cooper and James Robinson?

A. I knew where they were sleeping at.

Q. Yes, where were they sleeping?

A. Connie was in the one bedroom off/the bathroom and James was in the back bedroom off the kitchen.

Q. Okey. All right, now, I believe you did not return to the house nor did the children's mother until later in the afternoon, is that correct?

A. Correct.

Q. Did you at any time during the day have any conversation with either Connie Cooper or James Robinson?

A. No.

Q. And what time did you arrive back at the house?

A. Approximately 4:30 that evening.

Q. All right, now, when you arrived, would you please tell the Coroner's Jury and others present in the Courtroom, the circumstances when you arrived at the house and what you did, please?

A. Well, we got out of the car and went to the front door, and Noya knocked on the door and got no answer. She looked in and seen, you know, the house was sort of messed up and everything. So I took -- I had my key in my hand and I tapped on the window thinking maybe Connie was alseep.

Q. You looked through the door window?

PEORIA_SAVORY 13114

Form F4—5M—3-1-76

OFFICE OF

# CORONER

OF PEORIA COUNTY

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR. _____, deceased;

WILLIAM DOUGLAS _____, after being duly sworn, testifies as follows:

Q.    And that door is in the front of the house?

A.    Right.  The garage door is.

Q.    But you did not go in the back door of the house?

A.    No.

Q.    Okey.

A.    We went in and we got in the kitchen and she said, "Scopey hasn't
taken the garbage out yet."

Q.    Who is "Scopey"?

A.    That's James' nick-name.

Q.    Would you spell that name?

A.    S-c-o-p-e-y.

Q.    Okey. Thank you.

A.    And she says, "Scopey hasn't taken the garbage out yet." So, we went
on into the kitchen and she says, "What's all this on the floor?"  The
kitchen floor.  So, I went on in through/the living room and the 'phone
was half-way off the hook.  I put that back on the hook.  Went to the
bedroom door and opened it and --

Q.    And you found the two children?

A.    Correct.

Q.    The door was closed to the bedroom?

A.    Yes, it was.

Q.    And there were no signs of life, is that correct?

A.    I didn't go inside the room, but from standing outside, there didn't
seem to be any.

Q.    And you were by yourself when you --

PEORIA_SAVORY 13115

Form F4—5M—3-1-76

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR._____, deceased;

WILLIAM DOUGLAS_____, after being duly sworn, testifies as follows:

A.   Like crackers had been, you know?  Out and on the floor -- you know?

Q.   A box of regular crackers?

A.   Crackers, uh-huh.

Q.   All right.  Then, what did you do after you -- after you --

A.   I don't know what I said, but Noya come running to the door and I
     closed the bedroom door to keep her from seein' it and I grabbed her
     and by that time, I heard my grandson called my name, and I opened the
     other bedroom door and picked him up and carried him into the livin'
     room, and I tried the 'phone in the kitchen and I couldn't get any-
     thing but a -- you know -- a clickin' sound sort of noise, and I
     went in the living room and it was the same, so that's when I put --
     kept Noya and the baby in the car and started the motor up and went
     next door and Mr. Adair, hisself, called the police.

Q.   Where was the dog in the house when you arrived?

A.   He was walkin' around in the livin' room, when we arrived.

Q.   All right.

A.   We could see him in -- from the outside.

Q.   There was no one else in the house other than the two deceased individuals
     and the baby, right?

A.   Right.

Q.   (To the Jury):  Are there any questions by the Jury?

     (Jury):  None.

Q.   Do you know whether or not either of the children have had any diffi-
     culty with anyone recently?

A.   Not to my knowledge, no.

PEORIA_SAVORY 13116

Form F4—5M—3-1-76    62

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Peoria, Illinois,_____February 3, 1977____

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR._____, deceased;

WILLIAM DOUGLAS_____, after being duly sworn, testifies as follows:

Q.   What kind of a sweeper is it?  An upright or --

A.   No, it's a --

Q.   Like an Electrolux?

A.   It was a Electrolux.

Q.   Okey.

A.   And the T-V was off of its regular table sitting on the floor

Q.   What kind of a T-V?  A big television or a small one?

A.   No, a small one.  A/portable T-V.
     small

Q.   Was it plugged in when you left?

A.   Yes, I am pretty sure it was.

Q.   How was it when you arrived?  Later?

A.   I didn't look to see if it was plugged in or anything.  It was just --
     it was on the floor off the table.  And the key -- well, the 'phone was
     ajar and the key, which was on the little stand where the telephone is,
     was on the floor.

Q.   That's the key for the front door?

A.   Correct.  The front door of the garage, I believe.  And a half pint
     bottle of J-B, which I had the night before, was sittin' next the chair
     by the 'phone was on the table where the T-V sits at.

Q.   All right, now, that liquor was yours?

A.   Correct.

Q.   And it was in the house?

A.   Right.

Q.   Would you have any idea why anyone would want to do such a horrible
     thing to the children, that did take place?  **PEORIA_SAVORY 13117**

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Form F4—5M—3-1-76          62

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR. _____, deceased;

WILLIAM DOUGLAS _____, after being duly sworn, testifies as follows:

Q.  Is there anything else you could tell us?

A.  No, that is all.  I don't think so.  Nothing that I can think of.

Q.  All right.  I believe, if there is nothing else, that will be all.
Thank you very much.  You may step down.

PEORIA_SAVORY 13118