# Exhibit 1'

# SUPPLEMENTARY REPORT — CONTINUATION SHEET / PEORIA POLICE DEPARTMENT

**Page** 1 of 1 **Pages** **INCIDENT NO.** 77-05188

| OFFENSE CLASSIFICATION | INC. CODE | DATE OF THIS REPORT | CLASSIFICATION CHANGE NEEDED | INCIDENT CODE CHANGE FROM / TO | REL. CASE NO.'S |
|---|---|---|---|---|---|
| MURDER B | 0112 | 1/22/77 | X | | |

| NO. | SEC.A | SEC.B | SEC.C | SEC.D | SEC.E | NAME AND/OR ALIAS | ADDRESS | PHONE(S) | REDACTED | S.S., D.L. NO., ETC. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C/P | O | S | M/N | N/A | DOUGLAS, WILLIAM E. | 3033 W. GARDEN | RES/BUS 637-1519 | REDACTED | UNK |
| 2 | O | O | S | F/W | N/A | SCHWARK, SUSAN K. | 3034 W. GARDEN | 637-9756 | UNK | UNK |
| N/A | | | | | | | | | | |

**NARRATIVE:**

1130 HRS. THIS OFFICER REINTERVIEWED MRS. SCHWARK AND THE OTHER THREE MEMBERS OF THE FAMILY, THIS BEING THE FATHER A WILLIAM W. SCHWARK SR. TWO SONS RICHARD, AND WILLIAM, BOTH AGE 11. MRS. SCHWARK AND BOTH OF THE BOYS SAID THAT THEY HAD OBSERVED A B/M COME OUT THE FRONT DOOR OF 3033 W. GARDEN, THIS WAS AT 0840 HRS. 1/18/77 THEY SAID THAT THE B/M WALKED OUT TOWARDS GARDEN AND THEN TURNED AND STARTED WALKING TOWARDS LARMIE. THE ONLY DESCRIPTION THEY COULD GIVE OF THE B/M WAS THAT HE WAS ABOUT 5'10 AND THAT HE HAD ON A BROWN COAT OF SOME KIND. THEY STATED THAT AT THIS TIME THERE WAS NO VEHICLE IN THE DRIVE AT 3033 W. GARDEN. RICHARD AND WILLIAM TOLD THIS OFFICER THAT ON SUNDAY 1/16/77 AT AROUND 2330 to 2345 HRS. THEY HEARD WHAT SOUNDED LIKE FIGHTING COMING FROM THE FRONT YARD OF 3033 W. GARDEN. THEY SAID THAT THE WINDOWS WERE FROSTED AND THAT THEY COULD NOT SEE OUTSIDE. RICHARD AND WILLIAM ALSO SAID THAT THEY HAD BEEN GOOD FRIENDS WITH THE VICTIM JAMES ROBISON. THEY SAID THAT ROBISON HAD TOLD THEM THAT HIS MOTHER NOYAL DOUGLAS, AND HIS STEP-FATHER WILLIAM E. DOUGLAS FOUGHT ALOT AND THAT DOUGLAS ALWAYS MADE HIM GET AWAY FROM HIS MOTHER. THEY ALSO SAID THAT ROBISON TOLD THEM THAT HE HAD BEEN ATTACKED BY A DOG AND THAT HE HAD KILLED THE DOG WITH HIS BUCK KNIFE, ROBISON SAID THAT HIS STEP FATHER LEARNED OF THIS AND TOOK THE BUCK KNIFE AWAY FROM HIM. THIS TOOK PLACE AROUND AUGUST 1976. ALL MEMBERS OF THE FAMILY STATED THAT THEY DIDN'T PAY ANY ATTENTION TO THE VICTIM'S RESIDENCE ON MONDAY NIGHT, THIS BEING 1/17/77.

THE ABOVE IS REFERNCE TO REPORT NUMBER 196      R. NELSON # 707

1245 HRS. THIS OFFICER REINTERVIEWED MR. AND MRS. SCHWINN. I WENT OVER THE EVENTS OF TUESDAY AND THERE WAS NOTHING NEW THAT THEY COULD ADD. I ALSO ASKED THEM IF THEY COULD REMBER ANY THING ABOUT MONDAY NIGHT 1/17/77. BOTH PARTIES SAID THAT THEY DIDN'T PAY ANY ATTENTION TO THE RESIDENCE AT 3033 W. GARDEN.

| CAN OFFENDER BE IDENTIFIED | BY WHOM | REPORTING OFFICER | I.D. NO. | REPORTING OFFICER | I.D. NO. | DIVISION | CAR NO. | SUPERVISOR APPROVING | I.D. NO. |
|---|---|---|---|---|---|---|---|---|---|
| N | | | | R. NELSON | 707 | 410 | T-4 | Sgt. W. Miller | 155 |