# Exhibit 1(

| NO. | SEC. A | SEC. B | SEC. C | SEC. D | SEC. E | NAME AND/OR ALIAS | ADDRESS | PHONE(S) RES./BUS. | D.O.B./AGE | S.S., D.L. NO., ETC. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C/W | O | O | W/F | N/A | Schwark, Susan UNK | 3034 W Garden | 637-9756 | 30 | UNK |
| 2 | S | UNK | | N/M | N/A | UNK | UNK | UNK | UNK | UNK |
| 3 | O | O | S | W/M | N/A | Atkinson, William | 2910 W. Malone | 637-8034 | UNK | UNK |

OFFENSE CLASSIFICATION: Murder "B"
DATE OF THIS REPORT: 1-20-77

| NO. | HGT. | WGT. | HAIR | EYES | GLASSES | COMPLEXION | PANTS/SKIRT | SHIRT/BLOUSE | COAT | HAT/CAP | IDENTIFIABLE PHYSICAL CHARACTERISTICS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNKm | UNK | UNK | UNK |

V.I.N. NO.: N/A
TYPE PROPERTY: N/A
LAB: N/A

**NARRATIVE:**

#1 stated that at approximatley 0840 Hrs, 1-18-77, as she was leaving her residence at 3034 W. Garden, she observed a B/M coming out of the house at 3033 W Garden. #1 Schwark stated that she was getting on a City Bus at this time. She did not pay any attention to the man, and felt that it was someone whom she had seen there before. She did note that the dog at 3033 W. Garden, usually vicious with strangers was not barking (uncommon).

#1 did not notice anything descriptive about this man as mentioned prior.

She stated that the driver of the bus that she was getting on could have also noticed the man. At this time, a bus came around the corner and this officer stopped it. The driver of the bus, Bill, stated that he remembered picking up the woman, #1 Schwark, but did not notice anyone coming out of the house at 3033 W. Garden. There were two passengers on the bus who were riding on this same bus and time. They saw nothing.

The passenger's names are included on the traffic canvass sheet.

#3 Atkinson is the City Bus driver which #1 Schwark mentioned.

*TRAFFIC CANVASS SHEETS 103.*
*104.*

REPORTING OFFICER: L. L. Layman — I.D. NO. 741 — DIVISION 410 — CAR NO. C-9 — SUPERVISOR APPROVING: Sgt. Gray — 162

PEORIA_SAVORY 100