Exhibit 1)

1:23-cv-01004-CRL-JEH # 318-17 Filed: 04/22/24 Page 2 of 5

| OFFENSE CLASSIFICATION | INC. CODE | DATE OF THIS REPORT | CLASSIFICATION CHANGE NEEDED | INCIDENT CODE CHANGE FROM / TO | REL. CASE NO'S |
|---|---|---|---|---|---|
| MURDER "B" | 0112 | 1-20-77 | Y N U | | |

| NO | SEC.A | SEC.B | SEC.C | SEC.D | SEC.E | NAME AND/OR ALIAS | ADDRESS | PHONE(S) RES/BUS | D.O.B. | S.S., D.L. NO., ETC. | REF. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C/V | | | | | COOPER, Connie L. | 3033 W. Garden | | | | |
| 2 | V | | | | | ROBINSON, James W. | 3033 W. Garden | | | | |
| 3 | O | NA | NA | W/M | NA | DENNIS, Leslie L. | 910 W. Armstrong | 688-4515 | REDACTED | | |

SEC. A: A—Arrested.  B—Business, Firm, Agency.  C—Complainant  T—Bartender  M—Missing, Runaway  P—Parent, Guardian  S—Suspect.  V—Victim  W—Witness  O—Other (Narr.)
SEC. B: K—Dead Before Report  O—No Indication of Injury  A—Bleeding, Carried from Scene  B—Visible Injury  C—No Visible Injury, Momentary Unconscious, Complain of Pain
SEC. C: S—Sober  D—Been Drinking  I—Intoxicated/Under Influence  O—Other (Describe in Narr.)
SEC. D: M—Male  F—Female  X—Unknown / W—White  N—Negro  M—Mexican  J—Japanese  I—Indian  P—Puerto Rican  C—Chinese  O—Other
SEC. E: POL—On Duty Police  OD—Off Duty Police

NARRATIVE:

1615 hours — Per instructions from Sgt. Tiarks this officer went to the Pat Adair Motors which is located at 3039 W. Garden Street and interviewed the employees of that business concerning their observations on 1-18-77.

Leslie L. Dennis stated that he arrived for work at approximately 0800 hours on 1-18-77 and was in and out of the business the majority of the day. Mr. Dennis stated that he did not observe anything unusual around 3033 W. Garden that date nor has he observed anything unusual in the past.

John E. Nizzia, Sr. stated that he arrived for work at approximately 0800 hours and did not observe anything unusual around 3033 W. Garden  Mr. Nizzia stated that he was one of the employees who accompanied the victim's stepfather into the dwelling prior to the police arrival and that he was the person responsible for picking up the telephone receiver which was laying next to the victim, Connie Cooper, and placed it back on the hook. John E. Nizzia, Jr. stated that he arrived for work at approximately 0900 hours on 1-18-77. Mr. Nizzia works on the east end of the Pat Adair building and is able to look out two windows which view the victim's backyard. Approximately twelve feet separate the east end of the Pat Adair building and the west end of the victim's residence at this point. Mr. Nizzia stated that when he arrived for work that the victim's German shepherd was not tied in the back yard as was the usual custom. He stated that he does not recall a single instance when he has arrived for work and has not observed the German shepherd tied to one of the two clothesline poles located in the backyard of the victims' residence. Mr. Nizzia further stated that it was a practice of the victim, James Robinson, to play a stereo or a tape deck every day around 11 or 12 o'clock. He stated that this music was always turned up loudly and it was easy for him to hear it in his work area. Other than the things previously mentioned Mr. Nizzia stated that he did not hear or see anything unusual around the victims' residence on

| CAN OFFENDER BE IDENTIFIED | BY WHOM | REPORTING OFFICER (PRINT, TYPE) | I.D. NO. | REPORTING OFFICER (PRINT, TYPE) | I.D. NO. | DIVISION | CAR NO. | DIST. | SUPERVISOR APPROVING | I.D. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| Y N | | | | J. BLACK | 638 | 431 | | | | |

SIGNATURE: James R. Black

Page 2 of 3 Pages NARRATIVE:
1:23-cv-01184-CRL-JEH #318-17 Filed: 04/22/24 Page 3 of 3
FIELD COMMUNICATIONS  HRS.
☐ Flash Message
☐ LEADS/NCIC Inquiry
☐ LEADS/NCIC Entry
☐ License Inquiry
☐ Inter-Dept. Requests
☐ Other Communication
☐ Cancellation Made

ATTACH PROPERTY TAG HERE

1-18-77.. This officer asked Mr. Nizzia if he had ever seen any vehicle around the victims' residence and he replied that on several occasions he has seen a '67 or '68 black Cougar and a '73 or '74 green Chevrolet Malibu.

John H. Ingle stated that on 1-18-77 that he reported for work at approximately 0910 to 0930 hours. Mr. Ingle stated that while he was at his place of employment that he did not observe or hear anything unusual around 3033 W. Garden nor has he observed anything unusual in the past at that residence.

Ronald G. Barnewolt stated that he arrived for work at approximately 1000 hours on 1-18-77. While at his place of employment he did not observe or hear anything unusual around 3033 W. Garden. Mr. Barnewolt further stated that he has not heard or observed anything unusual in the past at that residence.

Larry E. Rudloff stated that he reported for work at approximately 1000 hours on 1-18-77 and left the business at approximately 1300 hours on that date. Mr. Rudloff stated that the reason he left at 1300 hours was because Mr. Adair did not have any work for him that day. Mr. Rudloff stated that he did not observe anything unusual around 3033 W. Garden on 1-18-77 nor has he observed anything unusual in the past around that residence.

1635 hours, 1-20-77

This officer went to the Laramie Gardens Tavern located at 1039 Laramie and interviewed the bartender, Nancy L. Belk, regarding her knowledge of this incident. Mrs. Belk stated that she did not observe anything unusual around 3033 W. Garden on the day of this incident and was not aware that anything had happened until she observed several police cars at that address. This officer asked Mrs. Belk if any black males had been in her business on the day of this incident and she replied that to the best of her memory she did not have any black customers at all on 1-18-77.

**INVESTIGATION PENDING**