# Exhibit 19

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Form F4—5M—3-1-76                    62

Peoria, Illinois,_____ February 3, 1977_____

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR. _____, deceased;

GLEN PERKINS _____, after being duly sworn, testifies as follows:

Q.  Would you please state your name, your address and your occupation?

A.  Glen Perkins; I live at [REDACTED]                    Police Officer, City
    of Peoria.

Q.  How did you learn of an incident that took place  at 3033 Garden Street
    on January 18th, 1977?

A.  By radio, I was dispatched to that location on the report of two (2)
    children being bloody and possible trouble there.

Q.  And do you remember about what time you received the call?

A.  I believe it was approximately 4:35 P.M.

Q.  Okey.  And you arrived within a matter of minutes, is that correct?

A.  I arrived approximately 4:41 P.M.

Q.  All right.  Would you please tell the Jury and others present what you
    found upon your arrival; any persons that you talked with and what your
    conversation was, please?

A.  Just before I arrived the dispatcher -- the radio dispatcher --
    had changed the disposition of the call to two (2) bodies being found.
    I pulled up to the front driveway and I met Mr. Douglas, who took me
    inside the house and directed me to a rear bedroom where I found the
    bodies of children, Connie Cooper and James Robinson, lying on the
    floor in the rear bedroom.

Q.  And then what did you do after that?

A.  I went to each of the children, checked for pulse, found none, bodies
    were cold.  I called Sgt. Voegele -- well, Sgt. Voegele had arrived by
    then and I called for the Coroner and other police personnel.

Q.  All right.  Now upon entering the front doo**PEORIA SAVORY-13122**'s

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Form F4—5M—3-1-76                                                    62

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR. _____, deceased;

GLEN PERKINS _____, after being duly sworn, testifies as follows:

Q.  What was the position of the bodies in reference to each other and
    in reference to the furniture in the bedroom?

A.  The body of James Robinson was **immed**iately to the right, in front of
    the bed, as you entered the bedroom, and the body of Connie Cooper was
    to my left against the wall as I entered the bedroom.

Q.  All right.  I might clarify what you said that the body of James
    Robinson was to your right, and not to the right of the bed.  He was
    at the foot of the bed, I believe.

A.  At the foot of the bed, yes.

Q.  Okey.  Did you notice any -- any weapons of any type -- any knives or
    guns or anything?

A.  No, sir.

Q.  Is there anything -- in conversation that you had with either Mrs.
    Robinson or Mr. Douglas, that you haven't stated already, that you
    could tell us?

A.  I didn't have any conversation with Mrs. Douglas; she was very upset
    and hysterical.  I couldn't get any information from her.  I talked
    with Mr. Douglas, who gave me information as to the time they had
    left that morning, and the time -- approximate time -- that they had
    arrived back that night and the problem with the door -- the front door --
    being locked and told me that they had thought something was wrong
    because the T-V was on the floor and the door was locked and no one
    answered the door and they entered the house from the garage.

Q.  Was there any sign of forced entry into the house that you noticed?

A.  Not that I noticed.

PEORIA_SAVORY 13123

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Form F4—5M—3-1-76                    62

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE  LEE COOPER AND JAMES W. ROBINSON, JR._____, deceased;

GLEN PERKINS _____, after being duly sworn, testifies as follows:

Q.   (Cont.)  individuals and the -- the dog -- was he still in the house?

A.   I believe the dog was in the house.  I saw the dog later.  I --

Q.   Did the dog act in any vicious manner when you went into the house?

A.   Initially, I didn't see the dog.  I was on my way out of the house
     when I saw the dog and he was not vicious at that time.

Q.   Did you notice any signs of blood or **anything** outside of the bedroom
     or yourself?

A.   No, I didn't notice any outside the bedroom.

Q.   The bedroom where the children were found, to clarify that.  Did you
     notice -- you didn't notice any blood outside the house in the snow
     or anything?

A.   No, I did not.

Q.   Were you personally acquainted with either the two individuals involved?

A. No, I wasn't

Q.   Have you ever been called to this residence before?

A.   No.

Q.   Is there anything else that you could add?

A.   No.

Q.   (To the Jury):  Are there any other questions by the Jury?
     (Jury):  None.

Q.   All right.  I believe, if there is nothing else, that will be all.
     Thank you very much.  You may step down.

PEORIA_SAVORY 13124

OFFICE OF

# CORONER

OF PEORIA COUNTY

Form F4—5M—3-1-76

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR. _____, deceased;

JOHN FIERS _____, after being duly sworn, testifies as follows:

Q.   Would you please state your name, your address and your occupation?

A.   My name is John Fiers, I live at [REDACTED] I am employed
     by the Peoria Police Department.

Q.   Officer Fiers, how were you notified to go to the scene of the sus-
     pected double homicide at 3033 West Garden  Street on January the
     18th, 1977?

A.   At approximately 5:00 P.M. on that date, I was in Court at the Court-
     house, here and I was notified by a Bailiff that I was wanted on the
     police radio in regards to an incident that had happened.  I then
     went to my police radio; contacted the Peoria Police operator and, at
     that time, I was informed of the double homicide at 3033 West Garden,
     and I was requested to respond to that location.

Q.   Would you please tell the Jury and others present what the circumstances
     were when you arrived and the part that you took in the investigation
     whether or not your investigation is completed, and I'll try not to
     interrupt you with any questions.

