# Exhibit S

| OFFENSE CLASSIFICATION | INC. CODE | DATE OF THIS REPORT | CLASSIFICATION Y N U | INCIDENT CODE CHANGE |
|---|---|---|---|---|
| MURDER B | 0112 | 1-18-77 (Tuesday) | CHANGE NEEDED | FROM / TO |

| NO. | SEC.A | SEC.B | SEC.C | SEC.D | SEC.E | NAME AND/OR ALIAS | ADDRESS | PHONE | D.O.B. | SS. etc. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C/V | | | | | COOPER, Connie L. | 3033 W. Garden | | | |
| 2 | V | | | | | ROBINSON, James W. | 3033 W. Garden | | | |

**NARRATIVE:**

1705 hrs. 1-18-77
At the above time this officer was notified by Sgt. Hank Taylor that Sgt. Gillespie wanted this officer on Channel 3. At the above time this officer was at the Peoria County Court House in Court Rm. C. This officer exited the court room and went to channel 3 and was notified by Sgt. Gillespie to go to 3033 W. Garden in regards to a double homicide. Due to the fact this officer did not have a vehicle Off. Earl Hopkins arrived at the court house and transported this officer to 3033 W. Garden.

1720 hrs.
At the above time this officer arrived at the scene and met with Off. Cannon and Det. Buck. At 1722 hrs. Sgt. Tiarks arrived and we were briefed by Off. Cannon on information obtained at that point in the investigation.

This officer observed that Coroner Buzbee was at the scene upon my arrival. Coroner Buzbee informed me that he pronounced the black female dead at 1702 hrs. Coroner Buzbee informed me that he pronounced the young black male dead at 1703 hrs.

This officer observed a late model Oldsmobile bearing 1976 Ill. NP9715 black over blue convertible in the drive-way. This vehicle was facing the single garage attached to the residence. The residence is a brick home, single family dwelling with no basement.

This officer along with Off. Cannon then entered the front door of the residence at 3033 W. Garden. Upon opening the screen door Off. Cannon pointed out that there is a tear in the screen in the area of the door handle. Upon entering the door this officer met with Off. Schmidt who had been assigned to secure the front door. This officer learned that Off. Perkins was the

REPORTING OFFICER: Off. Fiers  I.D. NO. 633  DIVISION 431

ATTACH PROPERTY TAG HERE

☐ Flash Message
☐ LEADS/NCIC Inquiry
☐ LEADS/NCIC Entry
☐ License Inquiry
☐ Inter-Dept. Requests
☐ Other Communication
☐ Cancellation Made

First officer to arrive at the scene was informed that Off. Perkins was to make the original report. See original report by Off. Perkins.

While at the scene this officer noted that the following lab personnel were present and were in the process of examining the crime scene for possible evidence. Lab personnel present were Sgt. Gerontes, Off. Bennett, and Off. Jatkowski.

Off. Chittick of the Traffic Division was present and took photographs of the crime scene. Upon entering the front door of the residence which leads into the living room I observed and made notes on the following items in the living room. Immediately inside the front door on the east wall was a very tall artificial plant, approximately in the middle of the east wall was a small table which had a bottle of J & B scotch which was $1/4$ full. A childs riding toy was pushed up next to this small table. Approximately 2 feet from this small table on the east wall was a small black television set. The television was sitting on the floor with the picture tube facing the east wall. Immediately inside the front door to the left along the south wall of the living room there is a chair with a hassock in front of it. Next to this chair is a double window with draw drapes with nothing in front of it. Along the west side of the living room wall in the southwest corner there is an end table which had a lamp on it, three nicknacks, one ash tray with one Kool cigarette butt in it. Next to this end table along the west wall is a couch, directly in front of the couch is a long coffee table. This officer observed an ash tray on this coffee table. I observed and counted 15 cigarette butts in the ash tray. Several of these cigarette butts I observed the word Kool on them and observed that the other cigarette butts appeared to be similar to the ones with Kool written on them. I also observed two pop tops in the ash tray along with part of a pink tissue paper. I observed the torn top portion of a plastic bag also on this ash tray. Next to this ash tray was a plastic bag which was folded. I observed what appeared to be the base of a cigarette lighter, however the cigarette lighter portion was not in the base of the holder. I observed on the coffee table a pink envelope and a portion of a paper which appeared to be advertisements with red printing and a white back ground. This officer observed on the floor between the coffee table and the couch a piece of paper on the floor from American Color Portraits Inc. At the northend of the couch nearest the entrance-way to the kitchen there is another end table, this end table had a lamp on it, two nicknacks, a blue purse, a brown billfold, t.v. timetab and an ash tray with two cigarette butts in it. The ashtray also contained portions of a pink tissue paper. On the north wall of the living room there is a thermostat and this officer noted that the temperature on the thermostat was 67° and the thermostat was set on 84°. Along the north wall of the living room there is a chair with a small table next to it. On this table there was a green phone, one small ash tray with one cigarette butt in it. This officer noticed that this table appeared to be made of plaster and that this plaster was broken at the base. Directly in front of this small table there was a small bottle of nail hardener. Directly in front of the chair there was a small toy. There are two entrance-ways off the living room, an entrance-way on the northwest corner of the living room leading to the kitchen and an entrance-way on the northeast corner of the living room leading to a hallway.

