Exhibit S#

| OFFENSE CLASSIFICATION | INC. CODE | DATE OF THIS REPORT | CLASSIFICATION | INCIDENT CODE CHANGE | | REL. CASE NO.'S |
|---|---|---|---|---|---|---|
| Murder B | 0112 | 1-18-77 | Y N U CHANGE NEEDED | FROM | TO | |

| NO. | SEC. A | SEC. B | SEC. C | SEC. D | SEC. E | NAME AND/OR ALIAS | ADDRESS (NO., CITY, STATE, ZIP) | PHONE(S) RES. BUS. | D.O.B. | S.S., D.L. NO., ETC. | REF. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | P | | | | DOUGLAS, William E. | 3033 W. Garden | | | | |
| 2 | V | | | | | COOPER, Connie L. | 3033 W. Garden | | | | |
| 3 | V | | | | | ROBINSON, James (nmi) | 3033 W. Garden | | | | |

SEC. A: A—Arrested  B—Business, Firm, Agency  C—Complainant  T—Bartender  M—Missing, Runaway  P—Parent, Guardian  S—Suspect  V—Victim  W—Witness  O—Other (Narr.)

SEC. B: K—Dead Before Report  O—No Indication of Injury  A—Bleeding, Carried from Scene  B—Visible Injury  C—No Visible Injury, Momentary Unconscious, Complain of Pain  F—

SEC. C: S—Sober  D—Been Drinking  I—Intoxicated/Under Influence  O—Other, (Describe in Narr.)

SEC. D: M—Male  F—Female  X—Unknown / W—White  N—Negro  M—Mexican  J—Japanese  I—Indian  P—Puerto Rican  C—Chinese  O—Other   SEC. E: POL—On Duty Police  OD—Off Duty Police

| NO. | HGT. | WGT. | HAIR (DESC.) | EYES | GLASSES (DESC.) | COMPLEXION | PANTS/SKIRT | SHIRT/BLOUSE | COAT | HAT/CAP | IDENTIFIABLE PHYSICAL CHARACTERISTICS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| V.I.N. NO. | | YR. | MAKE | MODEL | STYLE | COLOR TOP BOTTOM | LIC. NO. | ST. | YR. | OTHER DESC. DATA | VALUE | CODE | OLIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VICTIM SUSPECT OTHER | | | | | | | | | | | | |

| TYPE PROPERTY | | CODE T R L D O | MFR. | MODEL NO. | SER. NO. | COLOR | VALUE | OTHER DESC. DATA | OLIS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| LAB | CID | PHOTO | PATROL SGT. | CORONER | OTHER |
|---|---|---|---|---|---|
| | | | | | |

CONTINUATION SHEET ONLY ☐    NARRATIVE:

In regards to this investigation, this investigator was requested to go to 3033 W. Garden by Sgt. Gillespie in regards to a double homicide. This officer arrived at the scene at 1654 hours and immediately upon exiting my car, I was met by William Douglas. He made a spontaneous remark to me, "Those are my step-kids". This officer then went on to enter the residence at 3033 W. Garden which is a brick three bedroom framed house with an attached garage. Upon entering the front door which leads to the living room of the residence, this officer was met by Sgt. Voegele and Officer Schmitt. Sgt. Voegele gave this officer a briefing of the information he had obtained thus far in his investigation. He stated that Officer Perkins had been the first officer on the scene and was outside the residence at this time. He stated that the body of a 19 year old black female and the body of the 14 year old black male were in one of the bedrooms. During the briefing by Sgt. Voegele, Juvenile Officers Dearborn, Ulrich and Sgt. Funcannon arrived at the scene. They remained at the scene for a short time and were recalled on the orders of Captain Marteness. See their supplementary reports for further information in regards to this.

