# Exhibit SS

# DEPARTMENT OF LAW ENFORCEMENT — STATE OF ILLINOIS

## BUREAU OF IDENTIFICATION

## EVIDENCE RECEIPT

LAB. NO.: _M-77-197_

DATE: _1-19-77_

TIME: _3:00 PM_

AGENCY NO.: _0182 77_

SUSPECT(S): _Unknown_

VICTIM(S): _Connie Cooper, James Robinson_

OFFENSE: _Double Homicide_     LOCATION RECEIVED: _#621 W. Taylor Ill Dept of Pub Health_     RECEIVED BY: _Robert A Gonsowski_

**NOTICE**

PLEASE ADVISE THIS LABORATORY SHOULD ANYTHING OCCUR WHICH WOULD ELIMINATE THE NECESSITY FOR PERFORMING THE REQUESTED EXAMINATIONS SUCH AS ENTERING OF A GUILTY PLEA OR DISMISSAL OF CHARGES.

THIS EVIDENCE IS RECEIVED WITH THE UNDERSTANDING THAT IT HAS NOT NOR WILL BE, IN THE FUTURE, ANALYZED BY ANOTHER PERSON OR LABORATORY ON BEHALF OF THE INVESTIGATING AGENCY.

THIS EVIDENCE IS ALSO ACCEPTED WITH THE UNDERSTANDING THAT IT IS CONNECTED WITH A CRIMINAL INVESTIGATION. PERMISSION CANNOT BE GIVEN FOR THE REPORT TO BE USED IN CIVIL LITIGATION.

AGENCY: _Ill Dept of Pub Health_     FROM: _Gale A Rosenquist_     REPORT TO: _____

Name-Title or Rank

_Secretary_

CHAIN OF EVIDENCE

(35) _1 glass vial alleged to contain rectal swabs in saline_

(36) _1 glass vial alleged to contain vaginal swabs in saline_

(  ) _____

(  ) _____

(  ) _____

(  ) _____

(  ) _____

(  ) _____

(  ) _____

(  ) _____

(  ) _____

PEORIA_SAVORY_12940

(62187—20M Sets—10-74)  5