# Exhibit S%

# LABORATORY REPORT / PEORIA POLICE DEPT

| AGENCY NO. | | INCIDENT NO. 77-01588 |
|---|---|---|

| OFFENSE DESCRIPTION | INC. CODE | DATE OF THIS REPORT | EVIDENCE RECEIVED FROM | DATE | CRIME SCENE |
|---|---|---|---|---|---|
| Murder-B | 0112 | 1-24-77 | ☐ OFFICER ☐ EVID LOCKER ☐ CITIZEN ☐ OTHER | 1500  1-21-77  HRS. MO. DA. YR. | ☒ Y ☐ N SEARCH MADE |

| NAME OF COMPLAINANT/VICTIM | ADDRESS | LOCATION OF INCIDENT |
|---|---|---|
| COOPER, Connie & ROBINSON, James | 3033 W. Garden | SAME |

## LABORATORY SERVICES PERFORMED

| 1 | FINGERPRINT(S) DEVELOPED | 5 | TOOLMARKS | 9 | FIBER EXAMINATION | 13 | PHOTOGRAPHS TAKEN |
|---|---|---|---|---|---|---|---|
| 2 | LATENT | 6 | BALLISTICS | 10 | GLASS EXAMINATION | 14 | NO EVIDENCE |
| 3 | NO LATENT DEVELOPMENT | 7 | BLOOD ANALYSIS | 11 | HAIR EXAMINATION | XX | OTHER (EXPLAIN) LUMINOL |
| 4 | ELIMINATION PRINTS TAKEN | 8 | BLOOD TYPING | 12 | NARCOTIC PROCESSING | | |

| FURTHER LAB ☐ Y ☐ N ANALYSIS NEEDED | EVIDENCE SUBMITTED TO | OTHER LAB NUMBER | DATE OF SUBMITTAL |
|---|---|---|---|
| EVIDENCE PLACED IN PROPERTY LOCKER(S) | PROPERTY TAG NUMBERS | LAB RESULTS RECEIVED FROM | DATE RECEIVED |

| COPIES TO ☐ STATE'S ATTORNEY ☐ CID ☐ OTHER | DATE SENT | ATTACHED INFORMATION ☐ CASE DATA SHEET ☐ LAB RECEIPT ☐ LAB RESULTS ☐ OTHER |
|---|---|---|

This officer conducted a Luminol test for the presence of human blood in the bedroom and bathroom of the above location. The following results were accomplished. The test received a positive result on the wall of the bathroom. The result of this test was a series of spots that were made visible by the test but were not visible to the human eye without the application of the Luminol. These same spots were visible on the sink and the sides of the bath tub. It appeared that the spots were caused by spraying the walls with a liquid that possibly contained human blood. The floor of the bathroom exhibited similar results. The base of the inside of the sink and the bath tub exhibited a stronger reaction to the chemical. The outside door handle to the bedroom where the victims were located also indicated a positive reaction for human blood. Areas in the living room and the ROBINSON boy's bedroom were used as test standard areas to see the reaction with similar surfaces. The test areas provided negative results for human blood.

| EXTRA COPIES TO | REPORTING OFFICER | I.D. NO. | REPORTING OFFICER | I.D. NO. 718 | SUPERVISOR APPROVING | I.D. NO. | REPORT REVIEW OFF. | CODE |
|---|---|---|---|---|---|---|---|---|