# Exhibit S)

12 INC 01160201 P10-H # 318-27 Filed: 04/22/24 Page 2 of 3

| OFFENSE CLASSIFICATION | | | | | | | | | | | | REL. CASE NO.'S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MURDER B | | | | | | | | | | | | |

INC. CODE: 0112  DATE OF THIS REPORT: 20 January 1977  CLASSIFICATION: Y N U  CHANGE NEEDED  INCIDENT CODE CHANGE  FROM  TO

| NO. | SEC. A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS (NO., CITY, STATE, ZIP) | PHONE(S) | D.O.B./AGE | S.S., D.L. NO., ETC. | REF. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | O | S | A/M | | Police and Public | 542 SW Adams Street | 673-4521 BUS. | | | |
| 02 | O | O | S | A/F | | Ivora R. Rudd | 616 Paris Street | 685-6400 | | REDACTED | |

SEC. A: A—Arrested  B—Business, Firm, Agency  C—Complainant  BR—Bartender  M—Missing, Runaway  P—Parent, Guardian  S—Suspect  V—Victim  W—Witness  O—Other (Nar.)

SEC. B: K—Dead Before Report  D—No Indication of Injury  A—Bleeding, Carried from Scene  B—Visible Injury  C—No Visible Injury, Momentary Unconscious, Complain of Pain

SEC. C: S—Sober  D—Been Drinking  I—Intoxicated/Under Influence  O—Other (Describe in Narr.)

SEC. D: M—Male  F—Female  U—Unknown /  W—White  N—Negro  M—Mexican  J—Japanese  i—Indian  P—Puerto Rican  C—Chinese  O—Other     SEC. E: POL—On Duty Police  OO—Off Duty Police

| NO. | HGT. | WGT. | HAIR (DESC.) | EYES | GLASSES (DESC.) | COMPLEXION | PANTS/SKIRT | SHIRT/BLOUSE | COAT | HAT/CAP | IDENTIFIABLE PHYSICAL CHARACTERISTICS | P.J. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| V.I.N. NO. | VICTIM SUSPECT OTHER | YR. | MAKE | MODEL | STYLE | COLOR TOP BOTTOM | LIC. NO. | ST. | YR. | OTHER DESC. DATA | VALUE | CODE | OLIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TYPE PROPERTY | CODE | T R L O O | MRF. | MODEL NO. | SER. NO. | COLOR | VALUE | OTHER DESC. DATA | OLIS |
|---|---|---|---|---|---|---|---|---|---|

| LAB | CID | PHOTO | PATROL SGT. | CORONER. | OTHER |
|---|---|---|---|---|---|

CONTINUATION SHEET ONLY ☐     NARRATIVE:

Above named subject RUDD is a Senior enrolled at Woodruff High School and a cousin to WILLIAM DOUGLAS the stepfather of victims this incident. RUDD came into the Laision Office at Woodruff High School and volunteered the following information: about a week RUDD was shopping in the Northwoods Mall and after seeing the deceased victim CONNIE COOPER they stopped and talked. According to RUDD she stated that COOPER informed her that she had been receiving threatening telephone calls from a Afro-american male whose name is not known as of this reporting. This unknown male wanted COOPER to break off her relationship with CHARLES WATTS and she refused. COOPER at this point advised RUDD that the caller informed her that he would get her and she would be sorry to which COOPER replyed that she wasn't worried about him.

Upon questioning RUDD in regards to any additional information about this caller she stated that she only knew he was suppose to drive a blue Dodge. RUDD stated that she felt WATTS was aware as to who this individual might be.

At this point RUDD left the office and later returned during her lunch period with a note

| CAN OFFENDER BE IDENTIFIED Y | BY WHOM | REPORTING OFFICER (PRINT, TYPE) | I.D. NO. | REPORTING OFFICER (PRINT, TYPE) E.C. JOHNSON III | I.D. NO. 626 | DIVISION Juv | CAR NO. D-84 | SUPERVISOR APPROVING LD. Dunlavey | I.D. NO. 134 |
|---|---|---|---|---|---|---|---|---|---|
| EXTRA COPIES TO | | SIGNATURE | | SIGNATURE | | RPT. RVW. | CLR. | REF. | EXTENSION Y UTILITY SHEET | FIL/ PAGE NO. |

| ATTACH PROPERTY TAG HERE | |
|---|---|
| | |
| | |
| | |

☐ Flash Message
☐ LEADS/NCIC Inquiry
☐ LEADS/NCIC Entry
☐ License Inquiry
☐ Inter-Dept. Requests
☐ Other Communication
☐ Cancellation Made

that stated, "they got a dog named Trouble Man. He won't let nobody but Scoppie touch him. Ask is Peter (WILLIAM DOUGLAS) able to control the dog. Because they had to get by the dog." A copy of this note and the original is attached to the CID pink copy of this report.

RUDD further stated that from talking with and over hearing other family members discuss this incident they felt that WILLIAM DOUGLAS was responsible for committing this act. RUDD, however, refused to elaborate on these feelings.


Additional information from Woodruff High School / French Teacher PAT MARTIN informed this officer that when decedent COOPER resided on Rice Street she had been her home-tutor during her pregancy, and that JAY McCORMICK was her counselor from Peoria High School. MARTIN stated that COOPER informed her that she was pregant by a gymnast back East.

SUPERVISOR APPROVING     I.O. NO.

PEORIA_SAVORY 119