# Exhibit S*

| | | | | | | |
|---|---|---|---|---|---|---|
| OFFENSE CLASSIFICATION | INC. CODE | DATE OF THIS REPORT | CLASSIFICATION | INCIDENT CODE CHANGE | | REL. CASE NO.'S |
| MURDER "B" | 0112 | 1-21-77 (FRI) | Y N U CHANGE NEEDED | FROM | TO | |

| NO. | SEC. A | SEC. B | SEC. C | SEC. D | SEC. E | NAME AND/OR ALIAS | ADDRESS | PHONE(S) | D.O.B. | S.S., D.L. NO., ETC. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C/V | | | | | COOPER, Connie L. | 3033 W. Garden | | | |
| 2 | V | | | | | ROBISON, James W. | 3033 W. Garden | | | |
| 3 | -0- | -0- | S | M/N | | PARKER, Kenneth | 409 Apple | 637-6485 | REDACTED | UNK |

SEC. A: A—Arrested  B—Business, Firm, Agency  C—Complainant  T—Bartender  M—Missing, Runaway  P—Parent, Guardian  S—Suspect  V—Victim  W—Witness  O—Other (Narr.)
SEC. B: K—Dead Before Report  O—No Indication of Injury  A—Bleeding, Carried from Scene  B—Visible Injury  C—No Visible Injury, Momentary Unconscious, Complain of Pain
SEC. C: S—Sober  D—Been Drinking  I—Intoxicated/Under Influence  O—Other (Describe in Narr.)
SEC. D: M—Male  F—Female  X—Unknown / W—White  N—Negro  M—Mexican  J—Japanese  I—Indian  P—Puerto Rican  C—Chinese  O—Other   SEC. E: POL—On Duty Police  OD—Off Duty Police

**NARRATIVE:** 1030 hours, 1-21-77

Responded to 1701 S. Lydia to talk with Kenneth Parker about a conversation he had with the deceased, Connie Cooper, on Monday, 1-17-77. Mr. Parker told me that he would like to go down to the house where the slayings took place to tell me his story. At this time I drove Mr. Parker down to 3033 W. Garden. While waiting for Mr. William Douglas to bring a key down to admit us into the house, I had the following conversation with Mr. Parker.

Mr. Parker told me that just about every night of the week around midnight Connie would call him at his residence after his girlfriend went to work. He stated that Monday, 1-17-77, about midnight Connie called him. He stated that she was talking about soap operas to him which was very unusual he does not like soap operas. Then she began a discussion about her being raped. He stated that she did not say that she had been raped or was in fear of being raped. He stated that her conversation seemed kind of weird to him because all she kept emphasizing to him was what would he do if she was, in fact, raped sometime. He stated he told her that if she was raped at some time that he would probably go nuts if he found the person that did it. He further stated that she said that if she was raped she would run away from home and leave town. He asked her why and she said because she said she would be too embarrassed. At this time he told her he would like to terminate the conversation about the rape because it did not make any sense to him. Shortly after this they hung up and he was to call her the following morning, that being Tuesday.

Mr. Parker stated that he has been seeing Connie Cooper for about the past six or seven months. He stated that he usually sees her after his girlfriend goes to work. He stated that he would go over to Connie's house on his bicycle. When he would be admitted into the house by Connie he would put his bicycle in the closet in the front bedroom that was not being

REPORTING OFFICER: W. KOENIG  I.D. NO. 424  DIVISION 431

used. This was so Scopie would not see the bicycle there and know he was there. He stated that he would then go into the back bedroom where Connie and her mother slept and Connie and him would get into bed and make love. He stated that he and Connie had made love several times. He stated that Scopie would never come in the bedroom when Connie had the door closed. He stated that if Scopie needed something he would knock on the door and Connie would say, "Just a minute" at which time he would get out of bed and hide in Connie's closet and Connie would get partially dressed and answer the door. After Scopie would find out what he wanted to know he would leave the bedroom, she would again close the door, he'd come out of the closet, get back in bed and they'd go about their lovemaking. Mr. Parker informed this officer that Scopie was a very hard sleeper.

At approximately 1145 hours this date William Douglas arrived at the house with the key.

At this time Mr. Parker and myself entered the house while Mr. Douglas waited outside in the mobile van which the TAC team members had set up across the street. Mr. Parker and myself went from room to room in the house and he tried to point out things to me that he thought were strange or out of place. I reminded him that several things had been moved around during the processing by the Lab. The only thing of real value that I learned from Mr. Parker was the night stick that was found lying on the floor the day of the slayings belonged to him. He stated that he did not know how it got there and that he had not brought the night stick to the house and that Scopie might possibly have taken the night stick from his house at 409 Apple at some time and brought it down there.

Mr. Parker then stated that Scopie was very strong for his age and would definitely put up a good struggle with someone if he had the chance. He pointed out two sticks that were lying on Scopie's bed which were some kind of sticks used by karate people. He stated that Scopie did know how to use those and if he would have had a chance to use them he could have disarmed a person with a knife. He also stated that the dog, Trouble Man, would bite someone who he was not familiar with.

This officer feels that the reason Mr. Parker wanted to go to the house to talk was to get away from his girlfriend who didn't know about the affair he was having with Connie. I also feel that it was curiosity seeking mission on his part. He wanted to see first hand the scene where they had been killed. No further pertinent information was learned from Mr. Parker.