Exhibit S+

Peoria Police Department     Date: January 22, 1977     Case # 77-01588
Peoria, Illinois     Time: 1:15 P.M.

Statement of: NOYALEE ROBINSON

Q. Do you understand that we are questiong you in regards to the deaths of your two children?

A. Yes.

Q. Do you understand that you have an absolute right to remain silent and that you do not have to talk to me or answer any questions, unless you voluntarily choose to do so?
A. Yes.

Q. Do you understand that anything you say can, and will, be used against you in a criminal prosecution in a court of law?
A. Yes.

Q. Do you understand that you have the right to have an attorney present at this time, and that if you cannot afford one, one will be appointed to you at no cost?
A. Yes.

Q. Do you want to have an attorney present at this time?
A. I don't think I need one.

Q. Is it your desire to give this written statement and answer any questions without an attorney being present?
A. Yes.

Q. Do you understand that if you choose to give this written statement and answer my questions you may excercise any of these rights at anytime before the statement is completed?
A. Yes.

Q. Do you understand that you may stop answering any questions at anytime, and that you may have an attorney present at anytime?
A. Yes.

Q. Is it your wish and desire to give this written statement and answer my questions voluntarily and of your own free will?
A. Yes.

Q. Have you been struck, beaten, abused, threatened by any police officer, including myself, or any person, at anytime or place to obtain this written statement?
A. No.

Q. Have you been promised immunity from prosecution or leniency of any kind by any police officer including myself, or any person, in order to obtain this statement?
A. No.

Q. While you have been in custody have you been allowed to smoke, go to the bathroom, eat and drink, if you so desired?
A. Yea.

Q. Can you read and write the English language?
A. Yea.

Q. Will you state your name, age, date of birth, residence and telephone number?
A. Noyalee Robinson, 34, REDACTED, 3033 W. Garden, 637-1591.

PAGE TWO
STATEMENT OF: NOYALEE ROBINSON

Q. Noyalee, do you understand that we are questioning you in regards to your knowledge and actions prior to and immediately after you discovered that there was something wrong with your children which occurred at 3033 West Garden?
A. Yes.

Q. Would you please state in your own words your actions and the actions of your family members, including William Douglas, prior to 4:35 p.m. on 1-18-77?
A. I worked Monday and I got off at four o'clock and Peter was going to pick me up but I left because I didn't know he was going to pick me up. Well, he had said something about it, he wasn't there at four so I left. I saw him on Jefferson Street near the bus stop and that's when he picked me up. We came on home Monday and I heated up food from Sunday and I offerred him some and we ate. And I asked him would he mind taking me over to my girlfriend's house and that's where he took me. I stayed with Myrtle, I guess till around ten or something. My daugher called and asked for a ride home. So then I called him at the Blue Shadow and he picked me up, we picked my dagghter and grandson up and we went home. He said, "Well, I guess I have to go over to Jimmie's" but I knew he wanted to stay so I said, "You can stay here". My son wasn't home at the time. Later he and another child came home together and we was sitting there watching television. The other child played around with my boy and he left. We all sat and just watched TV. Connie said, "Well, I better go do my dishes" and she sat back a little while afterwards watching TV. Connie, my son and myself was on the sofa. Jimmie's ex-wife, Tony, called wanting to get her ex-husband's car started. Peter wanted me to leave and go with him and I told him I wasn't going nowhere in the cold and he said he didn't have booster cables. And so I said, "Well, how are you gonna start her car?" So I said, "Well, you go ahead on. We'll be up when you get back". So he stayed gone awhile and then he came back. He sat in the chair and we still watched television. Then Connie said, "I'm going to bed" cause it was pretty late. My son and I and Pete sat up for awhile. I said, "I'll cover you up on the sofa" talking to Pete. I said, "It's getting late and I have to go to work; I'm going to bed, I can't rest on the sofa". I went to bed leaving my son and him up in the living room. Well, that was it for Monday night.

