# Exhibit 30

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNIE LEE SAVORY, | ) | |
| | ) | Case No. 23-cv-01184 |
| *Plaintiff,* | ) | |
| | ) | The Hon. Judge Colleen R. Lawless |
| *v.* | ) | |
| | ) | Mag. Judge Jonathan E. Hawley |
| WILLIAM CANNON, as Special | ) | |
| Representative of the Estate of CHARLES | ) | **JURY TRIAL DEMANDED** |
| CANNON, et al., | ) | |
| *Defendants.* | | |

## DECLARATION OF DR. DANIEL SPITZ

I, Daniel Spitz, hereby declare as follows:

1. I have been retained by Plaintiff in this matter to give expert opinion testimony.

2. Attached to this declaration as Exhibit A is a true and accurate copy of a report, which contains opinions that I offer in this case, as well as attachments incorporated as part of that report. The contents of this report and its attachments are true and accurate to the best of my knowledge and belief, and I hold the opinions stated within the report to a reasonable degree of professional certainty.

3. My qualifications for rendering expert opinions in this case are summarized in my report and in my CV, which is attached to this declaration as Exhibit B. My CV is true and accurate as of the date of my report in this case to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1

Dated:    April 18, 2024

Daniel Spitz

# Exhibit A

# DANIEL J. SPITZ, M.D.
## FORENSIC PATHOLOGY AND TOXICOLOGY

### 34051 South Gratiot Avenue, Suite 202
### Clinton Township, Michigan 48035

****************************

Telephone: (586) 791-6700
Facsimile: (586) 791-6701
Direct: (313) 806-2002

Email: danspitz@aol.com

June 5, 2023

Mr. Steven Art
Attorney at Law
312 North May Street
Suite 100
Chicago, Illinois 60607

**Re:** *Johnnie Lee Savory v. State of Illinois*

Dear Mr. Art,

Pursuant to your request, I have reviewed the following materials pertaining to the Johnnie Lee Savory v. State of Illinois matter.

- Autopsy Report, Connie Lee Cooper
- Autopsy Report, James William Robinson
- Toxicology Report, Connie Lee Cooper
- Toxicology Report, James William Robinson
- Death Certificate, Connie Lee Cooper
- Death Certificate, James William Robinson
- Scene and Autopsy Photographs
- Coroner's Inquest, Connie Lee Cooper
- Coroner's Inquest, James William Robinson
- Knife Photographs
- Investigation/Case Report, Peoria Police Dept.
- Supplemental Reports, Peoria Police Dept.
- Evidence Report, Peoria Police Dept.
- Autopsy Report, Peoria Police Dept.
- Summary Report, Peoria Police Dept.
- Forensic Evidence Report, Robert F. Gonsowski (Criminalist)
- Evidence Notes (yellow paper)

- Evidence Notes (white paper)
- Evidence Notes (Walt note)
- Crime scene photographs
- Affidavit, Daniel J. Spitz (dated November 8, 2012)
- Knife Replica
- Knife Replica Photographs
- Trial Testimony
  - Robert Gonsowski (1977)
  - Dr. Phillip Immesoete (1977)
  - Officer Walter Jatkowski (1977)
  - Herbert H. Buzbee
  - Robert F. Gonsowski (1981)
  - Dr. Phillip Immesoete (1981)
  - Officer Walter Jatkowski (1981)
- Deposition Transcripts with Exhibits
  - Robert Gonsowski (November 10, 2022)
  - Walter Jatkowski (February 23, 2023)
  - Walter Jatkowski (October 20, 2021)

To begin, all opinions from the November 8, 2012 affidavit are incorporated into this report.

Subsequent to my review of these materials, it is my opinion that Connie Cooper and James Robinson sustained multiple stab wounds and died as a result of exsanguination (blood loss) related to their injuries. The manner of death for both victims was homicide.

Connie Cooper and James Robinson were found dead in the bedroom of their home on January 17, 1977. A two year old child and the family dog were found unharmed in a separate room.

The evidence indicates that Connie Cooper was sexually assaulted at or around the time of her murder.

Connie Cooper was found dead wearing a nightgown, robe and underwear. She had multiple stab and incised wounds to her body including her face, torso, genitalia and upper and lower extremities. Stab wounds that support the conclusion that this was a sexually motived homicide include the wounds to her genitalia, left buttock, and left posterior thigh. Dr. Phillip Immesoete collected a white substance from Connie Cooper's vagina during the autopsy.

During the People v. Johnnie Lee Savory trial in 1977, Dr. Phillip Immesoete was asked if there was evidence of sexual activity regarding Connie Cooper. Dr. Immesoete testified: "No, there are a lot of fluids that occur in the vagina, possibly with infections, possibly with intercourse that look similar."

Savory

This opinion is without scientific basis since the fluid created with vaginal infections or sexually transmitted diseases looks very different than seminal fluid or normal vaginal secretions associated with sexual intercourse. Vaginal discharge related to infection often has a yellow, green or brown discoloration.

Furthermore, Dr. Immesoete indicated that the vaginal swabs collected during the autopsy had not been tested and thus he did not have any results. Laboratory testing of the vaginal swabs would provide definitive results as to the nature of the vaginal fluid and any opinion regarding sexual activity should have been reserved until such information was available. Thus, Dr. Immesoete's opinion that there was no evidence of sexual activity was without basis.

In this case, a laboratory test report states that "chemical and immunoelectrophoretic analysis of [the vaginal swab collected at the time of the autopsy] indicated the presence of seminal material. Microscopic examination of this item did not reveal the presence of spermatozoa."

Yellow notes I have been provided state "Sperm – slight positive (poss false pos) 1st time neg 2nd pos. (no sperm but pos seminal)." White notes state "vaginal swabs – slight pos – her blood type only A not a quick reaction feeling that it was there before attack." The word "sperm" is included in another police note. This is clear evidence based on laboratory testing that sexual activity had occurred in connection with the assault on Connie Cooper.

During the People v. Savory trial in 1981 (second trial), Dr. Immesoete was asked the following:

Question: Doctor, in the course of your examination of the decedent Connie Cooper, did you take any smears of the vagina or the rectum to see if there had been any sexual intercourse or rape involved?

Answer: Yes, I did.

Question: Did you find any seminal fluid in those exams?

Answer: I have not seen a report. I, personally, do not do the examination on those fluids. Connie Cooper was at the end of her menstrual period or menstruating at that time. I did not see trauma in the vagina. I don't believe that there was sexual intercourse during that time. On the other hand, I do not have a report on the fluids and scrapings I took on the vagina and the anus at that time.

Question: Do you recall seeing a report that indicated there might be seminal fluid there?

Answer: I probably reported that there was fluid there that was sent off for analysis.

This testimony is inaccurate and misleading. While Ms. Cooper may not have sustained visible trauma to her vagina, she had significant trauma to her genitalia. There was a stab wound to her right labium majora that went deep to the underlying pubic bone.

At the second trial, Dr. Immesoete also testified that anyone 10 to 12 years old and up would be able to inflict these wounds and that the wounds were consistent with a "younger perpetrator" but not a sexual psychopath."

As I stated in my 2012 affidavit, there is no scientific basis for a finding that the age of the perpetrator or the perpetrator's status as a "sexual psychopath" could be determined by the number or type of stab wounds. This is a highly unusual and nonscientific opinion.

Additionally, there was no basis for Dr. Immesoete's opinion that he did not believe there was sexual intercourse. Based on the circumstances associated with this case and the presence of fluid in the vagina, the vaginal swab that was collected during the autopsy had a high probability of testing positive for seminal fluid. Therefore, Dr. Immesoete should not have rendered an opinion regarding sexual intercourse without having those results. The testing results existed, and there was definitive evidence that this was a sexually motived homicide.

The knife that was believed to be the murder weapon was a non-locking folding knife with a 3 inch blade and a plastic handle. The width of the blade was 9/16[th] inch at its widest point.

This knife was determined to be the murder weapon based on statements made by Savory, police testimony and witness testimony during the 1981 second trial of Savory.

The autopsy examination and autopsy photographs of Connie Cooper demonstrate the following sharp force injuries.

The central region of the forehead has a 1 7/8 inch incised wound which extends deep to the underlying skull and the right cheek region has a 1 inch horizontally oriented incised wound which involves the skin and subcutaneous soft tissues.

The right upper abdomen/right lower chest has a 4¾ inch vertically oriented stab wound which is associated with four stab wounds to the liver.

The left lower abdomen has a 4½ inch stab wound which entered the abdominal cavity and perforated the intestine. Multiple loops of intestine are protruding through the stab wound.

There is a 1 inch stab wound involving the right labium majora which extends deep to the pubic bone.

The left side of the mid back has a 1½ inch stab wound situated below the left scapula wing. The stab wound involves the lower lobe of the left lung and crosses the midline to involve the inferior vena cava. There is an associated 2500-3000 cc hemothorax.

*Savory*

There is a 3 inch stab wound involving the left buttock and the proximal left posterior thigh has a 1 5/8th inch stab wound. Both wounds involved the skin and underlying soft tissues.

The right and left hands show multiple sharp force defensive wounds.

The autopsy examination and autopsy photographs of James Robinson demonstrate the following sharp force injuries.

The face has a 1½ inch horizontally oriented incised wound which involves the bridge of the nose, left orbit and left upper eyelid. The wound over the nasal bridge extends deep to the bone.

The left cheek region has a 1¾ inch horizontally oriented incised wound which involves the skin and subcutaneous soft tissues.

The left pre-auricular skin has a superficial incised wound which extends across the left ear lobe.

There is a 1¼ inch obliquely oriented stab wound on the left side of the chest adjacent to the midline. The wound shows a serrated edge. The stab wound perforates the sternum causing a 1¼ inch long wound in the bone. The wound involves the pericardial sac and left atrium causing a 200 cc hemopericardium.

The left side of the chest has a 3 inch horizontally oriented stab wound located 1 inch below the left nipple and extending toward the left anterior axillary line. The wound track involves the intercostal muscle between the left 6th and 7th ribs which has a 6 inch defect. The wound track involves the left lung and inferior vena cava resulting in a 2000-2500 cc left hemothorax.

The left side of the upper abdomen has a 1¾ to 2 inch stab wound which extends into the abdominal cavity and involves the omentum.

There is a 2 to 2½ inch stab wound on the right upper abdomen. The wound extends into the abdominal cavity. Intestinal loops and fat are protruding through the wound. The wound track involves the transverse colon near the hepatic flexure causing spillage of fecal matter into the abdominal cavity.

Examination of the hands and fingers shows no defensive wounds.

Based on the description of the stab wounds as well as wound photographs, it is my opinion that the folding knife with a 3 inch non-locking blade and a width of 9/16 inch was not the weapon that caused these wounds.

