E-FILED
Tuesday, 06 October, 2026 09:08:34 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS PEORIA DIVISION**

| | | |
|---|---|---|
| JOHNNIE LEE SAVORY, | ) | |
| | ) | Case No. 23-CV-01184 |
| Plaintiff, | ) | |
| | ) | Judge Colleen R. Lawless |
| v. | ) | Mag. Judge Jonathan E. Hawley |
| | ) | |
| WILLIAM CANNON, as Special Representative for the Estate of CHARLES CANNON, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**SUGGESTION OF DEATH FOR DEFENDANT EDGAR HAYNES**

Now comes counsel for the Defendants and represents to the Honorable Court that Defense counsel was recently notified that Defendant Edgar Haynes died on August 11, 2025. Mr. Haynes' son Brett Haynes was the administrator of Mr. Haynes' small estate filing in Pennsylvania and has been given notice of this filing.

Dated: October 6, 2026

Respectfully submitted,

/s/ John J. Timbo
JOHN J. TIMBO, Attorney No. 6238251
*One of the Attorneys for Defendants*

James G. Sotos
Laura M. Ranum
Josh M. Engquist
John J. Timbo
Thomas J. Sotos
Kyle T. Christie
Mark F. Smolens
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
jtimbo@jsotoslaw.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C.A. § 1746, and that I electronically filed a complete copy of the foregoing **Suggestion of Death of Edgar Haynes** with the Clerk of the Court on October 6, 2026, using the CM/ECF system, which will send notification of such filing to the attached service list.

***Attorneys for Plaintiff:***

Jonathan I. Loevy
Arthur R. Loevy
Steven E. Art
Megan Pierce
Julia Rickert
Locke E. Bowman , III
Loevy & Loevy
311 N. Aberdeen
3rd FL
Chicago, IL 60607
(312)243-5900
jon@loevy.com
loevylaw@loevy.com
steve@loevy.com
megan@loevy.com
julia@loevy.com
locke@loevy.com

G. Flint Taylor , Jr.
Brad Thomson
People's Law Offices
1180 North Milwaukee Avenue
Chicago, IL 60622
(773) 235-0070
flint.taylor10@gmail.com
brad@peopleslawoffice.com

/s/ John J. Timbo
JOHN J. TIMBO, Attorney No. 6238251
*One of the Attorneys for Defendants*