A.   I arrived at approximately fifteen minutes later after being notified.
     Upon my arrival, I observed/the Peoria County Coroner, Herbert Buzbee,
     was present and I subsequently learned that he had pronounced both
     Connie Cooper and James Robinson deceased.  Immediately prior to
     entering the residence, I met with Officer Cannon, who works with me
     out of the Detective Bureau with the Violent Crime Unit.  Officer Cannon
     informed me of information that he had obtained at that point.  I then
     entered the front door of the residence with Officer Cannon.  I noticed on
     the front door, there was a area around the **REORIA SAVORY 13125** in

Form F4—5M—3-1-76

**OFFICE OF**

# CORONER

OF PEORIA COUNTY

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR._____, deceased;

JOHN FIERS_____, after being duly sworn, testifies as follows:

A.   (Cont.) I was then informed by Officer Cannon that the two (2)
deceased were in the back bedroom. I walked back there, stepped
approximately a foot inside the bedroom, looked in, at that time,
Officer Jatkowski of our Lab Division was present, examining the
bodies and gathering physical evidence and photographing the crime
scene. I then came back out **went** back into the living room where I
started making notes and drawings of the interior of the residence,
starting with the kitchen, the living room, the small bedroom off
of the kitchen, and subsequently, went back into the bedroom after
Officer Jatkowski had photographed the crime scene, and made notes
there, also. The only thing unusual in the kitchen of the residence
was on the floor. There was crackers, a can of Crisco. The crackers
some had been removed from the package and were scattered and crumbled
up all over on the floor. I noticed that the dishes had been clean
and were on a rack on the counter. I noticed that there were three
(3) glasses in the sink. I didn't notice **anything** else unusual in
the kitchen. I then went through the living room a little more care-
fully and we observed that the small table next to a chair along the
north wall of the living room was cracked at the base. I noticed that
there was a small bottle of fingernail polish laying at the base of
this table. There were other notes made by myself at the time in
regards to every piece of paper that was there; the number of cigarette
butts in ash trays, the brand, if it could be determined. I didn't
notice anything else really unusual in the living room. I then pro-
ceeded towards the hallway, which is off bet**PEORIA SAVORY 13126** going

PEORIA SAVORY 13126

OFFICE OF

# CORONER

OF PEORIA COUNTY

Form F4—5M—3·1·76

62

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR. _____, deceased;

JOHN FIERS _____, after being duly sworn, testifies as follows:

A.    (Cont.):  to be blood in the residence other than in the back bedroom,
which would be the northeast bedroom of the residence.  I then entered
the front bedroom, noticed that there was no furniture in there, es-
pecially for sleeping.  There were a few small chairs in there and
nothing unusual in the front bedroom.  I then entered the northeast
back bedroom where the two people were found and along with Officer
Cannon and Officer Jatkowski and other Lab personnel, we went through
the crime scene, the bedroom area, making notes and measurements --
dimensions of the room, of the bed, of the dresser.  As previously
stated by Officer Perkins, immediately entering this bedroom, there
is a dresser and between the dresser and the bed, which was located
on the north wall, between the bed and the dresser was the body of
James Robinson.  He was laying on his back, his upper extremities, his
arms were in a raised position.  Almost shoulder level.  He appeared to
have multiple stab wounds in his chest area and abdomen.  Upon observing
him, there was, in my opinion, no signs of life.  I observed Connie
Cooper, also, lying on the floor, however, she was, upon entering the
bedroom, she would have been to the left on the -- along the west wall
between the wall and the bed.  She, also, was laying on her back, with
her arms extended.  She, also, had what appeared to be multiple stab
wounds to her chest and a severe laceration to her abdomen with bowel
protruding.  I, also, noted that she had the lacerations on her hands
which were indicated to myself and other police personnel, that they
very possibly could have been defense wounds.  There/a large amount of
was
blood in the bed.  All the items on the bed, the sheets, the bedspread

PEORIA·SAVORY 13127

OFFICE OF

# CORONER

OF PEORIA COUNTY

Form F4—5M—3-1-76

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR._____, deceased;

JOHN FIERS _____, after being duly sworn, testifies as follows:

A.  That is correct.

Q.  And the investigation, is it still continuing?

A.  Yes, sir, it is.

Q.  The house itself showed that both deceased individuals were not, to the best of your knowledge, stabbed in any other room, other than the room that they were found, is that correct?

A.  That would be my opinion from observing the crime scene, and what evidence that was present, it appears that way.

Q.  In your conversations with anyone, there were no witnesses to this incident that occurred?

A.  To my knowledge, no.

Q.  And I believe, through the efforts of the Violent Crime Unit, and all -- a tremendous amount of police, that the investigation culminated approximately a week ago -- not completely, but brought forth an alleged suspect, is that correct?

A.  That is correct.

Q.  And this information, we'll get from Officer Brown in her testimony. Is there anything else that you could add to your testimony?

A.  No, sir.

Q.  (To the Jury):  Are there any questions by the Jury?
    (jury):  None.

Q.  Have you ever gone to this residence before for any reason?

A.  No, sir, I have not.

Q.  Were you personally acquainted with either of the individuals?

A.  No, sir.

PEORIA_SAVORY 13128

OFFICE OF

# CORONER

OF PEORIA COUNTY

Form F4—5M—3-1-76

 62

Peoria, Illinois,_____ February 3, 1977

EVIDENCE given at the Coroner's Inquest on the body of

CONNIE LEE COOPER AND JAMES W. ROBINSON, JR._____, deceased;

JOHN FIERS_____, after being duly sworn, testifies as follows:

Q.   In your opinion, would you say that possibly whoever did this could
     have known the two individuals?

A.   Was your question, "Could have known"?  I think very possibly they
     could have known from what was learned at the crime scene, yes.

Q.   The testimony that was obtained from Mrs. Robinson and Mr. Douglas,
     does that concur with what the statements that have been taken and
     the interviews given?

A.   Yes, sir.

Q.   All right.  I believe, if there is nothing else, that will be all.
     Thank you very much.

PEORIA_SAVORY 13129