This officer entered the kitchen and noted the following. The stove was on the east wall, in the corner next to the south wall, the refrigerator is located on the east wall in the corner next to the north wall, between the refrigerator and stove there is a sink next to the refrigerator with a counter extending to the stove. This officer did not observe any items on the stove counter top appeared to be clean with the exception of cracker crumbs. This officer observed three glasses in the sink, one was a red metal glass, one was a small glass similar to a whiskey glass and one was a tall black glass possibly plastic. No other items were in the sink; next to the sink was a stack of dishes that appeared to have been cleaned with a towel over them. Directly in front of the counter top just north of the stove I observed on the floor a small can of Crisco, a box of Saltine crackers with one package removed from the box and was opened. I observed an orange towel laying next to the box of Saltine crackers. In and around these items there were cracker crumbs. Immediately inside the entranceway to the kitchen along the west wall I observed a plastic bag.

SUPERVISOR APPROVING | I.D. NO.

**SUPPLEMENTARY REPORT — / PEORIA POLICE DEPARTMENT**
**CONTINUATION SHEET**

77-01588

| NO. | SEC. A | SEC. B | SEC. C | SEC. D | SEC. E | NAME AND/OR ALIAS | ADDRESS (NO., CITY, STATE, ZIP) | PHONE(S) RES. BUS. | D.O.B. | S.S., D.L. NO., ETC. | REF. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | | | | | | | | | | |

SEC. A: A—Arrested   B—Business, Firm, Agency   C—Complainant   T—Bartender   M—Missing, Runaway   P—Parent, Guardian   S—Suspect   V—Victim   W—Witness   O—Other (Narr.)
SEC. B: K—Dead Before Report   O—No Indication of Injury   A—Bleeding, Carried from Scene   B—Visible Injury   C—No Visible Injury, Momentary Unconscious, Complain of Pain
SEC. C: S—Sober   D—Been Drinking   I—Intoxicated/Under Influence   O—Other (Describe in Narr.)
SEC. D: M—Male  F—Female  X—Unknown  / W—White  N—Negro  M—Mexican  J—Japanese  I—Indian  P—Puerto Rican  C—Chinese  O—Other    SEC. E: POL—On Duty Police   OD—Off Duty Police

**CONTINUATION SHEET ONLY** [X]  **NARRATIVE:**

The west wall there was a kitchen table with four chairs, one chair was on the east side of the table, one was on the west side of the table, one chair was on the north side of the table, the other chair was on the south side of the table. This officer observed one clean empty ashtray on the table and a salt and pepper shaker. Under the kitchen table this officer observed a black night stick. This officer observed an Olympia beer can in front of the refrigerator. This officer observed along the north wall a small bowl with crackers in it. I also observed a sack of garbage along the north wall with several pieces of paper around this bag and one empty paper cup. On the northwest corner of the kitchen there is an entrance-way into what appears to be a small bedroom. There is a exit door, the only door leading to the north side of the residence off of this bedroom. There is a door off this bedroom leading to the attached garage. Upon entering this rear bedroom located on the northwest corner of the building I observed that between the opening between this bedroom and the kitchen there is a hanging curtain. Apparently this curtain is pulled in front of the entranceway for privacy. I also observed a sheet covering the back door. On the east wall of this bedroom there is a dresser which had a blue hooded coat on top of it. This officer observed that the second door from the top was open approximately one inch. Immediately from entering this bedroom from the kitchen the back door is to the right. Directly in front of this entranceway with the headboard on the west wall there is a small bed which had pink sheets with a gold blanket on it, the pillow was observed in the middle of the bed with pink pillow case covers, a multi-colored sheet was also on the bed. Along the south wall of this small bedroom there were two tables. This officer did not observe any blood or any signs of a violent struggle in the living room, kitchen or this small bedroom.