As this officer first entered the living room of the house, I observed a coffee table setting against the east wall of the living room. I observed a partially filled half pint bottle of J&B Scotch on the coffee table. This officer also observed immediately to the north end of the coffee table against the east wall, a portable television set. This officer then went through a doorway that leads to a hallway that leads to the bathroom and the two east bedrooms. This officer then entered a doorway that leads from the hallway to the northeast bedroom. Immediately upon entering, this officer observed the body of a black male laying face up on his back with the head pointing east and the feet west. The body was clad in a pair of blue jean pants, a yellow t-shirt, and the feet were bare. The victim's head was partially laying on a floor type heat vent. This officer observed that the victim's legs were bent at the knees with the left leg on top of

| CAN OFFENDER BE IDENTIFIED Y N | BY WHOM jt | I.D. NO. | REPORTING OFFICER (PRINT, TYPE) | I.D. NO. | REPORTING OFFICER (PRINT, TYPE) CANNON | I.D. NO. 691 | DIVISION 431 | CAR NO. | DIST. | SUPERVISOR APPROVING | I.D. NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EXTRA COPIES TO | | SIGNATURE | | SIGNATURE | | RPT. RVW. | CLR. | REF. | EXTENSION Y N UTILITY SHEET | FILE PAGE NO. |

ATTACH PROPERTY TAG HERE

☐ Flash Message
☐ LEADS/NCIC Inquiry
☐ LEADS/NCIC Entry
☐ License Inquiry
☐ Inter-Dept. Requests
☐ Other Communication
☐ Cancellation Made

the right leg. Upon further examination by this officer, this officer observed that the victim's right hand had a small scratch between the thumb and the index finger. This officer also observed that the victim had a large laceration that began at the base of the left ear and ran across the left cheek stopping at the left eye. This officer also observed a laceration that ran from inside the victim's left eye and across the bridge of the nose. This officer also observed what appeared to be several stab wounds to the chest area and a large slice wound to the abdomen. This officer observed that the victim's intestines were protruding from the abdomen wound. This officer also observed that the victim's body was laying between a bed and a dresser. The head of the bed was against the north wall of the bedroom, the foot of the bed facing the south wall. The back of the dresser was against the south wall and with one end of the dresser against the east wall of the bedroom. This officer observed that the bed appeared to be unmade and covered with a red bedspread which appeared to have a considerable amount of blood on it. The bed also had two blue bed sheets which also were spattered with blood. This officer observed that the bed had one pillow laying on top of the bed at the northeast corner of the bed. The other pillow was standing on end on the floor and against the northeast corner of the bed. Both pillows were covered with blue pillowcases.

This officer then observed the body of the black female victim. She was laying on her back face up with her head pointing north and her feet south. The victim's body was covered with blood and her left knee was bent and resting against a chest of drawers located in the northwest corner of the bedroom. This officer observed that the victim's body was clad in a pink robe, a yellow gown that was pulled up to the waist, and a pair of white panties. The victim's right leg was extended and the foot was resting under two stuffed toy animals that were laying against the north wall of the bedroom. The victim's arms were bent at the elbows and extended over her head. The victim's hair had been rolled and several green hair rollers and a red headscarf was laying immediately south of the victim's head. This officer observed three stuffed toy animals in a corner against the southwest corner of the bedroom. This officer observed that the blood on the victim's right leg appeared to have been smeared or wiped with something. The victim appeared to have several stab wounds to the chest area and a large laceration to the stomach. The victim's intestines were protruding from the stomach wound. This officer observed that the victim had several lacerations to both hands. This officer also observed that the panties the victim was wearing appeared to have a cut in them. This officer also observed a small spot of blood in the middle of the ceiling of the bedroom. This officer also observed that the dresser against the south wall of the bedroom had two large mirrors. This officer observed that the mirror on the west side of the dresser had small spatterings of blood on it. This officer also observed that the telephone was laying on the floor on the west side of the bed. This officer observed that the telephone was on the hook and appeared to have blood smeared on it.