I got up between 6:30 and 6:35 and I woke him up because he had to pick Jimmie up and take us both to work. I got dressed. What time did I say I got up? That's what time I left. My alarm clock is set for around ten to six and that's when I got up and I leave home around 6:30 or twenty-five to seven. We stopped and picked Jimmie up. We rode down to Ike and Swannie's and had coffee and juice. Then we left there, we dropped Jimmie off at his job, Kieffer Electric. He dropped me at my job, Foster Jacobs, and then he left. At work I put a lot of junk away, stocked. After lunch I made a couple of pickups I think, I'm not sure, and came back in the shop and worked around there till four o'clock. Peter picked me up at four. He stopped at Jim's Phillips 66 station and he bought two cans of something for a car. He took them to Parks Funeral Home, then he took me home. I knocked on the door, didn't get an answer. I felt in the mailbox for the key where I keep it at, it wasn't there. We looked in through the window of the front door and the television was on the floor, the vacuum cleaner was pulled out of the closet and my key was on the floor. We knocked and knocked again. He said, "They're probably asleep". I said no, not this time of evening, I guess she was gone someplace, where could she be gone uness she's over to Renetta's. I said, "I'll go next door to Mr. Adair's, our landlord, to see if he had a key to the house and to call Renetta's because I could see that my phone wasn't completely down on the hook."

PEORIA_SAVORY 367

PAGE THREE
STATEMENT OF: NOYALEE ROBINSON

Mr. Adair didn't have an extra key. I called Renetta and I asked had she seen Connie today. She said no, I've been trying to get her ever since nin o'clock this morning on the phone and I said I'd called around eleven something that day and the phone was busy. So I went on back to the house. Peter was sitting in the car and as I approached the car I looked at the garage door and something said try the garage door so I walked over to the garage door and I pulled it up and we both went in and I said, "I wonder where those kids are, the garabage hasn't been taken out and the house is dirty". So then I heard "peep peep" sound. I said well, that's Cory. I said I know Connie wouldn't leave him alone. I said you look and see what's wrong. I was at the living room door to the kitchen. Peter walked to the bedroom and pushed the door open and said, "Oh my God" and I said, "What is it, what is it?" and he said, "Don't go in there" and I said "What is it?" and he said, "They're dead" and I said what and I said what happened to them and I think, I'm not sure, he got the baby and he took us to the car. I don't know if he went back in the house over to Mr. Adair's first. I sat in the car and Renetta came up and he had her to take the baby and she took the baby cause I was upset. And then Mr. Adaiar and his helper went in with Peter and I don't know what else went on inside.

Q. Do you know what William did Monday prior to picking you up?
A. He was supposed to work I guess, I don't really know.

Q. On Monday evening approximately what time did you and William get home?
A. I should have been there by four thirty I guess.

Q. How did William seem to you when he picked you up?
A. He said he wasn't too pleased cause I had left and I told him that I really didn't know he was coming, I don't think he was mad or nothing.

Q. What kind of food did you prepare Monday evening after you got off of work?
A. I warmed up waht I had on Sunday. I had cabbage and fried corn and I added some weinters to the corn. I had some meatloaf left over. There was corn bread but I didn't have it cause it had gotten hard. I think that was all I had.

Q. After warming up this meal for you and William did you do the dishes?
A. No.

Q. What did you do with the food after you and him got through eating?
A. The reaminders of my dinner I left on the stove because my kids would be home sometime.

Q. How did you leave them on the stove?
A. They were in the pots and pans.

Q. Do you normally do the cooking at your house?
A. Only on Sunday, some Saturdays. My daughter, she cooks everyday for me.

Q. When you prepared the cabbage and corn on Sunday, did you notice if you had any other cans of corn in the house?
A. Yes, I went shopping Saturday or Friday and there was so many for a dollar. I think I bought eight cans of corn, some tall cans and some short cans and I think I only fixed two cans, a tall can and a short one. On Monday I opened another can and added it to that.