All of the stab wounds involving both victims are described as being 1¼ inches to 4¾ inches in length. It is unlikely that a knife with a blade width of 9/16th at the widest part would cause such large wounds. While there can be some variation in stab wound size due to

5

Savory

movement of the knife during the stabbing, the fact that the sternum showed a 1¼ inch wound is consistent with a knife having a much wider blade.

The depth of some of the stab wounds is also inconsistent with a knife with a 3 inch blade.

The wound on the left side of James Robinson's chest (1 inch below the left nipple and extending toward the left anterior axillary line) is described as perforating the left lung and the inferior vena cava. The inferior vena cava is on right side of the body which means the knife would have to be long enough to enter the left anterolateral chest and course through the left chest cavity, cross the midline and perforate the inferior vena cava. A wound track of this length could not be caused by a knife with a 3 inch blade even if one account for a pliable chest wall. Additionally, the stab wound on the left side of Connie Cooper's back is described as perforating the left lung and inferior vena cava. Again, the knife would have to enter the left chest cavity, cross the midline and then involve the inferior vena cava. This wound track would be significantly longer than 3 inches and would thus be inconsistent with being caused by a knife with a 3 inch blade.

Lastly, the wound on the left chest of James Robinson is described by Dr. Immesoete as having a serrated edge. This would suggest that the murder weapon was a knife with a serrated blade. The knife that has been put forth as the murder weapon has a straight blade which casts further doubt on this being the knife that was used to inflict the wounds sustained by Connie Cooper and James Robinson.

During the People v. Savory trial in 1977, Dr. Immesoete was asked if he had an opinion regarding the length of the blade necessary to inflict these wounds.

Dr. Immesoete testified that the blade of the knife had to be at least 3½ inches long but could be longer.

Later during his trial testimony Dr. Immesoete was asked the following question:

Question:  And I take it the knife would have to be about 4 inches long, is that a fair statement.

Answer:  Not necessarily. These are both young victims with very pliable chests. And you see in a young person up to the age of 30 it is up to the age of 30 before the cartilages in the chest begin to get calcium in them and you take a 19, 14 year old person, you can compress their chest. The knife itself would have to be I would suspect 3, 3 and a half inches long. It doesn't have to be 6, 8 inches knife, anything like that.

While I agree that soft tissues can be compressed if a knife is forcibly thrust into a person's body, the increase is wound length is typically not much longer than the length of the blade. Furthermore, if a knife is thrust forcibly into someone's body, the hilt of the blade makes contact and often causes injury to the skin adjacent to the stab wound. No such blunt force injuries are described in the autopsy reports and no such injuries are depicted in the autopsy photographs.

6

Laboratory test reporting on the knife at the time stated that "chemical testing indicated the presence of blood but there was not enough material to do further testing. The white police notes state that laboratory testing of the knife was "neg for blood" and "two spots slight reaction if blood was present." If this non-locking folding knife had been the murder weapon, I would expect blood have been on the blade of the knife and in many other places on the knife.

The use of a non-locking folding knife to inflict such wounds would put the assailant at high risk for sustaining sharp force injuries during the attack. Penetrating bone such as the sternum which occurred with the left chest wound to James Robinson could cause the knife to close unexpectedly and cause injury to the hand or finger (s) of the assailant.

The presence of blood with an unknown DNA profile at the murder scene and on one of the victim's clothing is consistent with the assailant having been injured during the attack.

Evaluation of the forensic evidence related to the deaths of Connie Cooper and James Robinson supports the conclusion that Connie Cooper was stabbed before James Robinson.

Laboratory testing indicated that group A human blood was present on James Robinson's underwear and group A blood was present on the left leg of James' pants. Ms. Cooper's blood type was tested and determined to be group A. Thus, this evidence supports the conclusion that Connie Cooper had sustained a bleeding wound (s) prior to the assailant coming in contact with James Robinson.

In summary, the forensic evidence associated with this case indicates that Connie Cooper was the victim of sexual assault and homicide due to multiple stab wounds. The murder weapon was a bladed instrument with different dimensions and characteristics than the knife that has been presented as the weapon used in these murders. Lastly, it is my opinion that the evidence supports the conclusion that Connie Cooper was murdered before James Robinson.

The above opinions are made to a reasonable degree of medical and scientific certainty and are based on the materials that I have reviewed. I reserve the right to amend my opinion should new or additional information become available.

Very truly yours,

Daniel J. Spitz, M.D.

# DANIEL JOSEPH SPITZ, M.D.

## ADDRESSES

**OFFICE:**
34051 South Gratiot Avenue, Suite 202
Clinton Township, Michigan 48035
Telephone: (586) 791-6700
Telephone: (313) 806-2002 (direct)
Fax: (586) 791-6701
Email: danspitz@aol.com

**HOME:**
66 Stephens Road
Grosse Pointe Farms, Michigan 48236
Telephone: (313) 882-2920
Email: danspitz@aol.com

## EDUCATION

| | |
|---|---|
| 1991 - 1995 | **Wayne State University School of Medicine**<br>Detroit, Michigan<br>Degree:  Doctor of Medicine |
| 1987 - 1991 | **Albion College**<br>Albion, Michigan<br>Degree:  Bachelor of Arts<br>Major:  Biology |
| August - December 1989 | **Tulane University**<br>New Orleans, Louisiana<br>(Semester Program) |

## POSTGRADUATE TRAINING

| | |
|---|---|
| 2000 - 2001 | **Forensic Pathology Fellow, Office of the Medical Examiner**<br>Miami-Dade County, Florida |

1

| | |
|---|---|
| 1996 - 2000 | **Resident, Department of Pathology (Anatomic & Clinical Pathology)**<br>**Rush Presbyterian-St. Luke's Medical Center**<br>Chicago, Illinois |
| 1995 - 1996 | **Surgical Internship, Department of General Surgery**<br>**Rush Presbyterian-St. Luke's Medical Center**<br>Chicago, Illinois |

## BOARD CERTIFICATION

| | |
|---|---|
| November 2001 | **American Board of Pathology, Forensic Pathology** |
| September 2000 | **American Board of Pathology, Anatomic Pathology & Clinical Pathology** |
| September 1997 | **National Board of Medical Examiners** |

## ACCREDITATION

| | |
|---|---|
| June, 2014 - Present | **Full Accreditation, National Assoc. of Medical Examiners (NAME)**<br>**Macomb County Medical Examiner's Office**<br>Macomb County, Michigan |

## CURRENT MEDICAL EXAMINER and ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2004 - Present | **Chief Medical Examiner & Chief Forensic Pathologist**<br>**Office of the Medical Examiner**<br>Macomb County, Michigan |
| 2006 - Present | **Chief Medical Examiner, Office of the Medical Examiner**<br>St. Clair County, Michigan |
| 2022 – Present | **Deputy Medical Examiner, Office of the Medical Examiner**<br>Saginaw County, Michigan |
| 2004 - Present | **Clinical Assistant Professor**<br>**Department of Pathology, Wayne State University School of Medicine**<br>Detroit, Michigan |

| 2005 - Present | **Clinical Assistant Professor** |
| | **Department of Fundamental and Applied Sciences, Wayne State University** |
| | Detroit, Michigan |

| 2006 - Present | **Staff Physician, Department of Pathology** |
| | **McLaren Hospital, Port Huron** |
| | Port Huron, Michigan |

| 2008 - Present | **Adjunct Faculty / Instructor** |
| | Macomb Community College |
| | Warren, Michigan |

| 2009 - 2020 | **Clinical Educator** |
| | Michigan State University School of Medicine |
| | East Lansing, Michigan |

## CONSULTING POSITIONS

| 2006 – 2020 | **Medicolegal and Forensic Science Consultant** |
| | **MSNBC, CNN, CNN Headline News, Court TV, Fox News Channel** |
| | New York, New York and Atlanta, Georgia |

| 2009 – 2020 | **Forensic Pathology and Forensic Science Consultant** |
| | **CSI (Crime Scene Investigation) and CSI Miami, CBS Television Network** |
| | Los Angeles, California |

## PREVIOUS MEDICAL EXAMINER APPOINTMENTS

| 2001 - 2004 | **Associate Medical Examiner, Medical Examiner Department** |
| | Hillsborough County, Florida |

| 2001 - 2004 | **Associate Director, Forensic Pathology Fellowship Training Program** |
| | Hillsborough County, Florida |

| 2003 - 2004 | **Associate Medical Examiner, District 12 Medical Examiner Department** |
| | Sarasota, Manatee and DeSoto Counties, Florida |
| 2000 - 2001 | **Associate Medical Examiner, Medical Examiner Department** |
| | Miami-Dade County, Florida |

3

## OTHER PREVIOUS APPOINTMENTS

2010 - 2013 **Clinical Laboratory Director, Health Department**
St. Clair County, Michigan

2004 - 2005 **Forensic Science Instructor, Criminal Justice Department**
St. Petersburg College, St. Petersburg, Florida

2001 - 2004 **Assistant Professor of Pathology and Laboratory Medicine**
**University of South Florida, College of Medicine**
Tampa, Florida

1999 - 2000 **Chief Resident, Department of Pathology**
**Rush Presbyterian-St. Luke's Medical Center**
Chicago, Illinois

1998 - 2000 **Staff Pathologist, Christ Hospital and Medical Center**
Oak Lawn, Illinois

1998 - 2000 **Research Associate, Rush Alzheimer's Disease Center**
Chicago, Illinois

1997 - 2000 **Pathology Laboratory Instructor, Rush Medical College**
Chicago, Illinois

August 1987 **Recovery Team, Northwest Airlines Plane Crash -**
**Flight 255**
Detroit, Michigan

## MEDICAL LICENSES

- Michigan: 4301081020 - 2002 to present
- Florida: ME 82382 - 2001 to present
- Illinois: 36-096963 - 1996 - 2003 (Inactive Status)

## EDITORIAL BOARD of EDITORS

2005 - 2018 **American Journal of Forensic Medicine and Pathology**
Philadelphia, Pennsylvania

## COMMITTEE APPOINTMENTS

2006 - Present **Anatomic Pathology Assistant Program, Advisory Committee**
Wayne State University, Detroit, Michigan

| | |
|---|---|
| 2005 - Present | **Michigan Child Death Review, Consultant**<br>St. Clair County, Michigan |
| 2004 - Present | **Michigan Child Death Review, Consultant**<br>Macomb County, Michigan |
| 2002 - 2004 | **Pathology Residency Committee, University of South Florida College of Medicine**<br>Tampa, Florida |
| 2002 - 2004 | **Florida Child Protection Team, Consultant**<br>Hillsborough County, Florida |
| 2002 - 2004 | **Disciplinary Hearing Officer**<br>Hillsborough County, Florida |
| 1997 - 2000 | **Admissions Committee, Rush Medical College**<br>Chicago, Illinois |
| 1997 - 2000 | **Surgical Procedure Review Committee, Rush Presbyterian - St. Luke's Medical Center**<br>Chicago, Illinois |