This officer then entered the hallway which is off the living room. Observed in the middle of the hallway a vaccuum cleaner and pieces of a broken blue in color Christmas tree light bulb. In the west wall of this hallway there is a closet and I observed approximately four coats hanging in this closet. THis officer then entered the bathroom which is off this small

REPORTING OFFICER (PRINT, TYPE): Off. John Fiers   I.D. NO. 633   DIVISION 431

NARRATIVE: Upon entering the entranceway to the bath there is a toilet stool immediately to the left a sink is on the west wall and the tub runs the length of the north wall of the bath. This officer noticed that there were two bars of soap on the sink which appeared to be clean and dry. This officer observed small amount of black hair in the sink. This officer observed a pair of white childs pants in the bathtub. Along the east wall I observed a wash cloth lying on the floor and another wash cloth hanging on the holder on the east wall. Also on this holder was a pair of female panties. General appearance of this bathroom was very clean and as I started to exit the bathroom I observed on the south wall a light switch which had what appeared to be blood on it. No other signs of blood could be located in the bathroom other than this light switch.

This officer then entered the southeast bedroom. This officer noticed that this bedroom did not have any bedroom furniture in it. There was a pile of clothing on the south wall of the room, there were several chairs in the room and several toys for a small child on the floor. This room appeared that it was very seldom used and possibly used as a playroom for a small child. There were no signs of blood or physical evidence in this room.

This officer then entered the northeast bedroom where the two bodies were located. The door to this room is hinged on the right side and with this door open it is extended along the south wall. Immediately in front of the door there was a large artificial flower along the south wall between the flower and the east wall there is a dresser which is 4'10" in length and 1'6" in width. This dresser has two mirrors on it, on the mirror nearest the door there was what appears to be blood on the mirror. This officer observed on this dresser a black purse, an ash tray with four cigarette butts and several Bergners price tags, one green comb, one bottle of baby oil, one bottle of nail polish remover, 15 to 20 bottles of nail polish and cologne. This officer observed two pictures lying on this dresser and both were cut in half. One picture was visible and it was a photograph of a small baby. There is a bed in this bedroom with the headboard along the north wall. The bed is located at the northeast corner of the bedroom. This bed measures 76 inches in length and 52 inches in width. This officer observed what appeared to be blood on the sheets and bedspread. The sheets on the bed were blue and white in color and the bedspread was red and white in color. There was a pillow on the northeast corner of the bed next to the headboard. Part of this pillow was protruding off the side of the bed. This officer noticed that on the left side of the bed there was a pillow standing on end next to the bed. At the foot of the bed this officer observed a pair of slacks, red in color. Between the bed and the dresser on the south wall this officer observed the body of a young black male. The young black male was lying on his back with his head lying over the heatduck on the floor. This officer observed that this young black male was not wearing any shoes or socks, he was wearing blue jeans rolled up at the bottom, he was wearing a yellow t-shirt. This officer observed a laceration over the top portion of his nose, with a laceration to his left cheek. This black male had several, exact number unknown, stab wounds to his chest area and a larger stab wound to his lower right abdomin. This officer observed that he had blood on both of his arms. The body of this young black male lying on its back with his legs bent at the knees the left leg on top of the right leg, the feet were touching the dresser which was approximately 1'7" from the south wall. Victim had his arms extended to his sides raised in a upward position extending upward from his shoulders. The victims head was approximately 5 inches from the east wall and approximately 4'3" from the south wall. Between the dresser and the head of the young black male there was a lamp with no shade on it which was sitting on the floor. Between the bed and the dresser and the lower extremities of the young black male there was a brown metal tube. Upon entering the doorway to this northeast bedroom immediately to the left there were three stuffed animals and two pair of brown shoes. In the northwest corner of the bedroom there is a chest of drawers which measured 2'11" in width and 1'6" in depth. The top of this dresser there was a digital clock radio which was on with the volume set very low. There was a small pair of brown shoes, a white knit cap, one package of Kool cigarettes opened, two pair of pants and one shirt folded up, one small play toy and one camera Square shooter Two. In front of this dresser and between the bed and the west wall this officer observed the body of a black female. The body was lying on its back with the arms extended at shoulder level.

SUPPLEMENTARY REPORT — CONTINUATION SHEET / PEORIA POLICE DEPARTMENT

77-01588

| NO. | SEC. A | SEC. B | SEC. C | SEC. D | SEC. E | NAME AND/OR ALIAS | ADDRESS (NO., CITY, STATE, ZIP) | PHONE(S) RES. BUS. | D.O.B. | S.S., D.L. NO., ETC. | REF. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | | | | | | | | | | |

SEC. A: A—Arrested   B—Business, Firm, Agency   C—Complainant   T—Bartender   M—Missing, Runaway   P—Parent, Guardian   S—Suspect   V—Victim   W—Witness   O—Other (Narr.)
SEC. B: K—Dead Before Report   O—No Indication of Injury   A—Bleeding, Carried from Scene   B—Visible Injury   C—No Visible Injury, Momentary Unconscious, Complain of Pain
SEC. C: S—Sober   O—Been Drinking   I—Intoxicated/Under Influence   O—Other (Describe in Narr.)
SEC. D: M—Male   F—Female   X—Unknown / W—White   N—Negro   M—Mexican   J—Japanese   I—Indian   P—Puerto Rican   C—Chinese   O—Other   SEC. E: POL—On Duty Police   OD—Off Duty Police

P.J.