This officer then observed on top of the chest of drawers located in the northwest corner of the bedroom, a digital clock radio that was turned on and the volume so low that this officer could barely hear the radio. Also on top of the chest of drawers was several articles of clothing and a pair of small brown shoes.

During this officer's examination of the bedroom and the bodies of the two victims, the Coroner, Mr. Buzbee, arrived at the scene and was given a briefing by this officer as to the information obtained thus far in this investigation. Detective Buck also came to the scene and assisted this officer in the investigation.

This officer then went to the kitchen of the residence where I observed laying in front of the kitchen counter, a box of saltine crackers that appeared to have been thrown or dropped on the floor with one of the packages from the box still

SUPERVISOR APPROVING                I.D. NO.

# SUPPLEMENTARY REPORT — / PEORIA POLICE DEPARTMENT
## CONTINUATION SHEET

1:2... ... # 318-21  Filed: 04/22/24    Page 1 of 5

INCIDENT NO. 77-01588

| OFFENSE CLASSIFICATION | INC CODE | DATE OF THIS REPORT | CLASSIFICATION | INCIDENT CODE CHANGE | | REL. CASE NO.'S |
|---|---|---|---|---|---|---|
| Murder B | 0112 | 1-18-77 | Y N U CHANGE NEEDED | FROM | TO | |

| NO. | SEC. A | SEC. B | SEC. C | SEC. D | SEC. E | NAME AND/OR ALIAS | ADDRESS (NO, CITY, STATE, ZIP) | PHONE(S) RES. | D.O.B. | S.S., D.L. NO., ETC. | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C P | | | | | DOUGLAS, William E. ✓ | 3033 W. Garden | BUS. | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEC. A:   A—Arrested   B—Business, Firm, Agency   C—Complainant   T—Bartender   M—Missing, Runaway   P—Parent, Guardian   S—Suspect   V—Victim   W—Witness   O—Other (Narr.)

SEC. B:   K—Dead Before Report   O—No Indication of Injury   A—Bleeding, Carried from Scene   B—Visible Injury   C—No Visible Injury, Momentary Unconscious, Complain of Pain

SEC. C:   S—Sober   D—Been Drinking   I—Intoxicated/Under Influence   O—Other (Describe in Narr.)

SEC. D:   M—Male   F—Female   X—Unknown   / W—White   N—Negro   M—Mexican   J—Japanese   I—Indian   P—Puerto Rican   C—Chinese   O—Other     SEC. E:   POL—On Duty Police   OD—Off Duty Police

| NO. | HGT. | WGT. | HAIR (DESC) | EYES | GLASSES (DESC) | COMPLEXION | PANTS/SKIRT | SHIRT/BLOUSE | COAT | HAT/CAP | IDENTIFIABLE PHYSICAL CHARACTERISTICS | OLIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| V.I.N. NO. | VICTIM SUSPECT OTHER | YR. | MAKE | MODEL | STYLE | COLOR TOP/BOTTOM | LIC. NO. | ST. | YR. | OTHER DESC. DATA | VALUE | CODE | OLIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TYPE PROPERTY | CODE T R L O O | MFR. | MODEL NO. | SER. NO. | COLOR | VALUE | OTHER DESC. DATA | OLIS |
|---|---|---|---|---|---|---|---|---|

| LAB | CID | PHOTO | PATROL SGT. | CORONER | OTHER | | |
|---|---|---|---|---|---|---|---|

| CONTINUATION SHEET ONLY ☐ | NARRATIVE: |
|---|---|

wrapped in cellophane laying next to it. This officer also observed a small can of Crisco Shortening laying next to the base of the cracker box. This officer also observed an Olympia beer can laying under a kitchen window located on the north wall of the kitchen.

This officer then went to a small bedroom located at the northwest corner of the residence, and upon this officer's observation, nothing appeared to be disturbed in the room.