PEORIA_SAVORY

PAGE FOUR
STATEMENT OF: NOYALEE ROBINSON

Q. What did you do with the dishes that you and William ate from?
A. I always put my dishes in the sink. Most of the time I rinses them out but I can't remember if I rinsed them out that evening.

Q. Approximately what time did William pick you up at Myrtle McDonald's on Monday?
A. I called him around ten something at the Blue Shadow and he was about ten of fifteen minutes coming?
A.
Q. Where did you pick up your daughter Connie at after leaving Myrtle's?
A. I can't remember her address but she lives on Lydia.

Q. Do you know the people who live on Lydia where Connie was at?
A. Yes.

Q. What are their names?
A. Stanford Williams and Renetta Williams.

Q. Did you or William go into the house when you picked up Connie?
A. I went in the house. First we blew a couple of times but she didn't hear us so I went in and helped her get the baby ready.

Q. Who was in the house?
A. Renetta and Stan was there and the children. She told me earlier that she was going to try and get Chuckie to bring her home but she didn't get in touch with him.

Q. While driving home did Connie indicate to you that anyone else was with them at Stan and Renetta's house?
A. No, she didn't.

Q. Did William appear to have been drinking when he picked you up at Myrtle's house?
A. Well, he wasn't drunk but he had been drinking because I asked him on the phone. I said, "Are you drinking?" because I don't like riding on the ice and snow slippin' and slidin' and I think he said he had just a couple drinks.

Q. Approximately what time did you arrive home from Renetta's house?
A. It *N.R. before 9:45 PM* because Connie wanted to finish hearing about this man who was shot to death for murder. So I said, "I've seen that", so it was around ten-thirty or so, I think there was a special on after the news.

Q. Did Connie watch all of this program?
A. No, she didn't watch it all. We ended up watching a movie or somethin'.

Q. Can you recall what movie you watched?
A. No.

Q. Did Connie eat any of the food that you had left for her?
A. No, she said she had ate supper at Renetta's.

PEORIA_SAVORY 369

PAGE FIVE
STATEMENT OF: NOYALEE ROBINSON

Q. Approximately what time did James come home Monday evening?
A. I'd say around ten or fifteen minutes to ten.

Q. Will you describe the boy that was with him?
A. He's black, he looked to be about the same age, 14. I know he had on a cap and some of his teeth looked like they was out of place and I think he had on beige britches and some kind of jacket. He's thin, that's all I can remember about the child.

Q. Have you ever seen this boy before and did you ever hear James call him by name?
A. I've never seen him before and he did introduce us as his mother and step-father but I can't remember his name.

Q. Where did this introduction take place?
A. In my house in the living room.

Q. Approximately what time did this young black male leave your house?
A. About ten or a little after.

Q. Did William leave the house at any time after you arrived home after picking up Connie?
A. Yea, he left.

Q. Approximately what time did he leave?
A. There was a program on, there was a story on, I can't remember what story was watching. The kids kept making so much noise. My son and his friend kept showing up drawings.

Q. Did William leave while this other boy was still at your house?
A. The boy left before he did.

Q. Can you recall approximately how much time passed from the time the boy left until William left?
A. About fifteen or twenty minutes.

Q. About how long was Peter gone?
A. He was gone about half an hour to forty-five minutes.

Q. Did you suspect anything funny when Peter wanted to go start this car knowing that he didn't have any booster cables?
A. No, because he'll break his back to do anything for Jimmie. He's always old faithful.

Q. What is Jimmie's last name?
A. Mills.

Q. Where does Jimmie Mills live?
A. Martin Street. Him and Peter are rooming together.

*Noyalee Robinson*

PEORIA_SAVORY 387

PAGE SIX
STATEMENT OF: NOYALEE ROBINSON

Q. Approximately what time was it when Connie stated, "Well, I better go do my dishes"?
A. Around ten something, around the news.

Q. Did Connie wash all of the dishes including the pans that contained the food?
A. Yes, because I believe she said, "Mama, you don't want anymore of this cabbage do you?"