## AWARDS / ACHIEVEMENTS

| | |
|---|---|
| May, 2009 | **Distinguished Service Award, Port Huron Police Department** |
| January, 2009 | **Featured Medical Examiner – *Dead Men Talking***<br>Three Part Documentary Series - MSNBC Cable Network |

## INVITED LECTURES / PANEL DISCUSSIONS / SEMINARS

- *Forensic Pathology and Investigation of Death:* Michigan Society for Respiratory Care Spring Conference, Dearborn, Michigan, April 15, 2016

- *Role of the Medical Examiner:* Gift of Life 6th Annual Transplant Symposium, Ann Arbor, Michigan, March 18, 2016
- *Forensic Investigation of Fire Deaths:* St. Clair County Fire Training Seminar, Port Huron, Michigan, January 17, 2015

- *Forensic Death Investigation:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 2, 2014

- *Forensic Pathology and Scene Investigation:*  Detective Training Seminar, Mt. Clemens, Michigan, March 26, 2014

- *Child Deaths; Investigation Approach and Pitfalls:*  Macomb County Sheriff Department, Mt. Clemens, Michigan, October 25, 2013

- *Wound Pattern Recognition and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 14, 2013

- *Forensic Pathology – Application for First Responders*, Training Series, St. Clair Shores Fire Department, St. Clair Shores, Michigan, May 28, 2013

- *Infant and Child Death Investigation:* CTC Training Specialties, Clinton Township, Michigan, October 9, 2012

- *Forensic Death Investigation:*  Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 18, 2012

- *Asphyxiation, Rape, Homicide:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 4, 2012

- *Forensic Case Presentation:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 3, 2012

- *Death Investigation in Michigan-What All Residents Should Know:* Grosse Pointe Crisis Club, February 16, 2012

- *Forensic Pathology and Duties of Medical Examiner:* Wake-Up Wednesday, Grosse Pointe Yacht Club, Grosse Pointe, Michigan, December 14, 2011
- *Death Investigation, Injury Analysis and Evidence Collection for First Responders:* Southwest Michigan 3rd Annual Botsford Hospital EMS Expo, Novi, Michigan, October 12, 2011

- *Asphyxiation, Rape, Homicide:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 6, 2011

- *Forensic Case Presentation:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 5, 2011

- *Wound Pattern Recognition and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 14, 2010

6

- *Medical Examiner Scene Investigator (MESI) Training Program, St. Clair County:* Course Director, Port Huron Hospital, Port Huron, Michigan, May, 2010

- *Interpretation of Patterned Injuries:* Sexual Assault Nurse Examiner (SANE) Seminar, Mt. Clemens, Michigan, April 28, 2010

- *Rape/Homicide and Collection of Evidence:* 34th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 21, 2010

- *Interpretation of Injuries Caused by Firearms,* 34th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 22, 2010

- *Forensic Pathology and Death Investigation,* Science Seminar, Grosse Pointe North High School, Grosse Pointe, Michigan, December 17, 2009

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 19, 2009

- *Forensic Pathology and Death Investigation,* Science Seminar, Grosse Pointe North High School, Grosse Pointe, Michigan, May 20, 2009

- *Forensic Pathology and Medical Examiners: What the Public Needs to Know,* 4th Annual Crime Victims' Rights Week Seminar, Clinton Township, Michigan, April 30, 2009

- *Interpretation of Injuries Caused by Firearms,* 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 24, 2009
- *Rape/Homicide and Collection of Evidence:* 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 24, 2009

- *Investigation of Deaths in Childhood - From SIDS to Shaking*: 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2009

- *Interpretation of Gunshot Wound and Sharp Force Injuries:* Department of Pathology, Wayne State University School of Medicine, Detroit, Michigan, April 7, 2008

- *Introduction to Forensic Pathology-Wound Pattern Recognition:* Basic Detective School, Oakland Police Academy, Auburn Hills, Michigan, March 27, 2009

- *Interpretation of Patterned Injuries:* Sexual Assault Nurse Examiner (SANE) Seminar, Mt. Clemens, Michigan, January 13, 2009

- *Rape-Homicide and Collection/Interpretation of Evidence:* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 7, 2009

- *Interpretation of Injuries Caused by Firearms,* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 7, 2009

- *Investigating Deaths in Childhood – From SIDS to Shaking:* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 6, 2009

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 21, 2008

- *Insights into the Diagnosis of Cause of Death:* Innovations in Emergency Medicine (Beaumont Hospital), Beverly Hills, Michigan, October 24, 2008

- *Forensic Death Investigation:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 9, 2008

- *Investigation of Deaths in Childhood - From SIDS to Shaking*: 32nd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2008

- *Rape/Homicide and Collection of Evidence:* 32nd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 25, 2008

- *Interpretation of Gunshot Wound and Sharp Force Injuries:* Department of Pathology, Wayne State University School of Medicine, Detroit, Michigan, April 7, 2008

- *Investigation Drowning Deaths:* Continuing Education, Sterling Heights Fire Department, Sterling Heights, Michigan, March 11, 2008

- *A Day in the Life of a Forensic Pathologist:* American Academy of Forensic Sciences, Student Academy, 60th Anniversary Meeting, Washington DC, February 19, 2008

- *Recognizing Child Abuse: What Schools and Educators Need to Know:*  Child Protection Law Workshop (Panel Discussion), Macomb Intermediate School District, Clinton Township, Michigan, February 8, 2008

- *Rape-Homicide and Collection/Interpretation of Evidence:* 2nd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, December 7, 2007

- *Case Review in Drowning Deaths and Bodies Recovered from Water:* 2nd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, December 6, 2007

- *Investigation of Deaths in Childhood: From SIDS to Shaking:*  Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, November 30, 2007

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 16, 2007

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, September 30, 2007

- *Wound Pattern Recognition: An Introduction to Forensic Pathology and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 18, 2007

- *Investigation and Analysis of Firearm Wounds:* 31st Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 27, 2007

- *Introduction to Forensic Pathology*: Department of Pathology, Wayne State University, Detroit, Michigan, January 26, 2007

- *Investigation of Deaths in Childhood: From SIDS to Shaking (Part 2):* Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, December 15, 2006

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 1st Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, November 30, 2006

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 1st Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, November 30, 2006

9

- *Investigation of Deaths in Childhood: From SIDS to Shaking (Part 1):* Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, November 17, 2006

- *Injury Analysis and Wound Pattern Recognition:* Forensic Nurse Examiners Conference, Warren, Michigan, November 2, 2006

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, October 1, 2006

- *Wound Pattern Recognition: An Introduction to Forensic Pathology and Injury Analysis:* Wayne State University, Department of Fundamental and Applied Sciences, Detroit, Michigan, June 27, 2006

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, May 31, 2006

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 30th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 28, 2006

- *Wound Pattern Recognition and Analysis:*  National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 5, 2006

- *Forensic Case Consultation – Panel Discussion:* National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 5, 2006

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 6, 2006

- *Wound Identification and Pattered Injuries*: Sexual Assault Nurse Examiner Conference, Macomb County Community College, January 18, 2006

- *Gunshot Wounds: What Do They Tell Us?* Georgia Public Defender Standards Council, Forensic Science Seminar, Atlanta, Georgia, November 9, 2005

- *Drowning and Bodies Recovered from Water; Solving the Puzzle:* Michigan Association of Medical Examiners, Annual Meeting, Mt. Pleasant, Michigan, October 30, 2005

- *Death Investigation and Wound Pattern Analysis:* Michigan Police Academy Detective Training, Oakland County Community College, October 27, 2005

- *Postmortem Changes: Recognizing Injury v. Artifact:* 12th Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 12th Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Interpretation of Gunshot Wounds and Sharp Force Injuries. 12th* Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Wound Pattern Recognition: An Introduction to Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, June 28, 2005

- *Child Abuse: Interpretation of Injuries and Distinction from Natural and Accidental Deaths:* Pediatric Sexual Assault Nurse Examiner Training Seminar, Fraser, Michigan, May 19, 2005

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 29th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 21, 2005

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 29th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 20, 2005

- *Interpretation of Forensic Evidence:* National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Forensic Case Consultation:* National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Forensic Case Analysis:* St. Clair County, Medical Examiner Scene Investigator Conference, Marysville, Michigan, February 22, 2005

- *Injury Analysis and Wound Pattern Recognition:* Forensic Nurse Examiners Conference, Warren, Michigan, January 17, 2005

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, October 10, 2004

- *Interpretation of Gunshot and Shotgun Wounds:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 7, 2004

- *Thermal Injuries and Bodies Recovered From Water:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 7, 2004

- *Investigation of Deaths in Childhood:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 6, 2004

- *Forensic Pathology and Interpretation of Wound Patterns:* 11th Annual International Homicide Investigators Association, Clearwater, Florida, August 2, 2004

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, June 6, 2004

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 28th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2004

- *Drowning and Bodies In Water*: University of South Florida, Department of Pathology, Tampa, Florida, April 15, 2004

- *Interpretation of Blunt Trauma and Sharp Force Injuries*: 18th Annual Medicolegal Investigation of Death Seminar, Morgantown, West Virginia, March 27, 2004

- *Interpretation of Injuries due to Firearms*: 18th Annual Medicolegal Investigation of Death Seminar, Morgantown, West Virginia, March 27, 2004

- *Understanding the State's Pathology Witness*: National Legal Aid and Defender Association: Life in the Balance, Memphis, Tennessee, March 15, 2004

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Memphis, Tennessee, March 14, 2004

- *Forensic Evidence Collection and Interpretation: The Role of the Medical Examiner:* Tampa Bay Area Chiefs of Police, Annual Forensic Science Seminar, Tampa, Florida, March 5, 2004

- *Injury Pattern Recognition and Interpretation:* Death is Different, Florida Association of Criminal Defense Attorneys, 10th Annual Death Penalty Seminar, Palm Beach, Florida, February 21, 2004

- *Medicolegal Aspects of Death Investigation:* St. Petersburg College, Southeastern Public Safety Institute, St. Petersburg, Florida, October 22, 2003

- *Forensic Pathology and Death Investigation:* University of South Florida, Medical Student Colloquium, Tampa, Florida, October 16, 2003

- *Interpretation of Gunshot Wounds*: University of South Florida, Department of Pathology, Tampa, Florida, September 18, 2003

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, May 25, 2003

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 27th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 4, 2003

- *Interpretation of the Autopsy Report - Understanding the State's Pathology Witness*: National Legal Aid and Defender Association: Life in the Balance, Austin, Texas, March 18, 2003
- *Evaluating Gunshot Wounds and Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Austin, Texas, March 18, 2003

- *Drowning and Bodies In Water*: University of South Florida, Department of Pathology, Tampa, Florida, March 13, 2003

- *Gunshot Wound Evaluation*: University of South Florida, Department of Pathology, Tampa, Florida, October 10, 2002

- *Patterns of Injury in Trauma*: 6th Annual Trauma Symposium, Tampa, Florida, May 17, 2002

- *Introduction to Forensic Pathology*: National Defender Investigator Association, Portland, Oregon, April 18, 2002

- *Investigation of Drowning Deaths and Bodies Recovered from Water*: 26th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 8, 2002

## SCIENTIFIC PUBICATIONS

### BOOKS

- Reddy V, David O, **Spitz DJ**, Haber MH. *Gattuso's Differential Diagnosis in Surgical Pathology*, 4th Edition. Elsevier, Inc. New York, New York, 2022.