CONTINUATION SHEET ONLY [X]

NARRATIVE: The head of the female victim was approximately 3'5" from the wall next to the door opening and 1'10" from the closet door located on the west wall. The victim's left knee was touching the dresser, her right leg extended beyond it which was approximately 1'2" from the north wall. This officer observed that this young black female victim had rollers in her hair wearing a pink and white robe which was opened in the front. I observed that she was wearing a yellow nightgown wearing white panties. This officer observed the crotch of these white panties what appeared to be a tear approximately three-quarters of an inch. This officer noticed that she was wearing white socks. This officer noticed that she had a laceration across her forehead almost parallel with her eyebrows and a laceration to her right cheek. This female victim had a laceration to her stomach which was very severe with her intestines visible. This officer observed what appeared to be stab wounds in her chest area. This officer was present when Off. Jatkowski examined the black females hands and noticed that she had a laceration to her right index finger, a wound on her right middle fingernail, a wound on her right inner palm, a wound on her left index finger, and on the back of her left palm.

At this time detailed examinations of wounds on both bodies were not complete at this time and a detailed examination of wounds will be given at the autopsy. Wounds described by this officer were wounds that were visible without moving or altering the bodies prior to their removal. This officer did notice that the wounds on both of the deceaseds appeared to be very clean wounds with very smooth edges. It appears that these wounds were caused by a smooth bladed knife. The majority of these wounds were puncture wounds and the others appeared to be slashing wounds.

This officer examined the drawer where the kitchen utensils were kept in the kitchen. This officer observed several knives in the drawer all of which were serrated steak knives, one knife a butcher knife approximately 8 inches in length and approximately one inch in width was observed in this drawer. All of these knives appeared to be very clean and absent of any

| CAN OFFENDER BE IDENTIFIED | BY WHOM | REPORTING OFFICER (PRINT, TYPE) | I.D. NO. | REPORTING OFFICER (PRINT, TYPE) | I.D. NO. | DIVISION | CAR NO. | DIST. | SUPERVISOR APPROVING | I.D. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| Y [N] | kl | | | Off. Fiers | 633 | 431 | | | | |

PEORIA_SAVORY 36

NARRATIVE:

ATTACH PROPERTY TAG HERE

foreign material. At this time this officer noticed that there were no signs of forced entry on the front or rear door of this residence. This officer examined the rear of the residence and learned that there were two garbage cans next to the rear door. Both of these cans were empty.

Both of the deceased victims were removed by Parks Mortuary personnel to Parks Mortuary. This officer learned that Det. Buck was to go with the bodies and to subsequently be present during the autopsy by Dr. Immesoete. See supplementary report by Det. Buck.

This officer noticed that all windows to the residence were closed and secured. I noticed that all curtains on these windows were closed.

This officer along with Off. Cannon returned to the Peoria Police Detective Division and met with Sgt. Tiarks. This officer learned that residence at 3033 W. Garden would be secured by Peoria Police personnel during the night and until the morning hours of 1-19-77.

The advertisement on the coffee table in the living room and the plastic bag located on the floor in the kitchen appeared to be the type that are delivered door to door. This officer was informed by Sgt. Tiarks that he observed on the doors of houses in the area similar advertisements.

Follow-up investigation is needed to ascertain who delivered these advertisements and the time that they were delivered.

Follow-up investigation is needed to ascertain from the paper boy who has that route and the post office personnel making deliveries in that area, attempts to ascertain if they observed any vehicles or suspects or movement at 3033 W. Garden.

This officer learned from Sgt. Tiarks that a patrol officer would be assigned to stand by through the night and secure the residence at 3033 W. Garden for the purpose of further investigation at the crime scene in the A.M. on 1-19-77.

INVESTIGATION IN PROGRESS.

FIELD COMMUNICATIONS
- [ ] Flash Message
- [ ] LEADS/NCIC Inquiry
- [ ] LEADS/NCIC Entry
- [ ] License Inquiry
- [ ] Inter-Dept. Requests
- [ ] Other Communication
- [ ] Cancellation Made

SUPERVISOR APPROVING | I.D. NO.