Prior to this officer's arrival at the scene, the lab had been requested by the officers at the scene. Officers Jatkowski, Bennett, Cadat Whitby, and Sgt. Gerontes came to the scene. This officer then requested that the lab personnel take pictures of the entire interior of the residence as well as the exterior, both front and back. This officer also requested that the lab personnel collect all possible physical evidence at the scene. See all lab supplementary reports in regards to their investigation.

This officer then requested that an accident car come to the scene for the purpose of additional pictures. Officer Chittick responded and this officer requested that he take pictures of the entire interior of the house as well as the exterior, both front and back. Officer Chittick also took pictures of both victims' bodies.

Upon this officer's investigation of the living room, this officer observed an approximately 4 foot high stand against the north wall along side a chair. This officer observed that this one corner was broken off at the base of the stand. This officer also observed a fingernail polish bottle laying at the base of the stand. This officer observed a couch

| CAN OFFENDER BE IDENTIFIED | Y jt N | BY WHOM | REPORTING OFFICER (PRINT, TYPE) | I.D. NO. | REPORTING OFFICER (PRINT, TYPE) | I.D. NO. | DIVISION | CAR NO. | DIST. | SUPERVISOR APPROVING | I.D. NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CANNON | 691 | 431 | | | | |

| EXTRA COPIES TO | SIGNATURE | SIGNATURE | RPT. RVW. | CLR. | REF. | EXTENSION Y N | FILE PAGE NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | UTILITY SHEET | |

| FIELD COMMUNICATIONS | HRS. |
|---|---|
| ☐ Flash Message | |
| ☐ LEADS/NCIC Inquiry | |
| ☐ LEADS/NCIC Entry | |
| ☐ License Inquiry | |
| ☐ Inter-Dept. Requests. | |
| ☐ Other Communication | |
| ☐ Cancellation Made | |

ATTACH PROPERTY TAG HERE

against the west wall of the living room with a brown coffee table setting in front of it. This officer observed under the coffee table what appeared to be a perfume bottle. This officer observed a white ash tray on top of the coffee table that had several cigarette butts in it. Also laying on top of the coffee table was an envelope with the words "Final Notice" in typewritten letters on it.

This officer then went to the bedroom located at the southeast corner of the residence. Upon this officer's entrance into the bedroom, this officer observed a small gray cat that was locked in the bedroom. This officer also observed several up-turned chairs, articles of clothing that were laying on the floor and several child's toys on the floor. On this officer's observation, nothing appeared to be disturbed that would relate to this investigation.

This officer then went to the bathroom of the residence and upon entering the bathroom, this officer observed several pieces of hair in the sink and what appeared to be blood on the light switch covering. The hairs and the light switch covering were collected by the lab. This officer could find no further physical evidence in the bathroom.

This officer was then informed by Coroner Buzbee that Parks Funeral Home had been notified and were enroute to remove both victims' bodies. Prior to the victims' bodies being moved from the residence, this officer requested that the lab draw an outline with chalk of the position of both bodies. At this time, employees from Parks Funeral Home arrived and removed the bodies from the scene and transported them to St. Francis Hospital for the purpose of x-rays. Detective Buck accompanied the bodies to the hospital.

This officer then assisted Officer Fiers, who had arrived earlier at the scene, in taking measurements of the location of the victims' bodies in relationship to the walls of the bedroom. See the report of Officer Fiers in regards to the measurements.

During this officer's investigation, this officer was unable to locate a possible murder weapon. This officer and Officer Fiers then left the scene and returned to the police station and upon arrival at the police station, this officer was instructed by Captain Marteness to talk to both the mother of the victims and her ex-husband and to inform them not to return to the scene until these investigators had finished their follow-up investigation. The ex-husband was informed of this by this officer at the police station. This officer then learned that the mother of the victims had been taken to Methodist Emergency and this officer made telephone contact with the mother there and so informed her.

Investigation in progress.

| SUPERVISOR APPROVING | I.D.NO. |
|---|---|
| | |