Q. What did she do with the remaining corn?
A. Well, if it wasn't thrown in the garbage she put in the garbage disposal.

Q. Did you go into the kitchen at any time after Connie did the dishes?
A. I think so, I think I was in there when she was doin' them.

Q. Did James have any food to eat prior to Connie disposing of the leftovers?
A. I don't think he did.

Q. Did you see Connie take a bite of any of the food?
A. No.

Q. Did Connie tell you what she had to eat over at Renetta's?
A. I think she said salisbury steak, I can't remember what else, she did tell me though.

Q. Did she tell you what time she ate at Renetta's?
A. No, she didn't.

Q. Were there any dirty dishes in your kitchen when you went to bed?
A. I put in the sink three glasses, I think. I put one rock glass and two tall black horoscope cups in the sink.

Q. What time did Connie go to bed?
A. It might have been around twelve somethin' cause I stayed up pretty late later than usual.

Q. Where did Connie sleep Monday night?
A. She slept in her bedroom.

Q. Did you see what she was wearing when she went to bed?
A. I really can't remember, I can't remember if she had on a shorty pajama outfit or not. I think when she went to bed she didn't even come back out in the room.

Q. Did Connie close the door when she went to bed?
A. Yea.

Q. Why did you stay up?longer than you ususally do?
A. To watch the movie.

Q. Can you recall what movie it was?
A. I can't recall.

PEORIA_SAVOR 371

PAGE SEVEN
STATEMENT OF: NOYALEE ROBINSON

Q. Do you have cable TV?
A. No.

Q. Do you recall what station you were watching?
A. It might have been 31.

Q. Who was watching this movie with you?
A. Well, we all were watching it, including Connie, and I didn't finish watching it, I tried. I left Peter and my son up watching it.

Q. Was Peter consuming any alcoholic beverages that evening?
A. Well, after he came back from trying to start Jimmie's car he said, "Give me one" and I presumed he meant a drink so I got the glass and a bottle. But he meant a beer but he took the drink instead. I only remember one drink he had.

Q. Approximately what time did you go to bed?
A. It was one somethin; I believe it was 1:30 cause the kids is always running me to bed and they told me it was two-thirty but actually I think it was onethirty.

Q. Did you fall asleep or doze off while watching the movie?
A. Yes.

Q. Do you have any idea how long you slept?
A. Well, it wasn't no long sleep, I kept falling asleep and waking up and there wasn't no sense in me sitting there.

Q. Are you sure you didn't go to sleep at any time prior to going to bed with Connie?
A. No.

Q. When you went to bed what was Connie doing?
A. She appeared to be asleep.

Q. What side of the bed did you sleep on?
A. I sleep on the back side near the wall.

Q. Can you recall where the phone was that night in relationship to the bed?
A. I don't remember that night but she always puts the phone by her.

Q. At any time during the night were you aware that Connie got out of the bed?
A. No, I don't, cause once I got to sleep I go to sleep.

Q. When you went to bed where was Peter and James?
A. I covered Peter with a sheet on the sofa and James was on the floor by the sofa.

Q. Where was the baby?
A. The baby sleeps in the bed with James and was back there by itself.

PAGE EIGHT
STATEMENT OF: NOYALEE ROBINSON

Q. Was James and William still watching the movie when you went to sleep?
A. Yes.

Q. What was James wearing when you last saw him Monday night when you went to bed?
A. He wears jeans and he's got two shoes but both of them are tan shoes and a shirt I think.

Q. Did you wake up at any tiem during the night?
A. No.

Q. Was Connie still in bed with you when the alarm went off at ten mintues of six?
A. Yes.

Q. Did Connie wake up when you did?
A. No, she never does.

Q. Where is the alarm clock located?
A. It's right on her chest of drawers next to her.

Q. Would you have had to get out of bed and go around to Connie's side in order to turn off the alarm clock?
A. Yes.

Q. At any time during the night did you hear the phone ring?
A. No.

Q. At any time Monday evening did you watch any of the football game?
A. No, I don't like sports.

Q. Have you ever known James to carry a knife?
A. He had a camping knife awhile back. He showed it to me. It had a fork, I think a spoon but I haven't seen that knife in so long.