- Gattuso P. Reddy V, David O, **Spitz DJ**, Haber MH. *Differential Diagnosis in Surgical Pathology*, 3rd Edition. Elsevier, Inc. New York, New York, 2015.

- Spitz WU, **Spitz DJ**. *Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Gattuso P. Reddy V, David O, **Spitz DJ**, Haber MH. *Differential Diagnosis in Surgical Pathology*, 2nd Edition. W.B. Saunders Company, New York, New York, 2010.

- Haber MH, Gattuso P, **Spitz DJ**, David O. *Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

### BOOK CHAPTERS

- Diegel R, Henry T, **Spitz DJ**. Wound Identification and Documentation *in Atlas of Sexual Violence*. Elsevier, St. Louis, Missouri, 2013.

- **Spitz DJ**. Investigation of Bodies in Water *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Platt MS, **Spitz DJ**, Spitz WU. Investigation of Deaths in Childhood: The Abused Child and Adolescent *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Spitz WU, **Spitz DJ**. Investigation of Deaths in Childhood: Feticide and Neonaticide *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

14

- **Spitz DJ**. History and Development of Forensic Medicine and Pathology *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**. Identification of Human Remains *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**, Yocom J, Reddy VB. Heart, Pericardium and Blood Vessels *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Gattuso P. Ureter, Urinary Bladder and Kidney *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Cochran EJ. Central Nervous System in *Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- Pins MR, Betlej TM, Dysico G, **Spitz DJ**. Male Genitourinary System *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Gattuso P. Breast *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- Kapur S, **Spitz DJ**, Reddy VB. Soft Tissue *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- Spitz DJ, Gattuso P. Adrenal Gland *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

## ORIGINAL ARTICLES

- Mateju E, Duchanova S, Kovac P, Moravansky N, **Spitz DJ**. Fatal Case of Rapunzel Syndrome in Neglected Child. *Forensic Science International***,** 190:5-7, July 2009.

- Kovac P, Moravansky N, **Spitz DJ**. Child Abuse and Neglect, Minimum for Primary Care Pediatrician. *Practical Pediatrics*, 1:49-51, January 2009.

15

- Duer WC, **Spitz DJ**, McFarland, S. Relationships between Concentrations of Cocaine Hydrolysates in Peripheral Blood, Heart Blood, Vitreous Humor and Urine. *Journal of Forensic Sciences*, (51)2:421-425, March 2006.

- **Spitz DJ**, Prator PC, Stratton JE, Labiste L, Augenstein JS, Mackinnon J, Phillips J, Singer M, Perdeck E. Neck and Cervical Spine Injuries Caused by Automatic Two-Point Shoulder Restraints: An Analysis of 4 Cases. *Journal of Forensic Sciences*, 50(1):159-163, January 2005.

- **Spitz DJ**, Ouban A. Meningitis Following Gunshot Wound of the Neck. *Journal of Forensic Sciences*, 48(6):1369-1370, November 2003.

- **Spitz DJ**. An Unusual Death in an Asthmatic. *The American Journal of Forensic Medicine and Pathology,* 24(3):271-2, September 2003.

- **Spitz DJ**, Adams VI. Medical Investigation of Pedestrian Deaths. *American Society of Clinical Pathologists, Forensic Pathology Check Sample*, Vol. 44, No. 2, ISSN-1056-5922, May 2002.

- **Spitz DJ**. Drowning and Near-Drowning: Pathophysiology Associated with Freshwater and Saltwater Environments. *American Society of Clinical Pathologists, Forensic Pathology Check Sample,* Vol. 43, No. 3, ISSN-1056-5922, October 2001.

- Hertz G, Reddy VB, Green L, **Spitz DJ**, Massarani-Wafai R, Selvaggi SM, Kluskens L, Gattuso P. Fine Needle Aspiration of Liver Masses: A Multicenter Study of 602 Radiologically Guided FNA. *Diagnostic Cytopathology*, 23(5):326-328, November 2000.

- Orucevic A, Reddy VB, Bakhos R, Selvaggi SM, Green L, **Spitz DJ**, Bitterman P, Gattuso P. Fine Needle Aspiration of Extranodal and Extramedullary Hematopoietic Malignancies. *Diagnostic Cytopathology*, 23(5):318-321, November 2000.

- Betlej TM, **Spitz DJ**, DeCresce RP, Webster RA, Geller J, Maturen A. Performance of the Nichols QuiCk Intraoperative Intact Parathyroid Hormone Assay in Clinical Practice. *Clinical Chemistry*, 46(6):469, July 2000.

- **Spitz DJ**, Reddy VB, Selvaggi SM, Kluskens L, Green L, Gattuso P.  Fine Needle Aspiration of Scalp Lesions. *Diagnostic Cytopathology*, 23(1):35-38, July 2000.

- **Spitz DJ**, Reddy VB, Kluskens L, Cohen J, Gattuso P. Fine Needle Aspiration of Intra and Extraocular Masses. *Diagnostic Cytopathology*, 22(3):199-200, March 2000.

- Dowlat K, Fan M, Bloom KJ, **Spitz DJ**, Patel S, Snider H. Occult Metastasis in the Sentinel Lymph Nodes of Patients with Early Breast Carcinoma. *Cancer*, 86(6):990-996, September 1999.

- Gattuso P, Ramzy I, Truong LD, Lanksford KL, Green L, Kluskens L, **Spitz DJ**, Reddy VB. Utilization of Fine Needle Aspiration in the Diagnosis of Metastatic Tumors to the Kidney. *Diagnostic Cytopathology,* 21(1):35-38, July 1999.

- **Spitz DJ**, Maturen A, Cho BL, Webster RA, Betlej TM, DeCresce RP. Performance of the Abbott AxSYM Troponin I Assay and Comparison with CKMB in Clinical Practice. *Clinical Chemistry,* 45(6):501, June 1999.

- **Spitz DJ**, Reddy VB, Gattuso P. Fine Needle Aspiration of Pseudoangiomatous Stromal Hyperplasia of the Breast. *Diagnostic Cytopathology*, 20(5):323-324, May 1999.

- **Spitz DJ**, Reddy VB, Gattuso P. Congenital (Infantile) Myofibromatosis and the Approach to the Differential Diagnosis of Soft Tissue Tumors in Children. *American Society of Clinical Pathologists, Surgical Pathology Check Sample,* Vol. 27, No. 3, ISSN-1091 8655, May 1999.

- **Spitz DJ**. Unrecognized Fatal Liver Injury Caused by a Bicycle Handlebar. *American Journal of Emergency Medicine*, 17:3, 244, May 1999.

- **Spitz DJ**, Spitz WU. Killer Pop Machines. *Journal of Forensic Sciences*, 35(2):490-492, February 1990.

## ABSTRACTS

- Moravansky N, **Spitz DJ**, Kovac P, Garala P, Holla B. Child Abuse and Neglect Syndrome: Aspects of Forensic Investigation. *8th Annual Symposium on Forensic Sciences*, Samorin-Cilistov, Slovak Republic, September, 2007.

- Gavala P, Mlynar J. Novomesky F, Morovansky N, **Spitz DJ**, Kovac P, Juricek L. Digital Atlas of Forensic Medicine and Science. *47th Annual Conference of Forensic Medicine.* Modra-Harmonia, Slovak Republic, May 2007.

- Moravansky N, **Spitz DJ**, Kovac P, Garala P, Holla B. Child Abuse and Neglect Syndrome: Aspects of Forensic Investigation. *47th Annual Conference of Forensic Medicine.* Modra-Harmonia, Slovak Republic, May 2007.

- Bloom, KJ, Anderson J, Assad L, **Spitz DJ**, Fan M, Dowlat K. Complete Evaluation of Sentinel Lymph Nodes at 0.25 mm Intervals Utilizing H&E and Cytokeratin Immunohistochemistry.  *United States and Canadian Academy of Pathology*, New Orleans, Louisiana, March 2001.

- Dowlat K, Witt TR, Bloom KJ, Fan M, **Spitz DJ**, Oleske D. Detection of Occult Micrometastases by 0.25 mm Sectioning and Cytokeratin Staining of Sentinel Nodes in Early Breast Cancer.  *36th Annual American Society of Clinical Oncology*, New Orleans, Louisiana, May 2000.

- Orucevic A, Reddy VB, Bakhos R, Selvaggi SM, Green L, **Spitz DJ**, Bitterman P, Gattuso P. Fine Needle Aspiration of Extranodal and Extramedullary Hematopoietic Malignancies. *47th Annual Scientific Meeting of the American Society of Cytopathology,* Sacramento, California, November 1999.

- **Spitz DJ**, Reddy VB, Bahkos R, Kluskens L, Green L, Selvaggi SM, Gattuso P. Fine Needle Aspiration of Scalp Lesions. *47th Annual Scientific Meeting of the American Society of Cytopathology*, Sacramento, California, November 1999.

- Dowlat K, Fan M, Bloom KJ, **Spitz DJ**. Sentinel Node Biopsy is Superior to Axillary Node Dissection in Staging of Early Breast Cancer. *119th Annual American Surgical Association*, San Diego, California, April 1999.

- Dowlat K, Bloom KJ, Fan M, **Spitz DJ**. Sentinel Node Micrometastases in Early Breast Cancer. *21st Annual San Antonio Breast Cancer Symposium*, San Antonio, Texas, December 1998.

- **Spitz DJ**, Reddy VB, Kluskens L, Cohen J, Gattuso, P. Fine Needle Aspiration of Intra and Extraocular Masses. *American Society of Cytopathology*, Nashville, Tennessee, November 1998.