Q. Have you ever known William to carry a knife?
A. Yea, but it's been a long time. The cops took it away from him. Now he might have had one since then but I wasn't around.

Q. What does James normally wear when he goes to bed?
A. I have to get on him about going to sleep in his clothes but he normally sleeps in his drawers.

Q. Did William stay at your house Sunday night?
A. Yea.

Q. Where did you sleep Sunday night?
A. He slept on one end of the sofa and I slept on the other end of the sofa.

Q. Prior to leaving the house for work Tuesday morning did you have any conversations with either Connie or James?
A. Every morning I always tell Connie that I'm fixin' to leave.

PEORIA_SAVORY

PAGE NINE
STATEMENT OF: NOYALEE ROBINSON

Q. Did you go into the bedroom to tell Connie bye?
A. Yes.

Q. Did Connie respond to you?
A. Yes.

Q. What did she say?
A. Okay. I never leave without saying I'm going.

Q. What time was it when you and William left for work Tuesday morning?
A. It was between six thirty and twenty-five minutes to seven.

Q. What was William wearing when you and him left the house Tuesday morning?
A. I think he had on blue pants, I know they were dark and I think they were blue, a blue shirt.

Q. What kind of shoes and coat was he wearing?
A. Black shoes and I think an old black coat.

Q. Do you knwo what happened to the sheet and bedding that William used while sleeping on the sofa?
A. I balled it up and put it away as I put the glasses away cause I don't like to be extra work on Connie and I just put it in the closet between the bathroom and the bedroom.

Q. You put the three glasses in the kitchen sink Tuesday morning prior to going to work?
A. Yes.

Q. When you put these glasses in the sink did you notice any other dirty dishes or any food on the stove?
A. I don't think there was, because sometime Scoapie leaves dirty dishes and I go and get on him about leaving dirty dishes. I usually make him rinse them out with hot water and put them in the rack.

Q. Let's go back to when you and William pulled into the driveway Tuesday evening. Did William or yourself go around to the back of the house to check the back door?
A. I did, cause he asked me did I think the back door would be unlocked and I said no, but that I would go and check it anyway.
Q.
Q. Why did you go to Pat Adair's prior to trying to open the garage door?
A. Well, I figured Connie was over at Renetta's and I went to use the phone but there was a man on the phone so I waited and then I called Renetta and she said she hadn't seen Connie and she's been trying to call her ever since nine that morning. So I asked was Mr. Adair in and by that time he walked in. So I asked him would he have another key cause I couldn't get in. Then he told me no, he didn't have one.

PEORIA_SAVO 374

PAGE TEN
STATMENT OF: NOYALEE ROBINSON

Q. What type of dog do you have?
A. I've got a German shepherd.

Q. Could you see your dog from the front door while you were knocking?
A. Yes.

Q. What is the name of the dog?
A. His name is Trouble Man.

Q. How does Trouble Man react when a stranger comes into your house?
A. He's real alert, he gets up.

Q. Is Trouble Man protective of family members?
A. Yes, he'll mind when he's told.

Q. I mean will Trouble Man attack a stranger if they were trying to harm James or Connie?
A. Yes.

Q. What makes you think this?
A. I've seen him wrestle with Connie and I've seen like in the back yard he and his friends would be wrestling and he' gets upset and during the summer hewas out on the chain and James and Scopie and his frined was wrestling and we made them stop sa because I ddidn't want him to get over there because I knew he would bite.

Q. Has Trouble Man ever bitten anyone before?
A. Yea, he's on record.

Q. Can you recall exactly whre you were in the house when you heard the phone beep-beep?
A. XKXXXX Uh huh, it was a toy, because Christmas I bought him this thing you ride on and it has a little red horn and it goes beep beep beep.