## PROFESSIONAL MEMBERSHIPS

- American Academy of Forensic Sciences, 2001 -
- National Association of Medical Examiners, 2001 -
- Michigan Association of Medical Examiners, 2004 -
- American Society of Clinical Pathologists, 2002 - 2010

- College of American Pathologists, 1998 - 2005
- Florida Association of Medical Examiners, 2001 - 2005
- American Medical Association, 2001 - 2005
- Florida Medical Association, 2001 - 2004
- Hillsborough County Medical Association, 2001 - 2004
- Florida West Coast Association of Pathologists, 2002 - 2004

# Testimony Log - Daniel J. Spitz, M.D.

**January 22, 2020 – Deposition Testimony**
Estate of William H. Frabotta v. Modern Heating and Cooling, et al.
34051 S. Gratiot Avenue, Suite 202
Clinton Township, Michigan
Case Number: 2017-775-NO

**January 29, 2020 – Trial Testimony**
State of Michigan v. Ronald A. Dimambro, Jr.
Macomb County Circuit Court
40 South Main Street
Mt. Clemens, Michigan
Case Number: 2013-4215-FC

**February 10, 2020 – Preliminary Examination**
State of Michigan v. Nolan Michael Baca
39th District Court, Macomb County
29733 Gratiot Avenue
Roseville, Michigan
Case Number: 19-008920

**February 12, 2020 – Deposition Testimony**
Estate of Suzann J. Bott v. McLaren Macomb Hospital
34051 S. Gratiot Avenue, Suite 202
Clinton Township, Michigan
Case Number: 2018-001055-NH

**March 5, 2020 – Trial Testimony**
Estate of Stephen C. Matasic v. Mercy Health Youngstown, LLC et al.
Cuyahoga County Court of Common Pleas
One Lakeside Avenue
Cleveland, Ohio
Case Number: CV 17 874979

**June 3, 2020 – Deposition Testimony (ZOOM)**
Estate of Deautry Ross v. City of Torrance
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2:18-cv-03918-MWF-E

**June 10, 2020 – Deposition Testimony (ZOOM)**
Estate of James Beasley v. Anthony Leggett, Jr. et al.
34051 S. Gratiot Ave., Suite 202

Clinton Township, Michigan
Case Number: 18-014466-NI

**June 24, 2020 – Videoconference Deposition Testimony**
Estate of Michael Moir v. Lapeer Aviation et al.
Hanson Court Reporters
48 S. Main Street
Mt. Clemens, Michigan
Case Number: 18-052195 (H)

**July 15, 2020 – Preliminary Examination**
State of Michigan v. Christopher James Twarowski
37A District Court
83000 Common Road
Warren, Michigan
Case Number: 19-005527

**August 6, 2020 – Deposition Testimony (ZOOM)**
Estate of Tamonta Hill v. Hurley Medical Center et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 18-110912-NH

**July 24, 2020 & August 11, 2020 – Deposition Testimony (ZOOM)**
Estate of Michael Moir v. Lapeer Aviation, Inc, et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 18-052195-NO(H)

**September 24, 2020 – Deposition Testimony (ZOOM)**
Estate of Monnie Washburn v. State of Arizona, et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2:19-cv-01546-DLR-MHB

**October 14, 2020 – Deposition Testimony (Telephone)**
State of Indiana v. Robert Harman, II
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 35C01-1909-MR-274

**November 10, 2020 – Preliminary Examination (Via Telephone)**
State of Michigan v. Donald John McConnell
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 20P04867FY

2

**December 17, 2020 – Deposition (ZOOM)**
Marcia Sanders v. Lacesha Brintley, MD
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 18-015025-NH

**February 18, 2021 – Preliminary Examination (ZOOM)**
State of Michigan v. Reginald Cu-Nu Grasty
St. Clair County District Court
201 McMorran Blvd.,
Port Huron, Michigan
Case Number: 20P05749FY

**March 4, 2021 – Evidentiary Hearing**
Estate of Michael Moir v. Lapeer Aviation Inc., et al.
Lapeer County, 40th Circuit Court
255 Clay Street
Lapeer, Michigan
Case Number: 18-052195-NO (H)

**March 12, 2021 – Trial Testimony**
State of Michigan v. Joshua Bauman
St. Clair County Circuit Court
201 McMorran Blvd.,
Port Huron, Michigan
Case Number: 18-002223-FC

**April 16, 2021 – Preliminary Hearing**
State of Michigan v. Henry Jermaine Johnson
Clinton Township District Court, 41B
22380 Starks Drive
Clinton Township, Michigan
Case Number: 29-2218SC

**April 22, 2021 – Trial Testimony**
State of Indiana v. Robert Harman, II
Huntington County Circuit Court
201 N. Jefferson Street
Huntington, Indiana
Case Number: 35C01-1909-MR-274

3

**May 12, 2021 – Deposition Testimony (ZOOM)**
Estate of Jason Wessel v. Henry Ford Health System
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2020-2001-NH

**June 4, 2021 – Trial Testimony**
State of Michigan v. Marcus D. McLean
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 20-0338-FC

**June 24, 2021 – Deposition (ZOOM)**
Magee, et al. v. Tuolumne County, et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 1:19-cv-01522-AWI-BAM

**July 13, 2021 – Preliminary Examination**
State of Michigan v. Dustin David Tucker
St. Clair County District Court
201 McMorran Blvd., Port Huron, Michigan
Case Number: 21P03001FY

**August 12, 2021 – Deposition (ZOOM)**
Estate of Othello Wilson v. Farmington Emergency Medicine Assoc., PLC, et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2019-173336-NH

**August 27, 2021 – Trial Testimony**
State of Michigan v. Albert Louis Donadio
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 19-3592-FH

**September 1, 2021 – Trial Testimony (ZOOM)**
State of Michigan v. Sara Jo Degroff
St. Clair County Circuit Court
1221 Pine Grove Avenue
Port Huron, Michigan
Case Number: 19-001758

**September 22, 2021 – Trial Testimony**
State of Michigan v. Donald John McConnell
St. Clair County Circuit Court
1221 Pine Grove Avenue
Port Huron, Michigan
Case Number: 20-002026-FH

**September 29, 2021 – Trial Testimony**
Estate of Jennifer Fowler v. Estate of Jennifer Fowler
St. Clair County Circuit Court
1221 Pine Grove Avenue
Port Huron, Michigan
Case Number: 19-001327-NO

**October 7, 2021 – Trial Testimony**
Marcia Sanders v. L Brintley, MD, PLLC et al.
Coleman A. Young Municipal Center
Courthouse
2 Woodward Avenue
Detroit, Michigan
Case Number: 18-015025-NH

**October 20, 2020 – Deposition (ZOOM)**
Estate of Alice Borden v. William Beaumont Hospital, et al.
34051 South Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 20-008178-NH

**November 4, 2021 – Deposition (ZOOM)**
Estate of John Garth Cummings v. Red Arrow Dairy, LLC
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case No. 2019-069194-NO-D

**November 19, 2021 – Deposition (ZOOM)**
Estate of Derek Love v. City of Chicago, et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 18-cv-2742

**November 22, 2021 – Trial Testimony**
Estate of Bobbie Jean Wilson-White v. Gregory V. McIntosh, DO
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 11-0044467

**November 24, 2021 – Deposition (ZOOM)**
Estate of Aaron Miller v. Angel's Place
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 18-165847

**November 30, 2021 – Deposition (ZOOM)**
Estate of Lorne Garrett v. Olympia Fields Internal Medicine, et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2018 L 3746

**December 2, 2021 – Trial Testimony**
State of Michigan v. Walter Calvin Franklin
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 19-2809-FC

**December 2, 2021 – Trial Testimony**
State of Michigan v. Dominic Watson
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 19-3521-FC

**December 16, 2021 – Deposition Testimony (ZOOM)**
Estate of Melvin Abernathy v. Presence Saint Joseph Medical Center et al.
34051 South Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 18 L 012602

**December 20, 2021 – Trial Testimony**
State of Michigan v. Michael Anthony Franks, Jr.
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 21-0163-FC

**January 13, 2022 - Deposition Testimony**
Estate of Jerry B. Johnson v. Junction Buoy
34051 South Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: W 19-002883 NO

**January 25, 2022 – Preliminary Examination**
State of Michigan v. Robert Tonchen
St. Clair County District Court
201 McMorran Blvd.,
Port Huron, Michigan
Case Number: 22P00002FY

**February 10, 2022 – Deposition Testimony (ZOOM)**
Estate of Timothy Rhodeman v. Dani's Transport, et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 20-0021182-NI

**March 9, 2022 – Trial Testimony**
State of Michigan v. Reginald Cu-Nu Grasty
St. Clair County Circuit Court
201 McMorran Blvd.,
Port Huron, Michigan
Case Number: 20P05749FY

**April 13, 2022 – Trial Testimony**
State of Michigan v. Austin James Hornfisher
St. Clair County Circuit Court
201 McMorran Blvd.,
Port Huron, Michigan
Case Number: 21P06344ST

**April 19, 2022 – Trial Testimony**
State of Michigan v. Nicholas Raad Bahri
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 21-2220-FC

**May 3, 2022 – Trial Testimony**
State of Michigan v. Dustin David Tucker
St. Clair County Circuit Court
201 McMorran Blvd.,
Port Huron, Michigan
Case Number: 21-001372-FC

**May 4, 2022 – Trial Testimony**
State of Michigan v. James G. Stanich II
St. Clair County Circuit Court
201 McMorran Blvd.,
Port Huron, Michigan
Case Number: 21-000850-FC

**May 25, 2022 – Deposition Testimony (via ZOOM)**
Estate of Jeanette Turner v. Mercy Hospital & Medical Center
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2018 L 9399

**June 7, 2022 – Deposition Testimony (via ZOOM)**
Estate of Darrell Tucker v. Stephen Tait, MD et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2019-174962-NH

**June 27, 2022 – Trial Testimony**
Estate of Aaron Kelly Miller v. Angels' Place, et al.
Circuit Court, Oakland County
1200 North Telegraph Road, Building 28 East
Pontiac, Michigan
Case Number: 2018-165847-NI

**July 13, 2022 – Trial Testimony**
State of Michigan v. Stephen Gerard Traskal
St. Clair County Circuit Court
201 McMorran Blvd.
Port Huron, Michigan
Case Number: 21-002187-FC

**July 20, 2022 – Trial Testimony**
State of Michigan v. Robert Kimin Tonchen
St. Clair County Circuit Court
201 McMorran Blvd.
Port Huron, Michigan
Case Number: 22-000192-FC