Q. Where was William when you first heard this beep?
A. We were in the kitchen, we had just gotten into the house.

Q. Did you or William touch the kitchen phone at any timepprior to hearing this beeping?
A. I didn't. When I got in there it was quiet. Then I heard the beep beep beep. I didn't use the phone. I don't remember him using the phone but it seemed like he said the phone was off, or dead or wasn't working or something. I was in such a state.

Q. I am referring to when you and William entered the kitchen from James' bedroom and you first heard this beeping sound, had you or William touched any of the phones at that point?
A. No, I don't think he did. I didn't.

Q. Who went into the living room first, you or William?
A. Peter.

PEORIA_SAVORY 375

PAGE ELEVEN
STATEMENT OF: NOYALEE ROBINSON


Q. Did you go into the living room?
A. I started to go into the living room, I stepped into the living room, but he stopped me from coming all the way.

Q. Could you see Connie's bedroom door from where you were standing?
A. You can't see the whole door but you can see the door.

Q. Did you ask Peter to go see what the problem was?
A. Yea.

Q. Why did Peter try to hold you back at that point?
A. He said he didn't want me to see that.

Q. Did Peter try to stop you from going to Connie's door before he went and checked?
A. No.

Q. Did you see William when he went and opened Connie's door?
A. Yea.

Q. About how far did William open the door into Connie's room?
A. I don't really know how far, it happend so quick. He opend the door and then he hollered. I don't know how far he opened it cause you can't see the whole door.

Q. About how long of time did William have the door open?
A. About two seconds. (She demonstrated on the door to Office 215)

Q. What was Peter wearing when he went to bed Monday night?
A. When I went to bed I saw him pulling his pants off.

Q. Did Peter take his shoes off?
A. Yea, he took his shoes off.

Q. What was Peter wearing when he got up Tuesday morning?
A. His drawers and undershirt.

Q. What type of underclothes were these?
A. He wears those big drawers, I'm really not sure.

Q. Where do you work?
A. I work at Foster Jacobs Electric.

Q. Did you leave Foster Jacobs at any time between 7:30 a.m. and 4:00 p.m. on Tuesday?
A. Yes, it was after lunch. See, I was scared to drive on the ice and if the weather is bad I don't have to drive and I remember my boss asking me did I think it was too slick and I said no, I don't think so. I think I went two places.

Q. Where did you go?
A. I think I went to Crescent and somplace else, I don't know for sure.

PEORIA_SAVORY 376

PAGE TWELVE
STATEMENT OF:   NOYALEE ROBINSON

Q. Did you go to Crescent and then return to Foster Jacobs and then go someplace else?
A. I went to Creseent to pick up a braker and I took it to my boss' son, Gary Jacobs, out in Pioneer Park, it's right there by Dawson's. I can't remember if I went somewhere before that.

Q. What time did you have lunch?
A. We have lunch at twelve o'clock.

Q. Did you call anyone while you were working?
A. I called my children around eleven something and the line was busy. And I called Parks about four something to see if Peter was gonna pick me up or not and they said yes, he had just left.

Q. Did you call Jimme Mills at anytime on Tuesday from work?
A. Yes, I called his job. He wasn't there.

Q. Why did you call him?
A. When I'm not doing anything and no one's around I make a call.

Q. Did you call him at anytime after that?
A. First time I called he wasn't there so I found something else to do. And then I called him again a second time and we talked.

Q. What did you talk about?
A. I asked if he got his car started and he alwasy talking to me about, Tony, his ex-wife.

Q. Can you recall what time it was when you talked to him the second time?
A. It was early, it was befofe lunch time.

Q. How long were you married to William Douglas?
A. We were married about six years; we've been together about nine years I guess.

Q. When were you divorced?
A. Weve been divorced, if it ain't six months it will be six months.

Q. Why did you and William get divorced?
A. Because I got tired of him running around and getting in arguments. I just got fed up. I had taken it a long time, I just got to my breaking point.