**July 26, 2022 – Deposition Testimony (via ZOOM)**
Estate of Cameron Caldwell v. H&M Citgo, Inc., et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 20-000293-NO

**September 8, 2022 – Trial Testimony**
Estate of Stephen C. Matasic v. Mercy Health Youngstown, LLC et al.
Cuyahoga County Court of Common Pleas
One Lakeside Avenue
Cleveland, Ohio
Case Number: CV 17 874979

**October 25, 2022 – Deposition Testimony (via ZOOM)**
Estate of Lawrence Valiquette v. Pasco Cardiology Center, Inc.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2020-CA-000734

**October 27 & 28, 2022 – Trial Testimony**
State of Michigan v. Henry Jermaine Johnson
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 21-0928-FC

**October 27 & 28, 2022 – Trial Testimony**
State of Michigan v. Henry Jermaine Johnson
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 21-0928-FC

**November 22, 2022 – Deposition Testimony (via ZOOM)**
Estate of Leann E. Rice v. William Beaumont Hospital et al.
34051 S. Gratiot Ave., Suite
Clinton Township, Michigan
Case Number: 21-189545-NH

**January 6, 2023 – Deposition Testimony**
Estate of Cree Erwin-Sheppard v. Bronson Battle Creek Hospital, et al.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2021-0135

**January 12, 2023 – Trial Testimony**
State of Michigan v. Dakota J. Blust
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 22-0957-FC

**January 17, 2023 – Trial Testimony (via ZOOM)**
State of Alaska v. John Matsuura
34051 Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 1KE-21-745 CR


**January 19, 2023 – Deposition Testimony (via ZOOM)**
Estate of Richard Hall v. Chad Wilson, Special Events Party Rental & Aaron Lockridge
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 20-015746-NI

**January 26, 2023 – Deposition Testimony (via ZOOM)**
Estate of Janis Liggons v. Occupational Health Centers of Illinois, P.C.
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2019 L 001391

**February 17, 2023 – Trial Testimony**
State of Michigan v. Danny Darnell White Jr.
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 22-1202-FC

**March 3, 2023 – Trial Testimony**
State of Michigan v. Dujuan Dion-Diego Davenport
Macomb County Circuit Court
40 North Main Street
Mt. Clemens, Michigan
Case Number: 21-1395-FC

**March 15, 2023 – Preliminary Examination**
State of Michigan v. Keywan Toliver
Saginaw County Circuit Court
111 South Michigan Avenue
Saginaw, Michigan
Case Number: 22 004431 FY

**March 21, 2023 – Trial Deposition**
Estate of Andrea Williams v. Oakdale Residents Consumer Housing Cooperative
34051 S. Gratiot Ave., Suite 202
Clinton Township, Michigan
Case Number: 2021-190910-NO

# DANIEL J. SPITZ, M.D.
## FORENSIC PATHOLOGY AND TOXICOLOGY

**34051 South Gratiot Avenue, Suite 202**
**Clinton Township, Michigan 48035**

****************************

Telephone: (586) 791-6700                          Email: danspitz@aol.com
Facsimile: (586) 791-6701
Direct: (313) 806-2002

# FEE SCHEDULE

Review of Documents &
Conference Time ..……………….…..……….……..…..$ 500.00 per hour

Deposition …………………………………….…………..$ 2,500.00 (up to 3 hours)
** Additional time is billed at $ 750 per hour.

Written Opinion / Affidavit ………………….…….…….$ 2,000.00

## COURT TESTIMONY

MICHIGAN (Tri-County Metro Area) …………………..$ 5,500.00 per day

MICHIGAN (Outside Metro Area) ………….…….…….$ 6,500.00 per day

OUT OF STATE……………………………………….…..$ 7,500.00 per day

** A retainer fee in the amount of $ 5,000.00 is required prior to being listed. The
retainer is applicable to all work performed excluding trial and deposition
testimony.

** Expenses and travel time are additional to the daily testimony rate.
Actual travel time is billed at the hourly rate.

# Exhibit B

# DANIEL JOSEPH SPITZ, M.D.

## ADDRESSES

**OFFICE:**
34051 South Gratiot Avenue, Suite 202
Clinton Township, Michigan 48035
Telephone: (586) 791-6700
Telephone: (313) 806-2002 (direct)
Fax: (586) 791-6701
Email: danspitz@aol.com

**HOME:**
66 Stephens Road
Grosse Pointe Farms, Michigan 48236
Telephone: (313) 882-2920
Email: danspitz@aol.com

## EDUCATION

| | |
|---|---|
| 1991 - 1995 | **Wayne State University School of Medicine**<br>Detroit, Michigan<br>Degree: Doctor of Medicine |
| 1987 - 1991 | **Albion College**<br>Albion, Michigan<br>Degree: Bachelor of Arts<br>Major: Biology |
| August - December 1989 | **Tulane University**<br>New Orleans, Louisiana<br>(Semester Program) |

## POSTGRADUATE TRAINING

| | |
|---|---|
| 2000 - 2001 | **Forensic Pathology Fellow, Office of the Medical Examiner**<br>Miami-Dade County, Florida |

| 1996 - 2000 | **Resident, Department of Pathology (Anatomic & Clinical Pathology)**<br>**Rush Presbyterian-St. Luke's Medical Center**<br>Chicago, Illinois |
|---|---|
| 1995 - 1996 | **Surgical Internship, Department of General Surgery**<br>**Rush Presbyterian-St. Luke's Medical Center**<br>Chicago, Illinois |

## BOARD CERTIFICATION

| November 2001 | **American Board of Pathology, Forensic Pathology** |
|---|---|
| September 2000 | **American Board of Pathology, Anatomic Pathology & Clinical Pathology** |
| September 1997 | **National Board of Medical Examiners** |

## ACCREDITATION

| June, 2014 - Present | **Full Accreditation, National Assoc. of Medical Examiners (NAME)**<br>**Macomb County Medical Examiner's Office**<br>Macomb County, Michigan |
|---|---|

## CURRENT MEDICAL EXAMINER and ACADEMIC APPOINTMENTS

| 2004 - Present | **Chief Medical Examiner & Chief Forensic Pathologist**<br>**Office of the Medical Examiner**<br>Macomb County, Michigan |
|---|---|
| 2006 - Present | **Chief Medical Examiner, Office of the Medical Examiner**<br>St. Clair County, Michigan |
| 2022 – Present | **Deputy Medical Examiner, Office of the Medical Examiner**<br>Saginaw County, Michigan |
| 2004 - Present | **Clinical Assistant Professor**<br>**Department of Pathology, Wayne State University School of Medicine**<br>Detroit, Michigan |

| 2005 - Present | **Clinical Assistant Professor** |
| | **Department of Fundamental and Applied Sciences, Wayne State University** |
| | Detroit, Michigan |

| 2006 - Present | **Staff Physician, Department of Pathology** |
| | **McLaren Hospital, Port Huron** |
| | Port Huron, Michigan |

| 2008 - Present | **Adjunct Faculty / Instructor** |
| | Macomb Community College |
| | Warren, Michigan |

| 2009 - 2020 | **Clinical Educator** |
| | Michigan State University School of Medicine |
| | East Lansing, Michigan |

## CONSULTING POSITIONS

| 2006 – 2020 | **Medicolegal and Forensic Science Consultant** |
| | **MSNBC, CNN, CNN Headline News, Court TV, Fox News Channel** |
| | New York, New York and Atlanta, Georgia |

| 2009 – 2020 | **Forensic Pathology and Forensic Science Consultant** |
| | **CSI (Crime Scene Investigation) and CSI Miami, CBS Television Network** |
| | Los Angeles, California |

## PREVIOUS MEDICAL EXAMINER APPOINTMENTS

| 2001 - 2004 | **Associate Medical Examiner, Medical Examiner Department** |
| | Hillsborough County, Florida |

| 2001 - 2004 | **Associate Director, Forensic Pathology Fellowship Training Program** |
| | Hillsborough County, Florida |

| 2003 - 2004 | **Associate Medical Examiner, District 12 Medical Examiner Department** |
| | Sarasota, Manatee and DeSoto Counties, Florida |
| 2000 - 2001 | **Associate Medical Examiner, Medical Examiner Department** |
| | Miami-Dade County, Florida |

3

## OTHER PREVIOUS APPOINTMENTS

2010 - 2013      **Clinical Laboratory Director, Health Department**
St. Clair County, Michigan

2004 - 2005      **Forensic Science Instructor, Criminal Justice Department**
St. Petersburg College, St. Petersburg, Florida

2001 - 2004      **Assistant Professor of Pathology and Laboratory Medicine**
**University of South Florida, College of Medicine**
Tampa, Florida

1999 - 2000      **Chief Resident, Department of Pathology**
**Rush Presbyterian-St. Luke's Medical Center**
Chicago, Illinois

1998 - 2000      **Staff Pathologist, Christ Hospital and Medical Center**
Oak Lawn, Illinois

1998 - 2000      **Research Associate, Rush Alzheimer's Disease Center**
Chicago, Illinois

1997 - 2000      **Pathology Laboratory Instructor, Rush Medical College**
Chicago, Illinois

August 1987      **Recovery Team, Northwest Airlines Plane Crash -**
**Flight 255**
Detroit, Michigan

## MEDICAL LICENSES

- Michigan: 4301081020 - 2002 to present
- Florida: ME 82382 - 2001 to present
- Illinois: 36-096963 - 1996 - 2003 (Inactive Status)

## EDITORIAL BOARD of EDITORS

2005 - 2018      **American Journal of Forensic Medicine and Pathology**
Philadelphia, Pennsylvania

## COMMITTEE APPOINTMENTS

2006 - Present      **Anatomic Pathology Assistant Program, Advisory Committee**
Wayne State University, Detroit, Michigan

| | |
|---|---|
| 2005 - Present | **Michigan Child Death Review, Consultant**<br>St. Clair County, Michigan |
| 2004 - Present | **Michigan Child Death Review, Consultant**<br>Macomb County, Michigan |
| 2002 - 2004 | **Pathology Residency Committee, University of South Florida College of Medicine**<br>Tampa, Florida |
| 2002 - 2004 | **Florida Child Protection Team, Consultant**<br>Hillsborough County, Florida |
| 2002 - 2004 | **Disciplinary Hearing Officer**<br>Hillsborough County, Florida |
| 1997 - 2000 | **Admissions Committee, Rush Medical College**<br>Chicago, Illinois |
| 1997 - 2000 | **Surgical Procedure Review Committee, Rush Presbyterian - St. Luke's Medical Center**<br>Chicago, Illinois |

## AWARDS / ACHIEVEMENTS

| | |
|---|---|
| May, 2009 | **Distinguished Service Award, Port Huron Police Department** |
| January, 2009 | **Featured Medical Examiner – *Dead Men Talking***<br>Three Part Documentary Series - MSNBC Cable Network |