Q. Do you know the names of any females that he was messing around with?
A. The last one he just moved away from. Linda Jones, Nickie Wade (that was back during the summer), there was another one Diane Miller, then there was Katie Lee and I don't know the rest of them.

Q. Was there ever a female by the name of Gloria involved with William?
A. I don't know, there might have been. Hazel Trapp, I forgot about her.

*[Signed] Noyalee Robinson*

PEORIA_SAVOR 377

PAGE THIRTEEN
STATEMENT OF: NOYALEE ROBINSON

Q. Who got the divorce?
A. I did.

Q. On what grounds did you get this divorce?
A. Adultery, I think that's all.

Q. Let's go back to Tuesday evening. When you and Peter were in the house the first time, this being when he opened the door and said, "Oh, my God" and until the time both of you left the house, did either of you put the living room phone, which is green in color, back on the hook?
A. I don't know, I didn't touch it. I don't know if he did or not.

Q. When William got Cory, explain exactly what you and William did?
A. He came to me and I was crying and he was holding us, I stood a few minutes and I aw was crying and he took us on out the door and/put us in the car.

Q. What door did he take you out?
A. Out the front door. I remember watching the steps so I wouldn't fall.

Q. Did William start the car at that time?
A. I think so. I can't remember if it was already started but he probably started it cause I know when we went in the house he probably cut it off.

Q. Was William running when he went to Pat Adair's to call for help?
A. Yes and they were all in a hurry coming back.

Q. What was William wearing when he picked you up from work on Tuesday?
A. He was in brown, I think.

Q. Do you recall an incident on July 5, 1976, involving a person by the name of Gloria or Peter and somebody else?
A. I don't know no girl named Gloria unless I'm confused with Linda Jones. Two or three weeks before my divorce, long than that, he moved out with her.

Q. How long has Connie been living with you in Peoria?
A. The baby's two years old, she was pregnant when she came here. I'll say two and a half years, I'm not sure, the baby was born here.

Q. What hospital was the baby born in?
A. The baby was born in Methodist Hospital.

Q. Would you describe the relationship between William and Connie?
A. To me they got along beautifully. The last time I left him, before the divorce, he and I got into it and he slapped her and then we moved away and I know about a week later she and her friend Renetta they went on a boat ride and him and Linda was at the boat ride and the kids came home telling me about how he cried and begged Connie on the boat to talk to me, he wanted to go back, he was sorry about everything that had happened.

*Noyalee Robinson* [signature]

PEORIA_SAVOR 378

PAGE FOURTEEN
STATEMENT OF: NOYALEE ROBINSON

Q. Have you ever known William to flirt with Connie?
A. No, I haven't.

Q. Have you ever known Connie to flirt or make any advances toward William?
A. No, she wasn't that type of girl.

Q. Do you have any reason to believe that there was any involvement between Connie and William other than you've described?
A. No.

Q. Is there anything else you wish to add to this statement?
A. No, but I do have something to say. I'm tired but I understand why and I know what you all are doing. I don't care. I don't know who did my kids this away, I want to find out, I don't care if it was dady. I loved my kids, we had a beautiful relationship. I guess that's all. And I thank and appreciate everybody that's helping me.

This statement consisting fourteen typewritten pages, this page included, was given by the undersigned, NOYALEE ROBINSON, in the office of the Detective Bureau, Peoria Police Department, Room 215, 542 SW Adams, Peoria, Illinois on January 22, 1977, and was concluded at 4:10 P.M. This statement was taken by Officer John E. Fiers and Officer Charles H. Cannon and was typed by Debra A. Turner.

I, NOYALEE ROBINSON, have had this statement read to me in its entirety by Officer Charles Cannon and it is a true and correct written statement.

(SIGNED) _Noyalee Robinson_

WITNESSES:
_John E. Fiers_
_Charles H. Cannon_
_Debra A. Turner_

PEORIA_SAV 379