## INVITED LECTURES / PANEL DISCUSSIONS / SEMINARS

- *Forensic Pathology and Investigation of Death:* Michigan Society for Respiratory Care Spring Conference, Dearborn, Michigan, April 15, 2016

- *Role of the Medical Examiner:* Gift of Life 6th Annual Transplant Symposium, Ann Arbor, Michigan, March 18, 2016
- *Forensic Investigation of Fire Deaths:* St. Clair County Fire Training Seminar, Port Huron, Michigan, January 17, 2015

- *Forensic Death Investigation:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 2, 2014

- *Forensic Pathology and Scene Investigation:* Detective Training Seminar, Mt. Clemens, Michigan, March 26, 2014

- *Child Deaths; Investigation Approach and Pitfalls:* Macomb County Sheriff Department, Mt. Clemens, Michigan, October 25, 2013

- *Wound Pattern Recognition and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 14, 2013

- *Forensic Pathology – Application for First Responders*, Training Series, St. Clair Shores Fire Department, St. Clair Shores, Michigan, May 28, 2013

- *Infant and Child Death Investigation:* CTC Training Specialties, Clinton Township, Michigan, October 9, 2012

- *Forensic Death Investigation:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 18, 2012

- *Asphyxiation, Rape, Homicide:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 4, 2012

- *Forensic Case Presentation:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 3, 2012

- *Death Investigation in Michigan-What All Residents Should Know:* Grosse Pointe Crisis Club, February 16, 2012

- *Forensic Pathology and Duties of Medical Examiner:* Wake-Up Wednesday, Grosse Pointe Yacht Club, Grosse Pointe, Michigan, December 14, 2011
- *Death Investigation, Injury Analysis and Evidence Collection for First Responders:* Southwest Michigan 3rd Annual Botsford Hospital EMS Expo, Novi, Michigan, October 12, 2011

- *Asphyxiation, Rape, Homicide:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 6, 2011

- *Forensic Case Presentation:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 5, 2011

- *Wound Pattern Recognition and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 14, 2010

6

- *Medical Examiner Scene Investigator (MESI) Training Program, St. Clair County:* Course Director, Port Huron Hospital, Port Huron, Michigan, May, 2010

- *Interpretation of Patterned Injuries:* Sexual Assault Nurse Examiner (SANE) Seminar, Mt. Clemens, Michigan, April 28, 2010

- *Rape/Homicide and Collection of Evidence:* 34th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 21, 2010

- *Interpretation of Injuries Caused by Firearms,* 34th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 22, 2010

- *Forensic Pathology and Death Investigation,* Science Seminar, Grosse Pointe North High School, Grosse Pointe, Michigan, December 17, 2009

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 19, 2009

- *Forensic Pathology and Death Investigation,* Science Seminar, Grosse Pointe North High School, Grosse Pointe, Michigan, May 20, 2009

- *Forensic Pathology and Medical Examiners: What the Public Needs to Know,* 4th Annual Crime Victims' Rights Week Seminar, Clinton Township, Michigan, April 30, 2009

- *Interpretation of Injuries Caused by Firearms,* 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 24, 2009
- *Rape/Homicide and Collection of Evidence:* 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 24, 2009

- *Investigation of Deaths in Childhood - From SIDS to Shaking*: 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2009

- *Interpretation of Gunshot Wound and Sharp Force Injuries:* Department of Pathology, Wayne State University School of Medicine, Detroit, Michigan, April 7, 2008

- *Introduction to Forensic Pathology-Wound Pattern Recognition:* Basic Detective School, Oakland Police Academy, Auburn Hills, Michigan, March 27, 2009

- *Interpretation of Patterned Injuries:* Sexual Assault Nurse Examiner (SANE) Seminar, Mt. Clemens, Michigan, January 13, 2009

- *Rape-Homicide and Collection/Interpretation of Evidence:* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 7, 2009

- *Interpretation of Injuries Caused by Firearms,* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 7, 2009

- *Investigating Deaths in Childhood – From SIDS to Shaking:* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 6, 2009

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 21, 2008

- *Insights into the Diagnosis of Cause of Death:* Innovations in Emergency Medicine (Beaumont Hospital), Beverly Hills, Michigan, October 24, 2008

- *Forensic Death Investigation:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 9, 2008

- *Investigation of Deaths in Childhood - From SIDS to Shaking*: 32nd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2008

- *Rape/Homicide and Collection of Evidence:* 32nd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 25, 2008

- *Interpretation of Gunshot Wound and Sharp Force Injuries:* Department of Pathology, Wayne State University School of Medicine, Detroit, Michigan, April 7, 2008

- *Investigation Drowning Deaths:* Continuing Education, Sterling Heights Fire Department, Sterling Heights, Michigan, March 11, 2008

- *A Day in the Life of a Forensic Pathologist:* American Academy of Forensic Sciences, Student Academy, 60th Anniversary Meeting, Washington DC, February 19, 2008

- *Recognizing Child Abuse: What Schools and Educators Need to Know:*  Child Protection Law Workshop (Panel Discussion), Macomb Intermediate School District, Clinton Township, Michigan, February 8, 2008

- *Rape-Homicide and Collection/Interpretation of Evidence:* 2nd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, December 7, 2007

- *Case Review in Drowning Deaths and Bodies Recovered from Water:* 2nd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, December 6, 2007

- *Investigation of Deaths in Childhood: From SIDS to Shaking:*  Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, November 30, 2007

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 16, 2007

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, September 30, 2007

- *Wound Pattern Recognition: An Introduction to Forensic Pathology and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 18, 2007

- *Investigation and Analysis of Firearm Wounds:* 31st Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 27, 2007

- *Introduction to Forensic Pathology*: Department of Pathology, Wayne State University, Detroit, Michigan, January 26, 2007

- *Investigation of Deaths in Childhood: From SIDS to Shaking (Part 2):* Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, December 15, 2006

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 1st Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, November 30, 2006

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 1st Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, November 30, 2006

9

- *Investigation of Deaths in Childhood: From SIDS to Shaking (Part 1):* Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, November 17, 2006

- *Injury Analysis and Wound Pattern Recognition:* Forensic Nurse Examiners Conference, Warren, Michigan, November 2, 2006

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, October 1, 2006

- *Wound Pattern Recognition: An Introduction to Forensic Pathology and Injury Analysis:* Wayne State University, Department of Fundamental and Applied Sciences, Detroit, Michigan, June 27, 2006

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, May 31, 2006

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 30th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 28, 2006

- *Wound Pattern Recognition and Analysis:*  National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 5, 2006

- *Forensic Case Consultation – Panel Discussion:* National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 5, 2006

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 6, 2006

- *Wound Identification and Pattered Injuries*: Sexual Assault Nurse Examiner Conference, Macomb County Community College, January 18, 2006

- *Gunshot Wounds: What Do They Tell Us?* Georgia Public Defender Standards Council, Forensic Science Seminar, Atlanta, Georgia, November 9, 2005

- *Drowning and Bodies Recovered from Water; Solving the Puzzle:* Michigan Association of Medical Examiners, Annual Meeting, Mt. Pleasant, Michigan, October 30, 2005

- *Death Investigation and Wound Pattern Analysis:* Michigan Police Academy Detective Training, Oakland County Community College, October 27, 2005

- *Postmortem Changes: Recognizing Injury v. Artifact:* 12th Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 12th Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Interpretation of Gunshot Wounds and Sharp Force Injuries. 12th* Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Wound Pattern Recognition: An Introduction to Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, June 28, 2005

- *Child Abuse: Interpretation of Injuries and Distinction from Natural and Accidental Deaths:* Pediatric Sexual Assault Nurse Examiner Training Seminar, Fraser, Michigan, May 19, 2005

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 29th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 21, 2005

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 29th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 20, 2005

- *Interpretation of Forensic Evidence:* National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Forensic Case Consultation:* National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Forensic Case Analysis:* St. Clair County, Medical Examiner Scene Investigator Conference, Marysville, Michigan, February 22, 2005

- *Injury Analysis and Wound Pattern Recognition:* Forensic Nurse Examiners Conference, Warren, Michigan, January 17, 2005

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, October 10, 2004

- *Interpretation of Gunshot and Shotgun Wounds:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 7, 2004

- *Thermal Injuries and Bodies Recovered From Water:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 7, 2004

- *Investigation of Deaths in Childhood:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 6, 2004

- *Forensic Pathology and Interpretation of Wound Patterns:* 11th Annual International Homicide Investigators Association, Clearwater, Florida, August 2, 2004

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, June 6, 2004

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 28th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2004

- *Drowning and Bodies In Water*: University of South Florida, Department of Pathology, Tampa, Florida, April 15, 2004

- *Interpretation of Blunt Trauma and Sharp Force Injuries*: 18th Annual Medicolegal Investigation of Death Seminar, Morgantown, West Virginia, March 27, 2004

- *Interpretation of Injuries due to Firearms*: 18th Annual Medicolegal Investigation of Death Seminar, Morgantown, West Virginia, March 27, 2004

- *Understanding the State's Pathology Witness*: National Legal Aid and Defender Association: Life in the Balance, Memphis, Tennessee, March 15, 2004

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Memphis, Tennessee, March 14, 2004

- *Forensic Evidence Collection and Interpretation: The Role of the Medical Examiner:* Tampa Bay Area Chiefs of Police, Annual Forensic Science Seminar, Tampa, Florida, March 5, 2004

- *Injury Pattern Recognition and Interpretation:* Death is Different, Florida Association of Criminal Defense Attorneys, 10th Annual Death Penalty Seminar, Palm Beach, Florida, February 21, 2004

- *Medicolegal Aspects of Death Investigation:* St. Petersburg College, Southeastern Public Safety Institute, St. Petersburg, Florida, October 22, 2003

- *Forensic Pathology and Death Investigation:* University of South Florida, Medical Student Colloquium, Tampa, Florida, October 16, 2003

- *Interpretation of Gunshot Wounds*: University of South Florida, Department of Pathology, Tampa, Florida, September 18, 2003

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, May 25, 2003

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 27th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 4, 2003

- *Interpretation of the Autopsy Report - Understanding the State's Pathology Witness*: National Legal Aid and Defender Association: Life in the Balance, Austin, Texas, March 18, 2003
- *Evaluating Gunshot Wounds and Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Austin, Texas, March 18, 2003

- *Drowning and Bodies In Water*: University of South Florida, Department of Pathology, Tampa, Florida, March 13, 2003

- *Gunshot Wound Evaluation*: University of South Florida, Department of Pathology, Tampa, Florida, October 10, 2002

- *Patterns of Injury in Trauma*: 6th Annual Trauma Symposium, Tampa, Florida, May 17, 2002

- *Introduction to Forensic Pathology*: National Defender Investigator Association, Portland, Oregon, April 18, 2002

- *Investigation of Drowning Deaths and Bodies Recovered from Water*: 26th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 8, 2002

## SCIENTIFIC PUBICATIONS

### BOOKS

- Reddy V, David O, **Spitz DJ**, Haber MH. *Gattuso's Differential Diagnosis in Surgical Pathology*, 4th Edition. Elsevier, Inc. New York, New York, 2022.

- Gattuso P. Reddy V, David O, **Spitz DJ**, Haber MH. *Differential Diagnosis in Surgical Pathology*, 3rd Edition. Elsevier, Inc. New York, New York, 2015.

- Spitz WU, **Spitz DJ**. *Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Gattuso P. Reddy V, David O, **Spitz DJ**, Haber MH. *Differential Diagnosis in Surgical Pathology*, 2nd Edition. W.B. Saunders Company, New York, New York, 2010.

- Haber MH, Gattuso P, **Spitz DJ**, David O. *Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

### BOOK CHAPTERS

- Diegel R, Henry T, **Spitz DJ**. Wound Identification and Documentation *in Atlas of Sexual Violence*. Elsevier, St. Louis, Missouri, 2013.

- **Spitz DJ**. Investigation of Bodies in Water *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Platt MS, **Spitz DJ**, Spitz WU. Investigation of Deaths in Childhood: The Abused Child and Adolescent *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Spitz WU, **Spitz DJ**. Investigation of Deaths in Childhood: Feticide and Neonaticide *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**. History and Development of Forensic Medicine and Pathology *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**. Identification of Human Remains *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**, Yocom J, Reddy VB. Heart, Pericardium and Blood Vessels *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Gattuso P. Ureter, Urinary Bladder and Kidney *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Cochran EJ. Central Nervous System in *Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- Pins MR, Betlej TM, Dysico G, **Spitz DJ**. Male Genitourinary System *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Gattuso P. Breast *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- Kapur S, **Spitz DJ**, Reddy VB. Soft Tissue *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- Spitz DJ, Gattuso P. Adrenal Gland *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

## ORIGINAL ARTICLES

- Mateju E, Duchanova S, Kovac P, Moravansky N, **Spitz DJ**. Fatal Case of Rapunzel Syndrome in Neglected Child. *Forensic Science International*, 190:5-7, July 2009.

- Kovac P, Moravansky N, **Spitz DJ**. Child Abuse and Neglect, Minimum for Primary Care Pediatrician. *Practical Pediatrics*, 1:49-51, January 2009.

- Duer WC, **Spitz DJ**, McFarland, S. Relationships between Concentrations of Cocaine Hydrolysates in Peripheral Blood, Heart Blood, Vitreous Humor and Urine. *Journal of Forensic Sciences*, (51)2:421-425, March 2006.

- **Spitz DJ**, Prator PC, Stratton JE, Labiste L, Augenstein JS, Mackinnon J, Phillips J, Singer M, Perdeck E. Neck and Cervical Spine Injuries Caused by Automatic Two-Point Shoulder Restraints: An Analysis of 4 Cases. *Journal of Forensic Sciences*, 50(1):159-163, January 2005.

- **Spitz DJ**, Ouban A. Meningitis Following Gunshot Wound of the Neck. *Journal of Forensic Sciences*, 48(6):1369-1370, November 2003.

- **Spitz DJ**. An Unusual Death in an Asthmatic. *The American Journal of Forensic Medicine and Pathology,* 24(3):271-2, September 2003.

- **Spitz DJ**, Adams VI. Medical Investigation of Pedestrian Deaths. *American Society of Clinical Pathologists, Forensic Pathology Check Sample*, Vol. 44, No. 2, ISSN-1056-5922, May 2002.

- **Spitz DJ**. Drowning and Near-Drowning: Pathophysiology Associated with Freshwater and Saltwater Environments. *American Society of Clinical Pathologists, Forensic Pathology Check Sample,* Vol. 43, No. 3, ISSN-1056-5922, October 2001.

- Hertz G, Reddy VB, Green L, **Spitz DJ**, Massarani-Wafai R, Selvaggi SM, Kluskens L, Gattuso P. Fine Needle Aspiration of Liver Masses: A Multicenter Study of 602 Radiologically Guided FNA. *Diagnostic Cytopathology*, 23(5):326-328, November 2000.

- Orucevic A, Reddy VB, Bakhos R, Selvaggi SM, Green L, **Spitz DJ**, Bitterman P, Gattuso P. Fine Needle Aspiration of Extranodal and Extramedullary Hematopoietic Malignancies. *Diagnostic Cytopathology*, 23(5):318-321, November 2000.

- Betlej TM, **Spitz DJ**, DeCresce RP, Webster RA, Geller J, Maturen A. Performance of the Nichols QuiCk Intraoperative Intact Parathyroid Hormone Assay in Clinical Practice. *Clinical Chemistry*, 46(6):469, July 2000.

- **Spitz DJ**, Reddy VB, Selvaggi SM, Kluskens L, Green L, Gattuso P. Fine Needle Aspiration of Scalp Lesions. *Diagnostic Cytopathology*, 23(1):35-38, July 2000.

16

- **Spitz DJ**, Reddy VB, Kluskens L, Cohen J, Gattuso P. Fine Needle Aspiration of Intra and Extraocular Masses. *Diagnostic Cytopathology*, 22(3):199-200, March 2000.

- Dowlat K, Fan M, Bloom KJ, **Spitz DJ**, Patel S, Snider H. Occult Metastasis in the Sentinel Lymph Nodes of Patients with Early Breast Carcinoma. *Cancer*, 86(6):990-996, September 1999.

- Gattuso P, Ramzy I, Truong LD, Lanksford KL, Green L, Kluskens L, **Spitz DJ**, Reddy VB. Utilization of Fine Needle Aspiration in the Diagnosis of Metastatic Tumors to the Kidney. *Diagnostic Cytopathology,* 21(1):35-38, July 1999.

- **Spitz DJ**, Maturen A, Cho BL, Webster RA, Betlej TM, DeCresce RP. Performance of the Abbott AxSYM Troponin I Assay and Comparison with CKMB in Clinical Practice. *Clinical Chemistry,* 45(6):501, June 1999.

- **Spitz DJ**, Reddy VB, Gattuso P. Fine Needle Aspiration of Pseudoangiomatous Stromal Hyperplasia of the Breast. *Diagnostic Cytopathology*, 20(5):323-324, May 1999.

- **Spitz DJ**, Reddy VB, Gattuso P. Congenital (Infantile) Myofibromatosis and the Approach to the Differential Diagnosis of Soft Tissue Tumors in Children. *American Society of Clinical Pathologists, Surgical Pathology Check Sample,* Vol. 27, No. 3, ISSN-1091 8655, May 1999.

- **Spitz DJ**. Unrecognized Fatal Liver Injury Caused by a Bicycle Handlebar. *American Journal of Emergency Medicine*, 17:3, 244, May 1999.

- **Spitz DJ**, Spitz WU. Killer Pop Machines. *Journal of Forensic Sciences*, 35(2):490-492, February 1990.

## ABSTRACTS

- Moravansky N, **Spitz DJ**, Kovac P, Garala P, Holla B. Child Abuse and Neglect Syndrome: Aspects of Forensic Investigation. *8th Annual Symposium on Forensic Sciences*, Samorin-Cilistov, Slovak Republic, September, 2007.

- Gavala P, Mlynar J. Novomesky F, Morovansky N, **Spitz DJ**, Kovac P, Juricek L. Digital Atlas of Forensic Medicine and Science. *47th Annual Conference of Forensic Medicine.* Modra-Harmonia, Slovak Republic, May 2007.

- Moravansky N, **Spitz DJ**, Kovac P, Garala P, Holla B. Child Abuse and Neglect Syndrome: Aspects of Forensic Investigation. *47th Annual Conference of Forensic Medicine.* Modra-Harmonia, Slovak Republic, May 2007.

- Bloom, KJ, Anderson J, Assad L, **Spitz DJ**, Fan M, Dowlat K. Complete Evaluation of Sentinel Lymph Nodes at 0.25 mm Intervals Utilizing H&E and Cytokeratin Immunohistochemistry. *United States and Canadian Academy of Pathology*, New Orleans, Louisiana, March 2001.

- Dowlat K, Witt TR, Bloom KJ, Fan M, **Spitz DJ**, Oleske D. Detection of Occult Micrometastases by 0.25 mm Sectioning and Cytokeratin Staining of Sentinel Nodes in Early Breast Cancer. *36th Annual American Society of Clinical Oncology*, New Orleans, Louisiana, May 2000.

- Orucevic A, Reddy VB, Bakhos R, Selvaggi SM, Green L, **Spitz DJ**, Bitterman P, Gattuso P. Fine Needle Aspiration of Extranodal and Extramedullary Hematopoietic Malignancies. *47th Annual Scientific Meeting of the American Society of Cytopathology,* Sacramento, California, November 1999.

- **Spitz DJ**, Reddy VB, Bahkos R, Kluskens L, Green L, Selvaggi SM, Gattuso P. Fine Needle Aspiration of Scalp Lesions. *47th Annual Scientific Meeting of the American Society of Cytopathology*, Sacramento, California, November 1999.

- Dowlat K, Fan M, Bloom KJ, **Spitz DJ**. Sentinel Node Biopsy is Superior to Axillary Node Dissection in Staging of Early Breast Cancer. *119th Annual American Surgical Association*, San Diego, California, April 1999.

- Dowlat K, Bloom KJ, Fan M, **Spitz DJ**. Sentinel Node Micrometastases in Early Breast Cancer. *21st Annual San Antonio Breast Cancer Symposium*, San Antonio, Texas, December 1998.

- **Spitz DJ**, Reddy VB, Kluskens L, Cohen J, Gattuso, P. Fine Needle Aspiration of Intra and Extraocular Masses. *American Society of Cytopathology*, Nashville, Tennessee, November 1998.


## PROFESSIONAL MEMBERSHIPS

- American Academy of Forensic Sciences, 2001 -
- National Association of Medical Examiners, 2001 -
- Michigan Association of Medical Examiners, 2004 -
- American Society of Clinical Pathologists, 2002 - 2010

- College of American Pathologists, 1998 - 2005
- Florida Association of Medical Examiners, 2001 - 2005
- American Medical Association, 2001 - 2005
- Florida Medical Association, 2001 - 2004
- Hillsborough County Medical Association, 2001 - 2004
- Florida West Coast Association of Pathologists, 2002 - 2004